| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery 1-24-6 |

1. Article Addressed to:

|ı|ı.ıll.ıı.ılı...ıllıı.ıll|ıll

Onyx Capital Ventures, LLC
525 West Monroe Street, Suite 1600
Chicago, IL 60661

05cv1207

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☒ Yes

2. Article Number
   *(Transfer from service label)*
   7005 0390 0000 5265 0318

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540