IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JERRY A. MacCARTNEY, BERT MAYER,    )
SHANNON A McGLON, and    )
ROBERT A. WINTER    )
    )
    Plaintiffs,    )
    )
v.    )    Civil Action No. 2:05-cv-1207-DRB
    )
ONYX CAPITAL VENTURES, LLC    )
    )
    Defendant.    )
    )

ENTRY OF DEFAULT

It appearing that defendant Onyx Capital Ventures, LLC, was duly served with a copy of

the summons and complaint on January 24, 2006, and said defendant has failed to answer or

otherwise defend this action, as required by law, as set out in the application filed herein on

February 20, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Onyx Capital Ventures, LLC.

DONE THIS __21st__ day of __February, 2006__.


/s/ Debra P. Hackett

_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA