UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, <br> BERT MAYER, SHANNON A. McGLON, <br> and <br> ROBERT A. WINTER, <br>     Plaintiffs, <br><br> v. <br><br> ONYX CAPITAL VENTURES, L.L.C., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No.: 2:05cv1207-DRB <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR JUDGMENT BY DEFAULT**

COME NOW Plaintiffs against the above-captioned defendant and would show unto the Court as follows:

1. The Complaint against the defendant was filed in this Court on or about December 19, 2005..

2. An Alias Summons was issued on or about December 22, 2005.

3. The service of Alias Summons was perfected by certified mail on or about January 24, 2005, as evidenced by a Return Receipt Card.

4. The defendant was due to file an answer to the Complaint by on or before February 13, 2006.

5. The defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. The Clerk of the Court has now entered the defendant's default. (Doc. 5).

7. The above facts are spread upon the record of the Court.

8. Having complied with the requirements of Rule 55(a), F.R.Civ.P., Plaintiffs are entitled

to judgment by default pursuant to Rule 55(b)(2), F.R.Civ.P.

9. Plaintiffs' claims in this discrimination case are not for a sum certain, as they include ongoing economic damages in addition to reputational damages, emotional distress and mental anguish.

10. Plaintiffs pray that the Court will set this matter down for a trial by jury for a determination of damages due to Plaintiffs.

RESPECTFULLY submitted this the _21st_ day of February, 2006.

> s/ANDY NELMS
> K. ANDERSON NELMS (NEL022)
> P.O. Box 5059
> Montgomery, AL 36103
> Phone: (334) 263-7733
> Fax: (334) 832-4390
> andynelms@jaylewislaw.com
> ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by the placing a copy of the same in the United States Mail, postage prepaid, on this the 21st day of February, 2006:

Onyx Capital Ventures, LLC
525 West Monroe, Suite 1600
Chicago, IL 60661

> s/ANDY NELMS
> K. ANDERSON NELMS (NEL022)
> P.O. Box 5059
> Montgomery, AL 36103
> Phone: (334) 263-7733
> Fax: (334) 832-4390
> andynelms@jaylewislaw.com
> ASB-6972-E63K

Case 2:05-cv-01207-MHT-TFM    Document 6    Filed 02/21/2006    Page 3 of 3