IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1207-MHT |
| | ) | |
| ONYX CAPITAL VENTURES, L.L.C., | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that plaintiffs' motion for judgment by default (Doc. No. 6) and defendant's motion to set aside entry of default (Doc. No. 8) are set for submission, without oral argument, on March 15, 2006, with all briefs due by said date.

DONE, this the 24th day of February, 2006.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE