IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) ) ) Plaintiffs, ) ) v. ) ) ONYX CAPITAL VENTURES, ) L.L.C., ) ) Defendant. ) | CIVIL ACTION NO. 2:05cv1207-MHT |

**ORDER**

It is ORDERED as follows:

(1) The motion to set aside entry of default (Doc. No. 8) is granted.

(2) The entry of default (Doc. No. 5) is vacated.

(3) The application for default (Doc. No. 4) and the motion for judgment by default (Doc. No. 6) are denied.

(4) Defendant is allowed until March 31, 2006, to respond to the complaint.

DONE, this the 20th day of March, 2006.

            /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE