### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

JERRY A. MacCARTNEY, BURT MAYER,    )
SHANNON MCGLON, ROBERT A.    )
WINTER,    )
     )
    Plaintiffs,    )
     )    CASE NUMBER:  2:05-CV-1207-MHT
v.    )
     )
ONYX CAPITAL VENTURES, L.L.C.,    )
     )
    Defendant.    )

### REPORT OF PARTIES' PLANNING MEETING

1.    Pursuant to Fed.R.Civ.P. 26(f), the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report[1]:

    Keith Anderson Nelms, Esq. representing the Plaintiffs; and

    George R. Parker, Esq., representing the Defendant.

2.    **Pre-Discovery Disclosures.**  The parties shall exchange the information required by Rule 26(a)(1) within 30 days of the entry of the Court's scheduling order.

3.    **Discovery Plan.**  The parties jointly propose the following discovery plan:

    (1)    All discovery commenced in time to be completed by May 23, 2007

    (2)    Maximum of 8 depositions for the Plaintiffs and 11 depositions for the Defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

    (3)    Maximum of 30 Interrogatories by each party to any other party, with responses due within thirty days after service.

---

[1] The Defendant is submitting this joint report pursuant to this Court's express order; however, in doing so, the Defendant is not waiving any arguments raised in its Motion to Dismiss filed with this Court on March 31, 2006. Defendant additionally reserves the right to move to sever the Plaintiffs' claims.

1/1436389.1

(4)    Maximum of 20 Requests for Admissions by each party to any other party, with responses due within thirty days after service.

(5)    Maximum of 30 Requests for Production by each party to any other party, with responses due within thirty days after service.

(6)    Supplements under Fed.R.Civ.P. Rule 26(e), are due 30 days before the close of discovery.


4.    **Other Items.**

(1)    The parties do not request a conference with the Court before entry of the scheduling order.

(2)    Reports from retained experts under Rule 26(a)(2) F.R.C.P. are due from the plaintiffs by February 10, 2007, and any such experts shall be made available for deposition by no later than  February 25, 2007. Reports from retained experts from the defendant are due by March 13, 2007, and any such experts shall be made available for deposition by not later than March 28, 2007.

(3)    The parties request a pretrial conference in June 2007.

(4)    All potentially dispositive motions should be filed by April 15, 2007.

(5)    Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

(6)    Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

(7)    Final list of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

   a.  By the Plaintiffs:  30 days before trial; and

   b.  By the Defendant: 30 days before trial.

(8)    Objections are to be filed within 15 days after receipt of final list.

(9)    This case should be ready for trial at the July 23, 2007, term.

(10)   Trial is expected to last 2-3 days.

The attorneys for the Plaintiff have reviewed this Report of the Parties' Planning Meeting and consent to the attorneys for the Defendant e-filing this report.

Respectfully submitted this the 31st day of March, 2006.

**s/ George R. Parker**
William C. McGowin (MCG040)
George R. Parker (PAR086)
Robert E. Poundstone IV (POU006)
**Attorneys for Defendant**
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone:  334.956.7700
Facsimile:   334.956.7701
Email:  wmcgowin@bradleyarant.com
          gparker@bradleyarant.com
          bpoundstone@bradleyarant.com