## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, <br> BERT MAYER, <br> SHANNON A. McGLON, <br> and <br> ROBERT A. WINTER, <br>                Plaintiffs, <br> v. <br> ONYX CAPITAL VENTURES, L.L.C., <br>                Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.: 2:05-cv-01207-MHT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT ONYX CAPITAL VENTURES, L.L.C.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND INSUFFICIENCY OF SERVICE OF PROCESS, OR ALTERNATIVELY, TO TRANSFER**

Pursuant to Rules 12(b)(2), (3), and (5) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a), Defendant Onyx Capital Ventures, L.L.C. ("Onyx"), by its attorneys, moves to dismiss the complaint of Plaintiffs Jerry A. MacCartney, Bert Mayer, Shannon A. McGlon, and Robert A. Winter (collectively, "Plaintiffs"), or in the alternative, to transfer this case. In support of this Motion, Onyx states as follows:

1.    On December 19, 2005, Plaintiffs, all former employees of Piknik Products Company, Inc. ("Piknik"), filed this employment discrimination complaint against Onyx, the parent company of the majority shareholder of Plaintiffs' former employer that neither employed nor terminated Plaintiffs from their former positions at Piknik.

2.    This complaint should be dismissed for lack of personal jurisdiction because Onyx did not have continuous and systematic contacts with Alabama, and neither Onyx nor its

agents or employees participated in the alleged discriminatory acts. <u>Portera v. Winn Dixie of Montgomery, Inc.</u>, 996 F. Supp. 1418 (M.D. Ala. 1998).

3. This complaint should be dismissed for improper venue as the relevant activities of Onyx regarding the substantial events giving rise to the claim took place in Illinois, not Alabama. <u>Jenkins Brick Co. v. Bremer</u>, 321 F.3d 1366 (11th Cir. 2003).

4. This complaint should be dismissed for insufficiency of service of process because Plaintiffs have not properly served Onyx by mailing the summons and complaint generally to "Onyx Capital Ventures, LLC." Fed. R. Civ. P. 4(h); Ala. R. Civ. P. 4(c)(6); 735 ILCS 5/2-204.

5. Should the court determine that dismissal is not warranted, transfer of this case to the Northern District of Illinois where Onyx is located would serve the convenience of the witnesses and the interest of justice. <u>Folkes v. Haley</u>, 64 F. Supp. 2d 1152 (M.D. Ala. 1999).

Accordingly, and for the reasons more fully set forth in the contemporaneously filed Memorandum in Support which is incorporated herein, Onyx respectfully requests this Court to enter an order pursuant to Rules 12(b)(2), (3), and (5) dismissing the claims against them, or in the alternative, an order pursuant to 28 U.S.C. § 1404(a) transferring this case to the Northern District of Illinois, and for all other just and proper relief.

Dated: March 31, 2006

Respectfully submitted,

ONYX CAPITAL VENTURES, L.L.C.


By:     *s/George R. Parker*
         William C. McGowin (MCG040)
         George R. Parker (PAR086)
         Robert E. Poundstone IV (POU006)
         **Attorneys for Defendant**
         Bradley Arant Rose & White LLP
         Alabama Center for Commerce
         401 Adams Ave., Suite 780
         Montgomery, Alabama 36104
         Telephone:  334.956.7700
         Facsimile:  334.956.7701
         Email: wmcgowin@bradleyarant.com
                     gparker@bradleyarant.com
                     bpoundstone@bradleyarant.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Keith Anderson Nelms, Esq.
> Jay Lewis, Esq.
> *Law Offices of Jay Lewis, LLC*
> P. O. Box 5059
> Montgomery, AL 36103-5059
> andynelms@jaylewislaw.com
> j-lewis@jaylewislaw.com

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non CM/ECF participants:   n/a.

> Respectfully submitted,
>
> *s/George R. Parker*
> George R. Parker
> Bradley Arant Rose & White LLP
> Alabama Center for Commerce
> 401 Adams Avenue, Suite 780
> Montgomery, AL 36104
> Phone:  (334) 956-7700
> Fax:  (334) 956-7701
> E-mail:  gparker@bradleyarant.com