# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | ALABAMA MIDDLE | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,472 | 1,580 | 1,715 | 1,755 | 1,857 | 1,609 | | |
| | Terminations | | 1,457 | 1,550 | 1,764 | 1,911 | 1,817 | 1,589 | | |
| | Pending | | 1,432 | 1,402 | 1,388 | 1,457 | 1,596 | 1,544 | | |
| | % Change in Total Filings | Over Last Year | -6.8 | | | | | | 79 | 8 |
| | | Over Earlier Years | | -14.2 | -16.1 | -20.7 | -8.5 | | 78 | 7 |
| | Number of Judgeships | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | Vacant Judgeship Months** | | 4.5 | 2.0 | 5.5 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 490 | 527 | 572 | 585 | 619 | 536 | 36 | 4 |
| | | Civil | 417 | 448 | 524 | 543 | 580 | 511 | 27 | 4 |
| | | Criminal Felony | 62 | 67 | 33 | 42 | 39 | 25 | 56 | 5 |
| | | Supervised Release Hearings** | 11 | 12 | 15 | - | - | - | 79 | 9 |
| | Pending Cases | | 477 | 467 | 463 | 486 | 532 | 515 | 27 | 2 |
| | Weighted Filings** | | 505 | 537 | 613 | 634 | 650 | 592 | 44 | 6 |
| | Terminations | | 486 | 517 | 588 | 637 | 606 | 530 | 40 | 5 |
| | Trials Completed | | 23 | 30 | 26 | 18 | 20 | 17 | 28 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.2 | 7.7 | 8.7 | 6.6 | 8.4 | 6.6 | 49 | 7 |
| | | Civil** | 9.2 | 9.2 | 8.4 | 8.8 | 7.7 | 9.4 | 36 | 5 |
| | From Filing to Trial** (Civil Only) | | 20.0 | 18.0 | 19.5 | 12.8 | 15.8 | 14.0 | 21 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 71 | 79 | 69 | 98 | 82 | 63 | | |
| | | Percentage | 5.8 | 6.4 | 5.5 | 7.3 | 5.4 | 4.3 | 69 | 8 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.3 | 1.6 | 1.8 | 1.8 | 1.8 | | |
| | Jurors | Avg. Present for Jury Selection | 25.31 | 23.77 | 25.81 | 22.85 | 27.04 | 31.27 | | |
| | | Percent Not Selected or Challenged | 24.8 | 21.8 | 23.4 | 29.9 | 38.5 | 45.9 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1252 | 94 | - | 393 | 18 | 8 | 54 | 125 | 219 | 9 | 285 | - | 47 |
| Criminal* | 187 | 3 | 5 | 70 | 1 | 12 | 51 | ** | 3 | 27 | - | 4 | 11 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."



# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 10,584 | 11,126 | 11,135 | 10,957 | 9,496 | 10,053 | | |
| | Terminations | | 11,461 | 10,888 | 10,709 | 10,319 | 9,784 | 9,918 | | |
| | Pending | | 7,706 | 8,699 | 8,587 | 8,271 | 7,713 | 8,196 | | |
| | % Change in Total Filings | Over Last Year | -4.9 | | | | | | 70 | 7 |
| | | Over Earlier Years | | -5.0 | -3.4 | 11.5 | 5.3 | | 54 | 5 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 9.6 | 22.1 | 17.8 | 3.3 | 19.2 | 33.2 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 481 | 505 | 506 | 498 | 432 | 457 | 42 | 4 |
| | | Civil | 437 | 461 | 459 | 470 | 402 | 431 | 19 | 3 |
| | | Criminal Felony | 32 | 38 | 39 | 28 | 30 | 26 | 88 | 7 |
| | | Supervised Release Hearings** | 12 | 6 | 8 | - | - | - | 72 | 6 |
| | Pending Cases | | 350 | 395 | 390 | 376 | 351 | 373 | 63 | 4 |
| | Weighted Filings** | | 512 | 526 | 525 | 503 | 482 | 483 | 41 | 4 |
| | Terminations | | 521 | 495 | 487 | 469 | 445 | 451 | 30 | 3 |
| | Trials Completed | | 12 | 12 | 14 | 15 | 13 | 15 | 80 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 10.3 | 9.9 | 10.3 | 9.9 | 11.0 | 10.8 | 78 | 6 |
| | | Civil** | 5.9 | 5.5 | 5.5 | 5.6 | 5.1 | 6.0 | 4 | 2 |
| | From Filing to Trial** (Civil Only) | | 28.4 | 26.0 | 26.0 | 26.3 | 27.5 | 28.5 | 70 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 337 | 442 | 461 | 485 | 504 | 527 | | |
| | | Percentage | 5.0 | 5.6 | 6.0 | 6.4 | 7.2 | 6.9 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.9 | 1.7 | 1.7 | 1.6 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 39.36 | 45.57 | 43.63 | 39.43 | 38.55 | 39.23 | | |
| | | Percent Not Selected or Challenged | 31.0 | 37.3 | 34.8 | 36.7 | 29.5 | 34.5 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9615 | 126 | 166 | 768 | 76 | 1717 | 1573 | 859 | 584 | 418 | 1688 | 32 | 1608 |
| Criminal* | 694 | 71 | 20 | 87 | 1 | 30 | 160 | ** | 13 | 183 | 6 | 41 | 82 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."