## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY A. MacCARTNEY, | ) | |
| BERT MAYER, | ) | |
| SHANNON A. McGLON, | ) | |
| and | ) | |
| ROBERT A. WINTER, | ) | |
| | ) | Civil Action No.: 2:05-cv-01207-MHT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ONYX CAPITAL VENTURES, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the local rule of this Court, Onyx Capital Ventures, L.L.C. ("Onyx") files this corporate disclosure statement. Onyx respectfully states that it has no parent companies, subsidiaries or affiliates that have issued shares to the public.

Dated: April 3, 2006

    Respectfully submitted,

    ONYX CAPITAL VENTURES, L.L.C.

    By:   *s/George R. Parker*
          William C. McGowin (MCG040)
          George R. Parker (PAR086)
          Robert E. Poundstone IV (POU006)
          **Attorneys for Defendant**
          Bradley Arant Rose & White LLP
          Alabama Center for Commerce
          401 Adams Ave., Suite 780
          Montgomery, Alabama 36104
          Telephone:  334.956.7700
          Facsimile:  334.956.7701
          Email: wmcgowin@bradleyarant.com
                 gparker@bradleyarant.com
                 bpoundstone@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Keith Anderson Nelms, Esq.
>Jay Lewis, Esq.
>*Law Offices of Jay Lewis, LLC*
>P. O. Box 5059
>Montgomery, AL 36103-5059
>andynelms@jaylewislaw.com
>j-lewis@jaylewislaw.com

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non CM/ECF participants:   n/a.

>Respectfully submitted,
>
>*s/George R. Parker*
>George R. Parker
>Bradley Arant Rose & White LLP
>Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Phone:  (334) 956-7700
>Fax:  (334) 956-7701
>E-mail:  gparker@bradleyarant.com