AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE            DISTRICT OF    ALABAMA

JERRY A. MacCARTNEY, et al     *Alice*      **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv1207-DRB

V.

ONYX CAPITAL VENTURES, L.L.C.

TO: (Name and address of defendant)
Onyx Capital Ventures, LLC
Attn: Rozlyn Vanessa Wormbly
525 West Monroe Street, ST STE
Chicago, IL 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
847 S. McDonough Street
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE 4/7/06