## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, <br> BERT MAYER, SHANNON A. McGLON, <br> and <br> ROBERT A. WINTER, <br>     Plaintiffs, <br><br> v. <br><br> ONYX CAPITAL VENTURES, L.L.C., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 2:05cv1207-MHT <br> ) <br> ) <br> ) <br> ) |

### MOTION FOR EXTENSION OF TIME

COME NOW Plaintiffs respectfully moving for an extension of time to respond to Defendant's Motion to Dismiss stating as follows:

Defendant filed a Motion to Dismiss and Alternative Motion to Transfer on March 31, 2006. (Ct. Doc #13). Defendant's Motion with attached Memorandum (Ct. Doc #14) raises numerous issues of fact relevant to its jurisdictional argument. In order for Plaintiffs to properly and throughly respond, they are in need of certain documents and affidavits from non-parties. Plaintiffs believe they will be able to collect the necessary documents without the need for a subpoena. However, the collection of these things will require additional time.

For this reason, Plaintiffs respectfully request this Honorable Court to extend the time for responses until May 1, 2006. Court's Order (Ct. Doc. #16) for submission of responses is at present April 14, 2006.

RESPECTFULLY submitted this the _7th_ day of April, 2006.

                                                                              s/ANDY NELMS <br>
                                                                              K. ANDERSON NELMS (NEL022)

        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@jaylewislaw.com
        ASB-6972-E63K

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following :

Bill McGowin
George Parker
Bob Poundstone
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

        s/ANDY NELMS
        K. ANDERSON NELMS (NEL022)
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@jaylewislaw.com
        ASB-6972-E63K