IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:05cv1207-MHT ) |
| ONYX CAPITAL VENTURES, L.L.C., | ) ) ) |
| Defendant. | ) |

## ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 19) is granted.

(2) The motion to dismiss and alternative motion to transfer (Doc. No. 13) are reset for submission, without oral argument, on May 1, 2006, with all briefs due by said date.

DONE, this the 10th day of April, 2006.

                                /s/ Myron H. Thompson  
                            **UNITED STATES DISTRICT JUDGE**