- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Onyx Capital Ventures, LLC
   Attn: Rozlyn Vanessa Wormbly
   525 West Monroe Street, ST STE
   Chicago, IL 60661

2. Article Number
   (Transfer from service label)

   7005 1160 0004 6820 4813

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _[signature]_   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery
   _[illegible]_                       4/24/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   alias Summons
   DSCM207

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes