UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ONYX CAPITAL VENTURES, L.L.C., )<br>PIKNIK ACQUISITION CORP, L.L.C., )<br>HENRY HICKS, JEFFERY LARRY, )<br>CHRISTOPHER DAY, and, )<br>ANTHONY BARBER, )<br>    Defendants. ) | Civil Action No.: 2:05cv1207 |

## MOTION TO AMEND COMPLAINT

COME NOW Plaintiffs, by and through counsel, and would move to amend their Complaint and to substitute therefor his First Amended Complaint (attached hereto) and in support whereof would show the Court as follows:

Plaintiffs have now conducted discovery in this case to have concluded that the proper defendants in this case are Onyx Capital Ventures, L.L.C., PikNik Acquisition Corp., L.L.C., Henry Hicks, Jeffrey Larry, Christopher Day and Anthony Barber.

Plaintiffs seek this motion to amend their complaint by leave of the Court because justice so requires.

RESPECTFULLY SUBMITTED on this the __3rd__ day of May, 2006.

/s/ Andy Nelms  
K. ANDERSON NELMS (NEL022)  
P.O. Box 5059  
Montgomery, AL 36103  
Phone: (334) 263-7733  
Fax: (334) 832-4390  
andynelms@jaylewislaw.com  
ASB-6972-E63K  

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following :

Bill McGowin  
George Parker  
Bob Poundstone  
Bradley Arant Rose & White LLP  
Alabama Center for Commerce  
401 Adams Avenue, Suite 780  
Montgomery, AL 36104  

s/ANDY NELMS  
K. ANDERSON NELMS (NEL022)  
P.O. Box 5059  
Montgomery, AL 36103  
Phone: (334) 263-7733  
Fax: (334) 832-4390  
andynelms@jaylewislaw.com  
ASB-6972-E63K