## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, <br> BERT MAYER, SHANNON A. McGLON, <br> and <br> ROBERT A. WINTER, <br>     Plaintiffs, <br><br> v. <br><br> ONYX CAPITAL VENTURES, L.L.C., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 2:05cv1207-MHT <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS WITHOUT PREJUDICE
## ONYX CAPITAL VENTURES, L.L.C.

COME now the plaintiffs respectfully moving this Honorable Court pursuant to Federal Rules of Civil Procedure, Rule 41a, to dismiss without prejudice the defendant Onyx Capital Ventures, L.L.C. stating as follows:

1. The original Summons and Complaint was filed against Onyx Capital Ventures, L.L.C. December 19, 2005. (Ct. Doc. #1). On or about March 31, 2006, Onyx Capital Ventures, L.L.C. filed a Motion to Dismiss. (Ct. Doc. #13). The plaintiffs amended their Complaint on May 2, 2006. (Ct. Doc. #22). Onyx Capital Ventures, L.L.C. objected to the Amended Complaint May 12, 2006 (Ct. Doc. # 25).[1]

2. The defendant Onyx Capital Ventures, L.L.C. has neither answered either Complaint against it and has not filed a Motion for Summary Judgment.

3. In its Motion to Dismiss and its Objection to the Amended Complaint Onyx Capital Ventures, L.L.C. makes statements of fact relevant to its contacts in the state of Alabama.

---

[1] Other intervening pleadings occurred during this time span. Of purposes of brevity they have not been referenced.

    The plaintiffs are not in a position to properly refute these claims without the advantage of discovery.  The plaintiffs anticipate that they can move forward with discovery as to the other defendants and thereby establish the need to re-instate Onyx Capital Ventures, L.L.C.

4.   Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(I), the plaintiffs have a right to a voluntary unilateral dismissal of this defendant without prejudice.

    The above considered, the plaintiffs respectfully move that the defendant Onyx Capital Ventures, L.L.C. be dismissed without prejudice.

    RESPECTFULLY submitted this the _15th_ day of May, 2006.

                                            s/ANDY NELMS
                                            K. ANDERSON NELMS (NEL022)
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            Phone: (334) 263-7733
                                            Fax: (334) 832-4390
                                            andynelms@jaylewislaw.com
                                            ASB-6972-E63K

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by electronic filing CM/ECF system which will send notification of such filing to attorneys McGowin, Parker and Poundstone and by the placing a copy of the same to non-CM/ECF participants in the United States Mail, postage prepaid, on this the _15th_ day of May, 2006:

Bill McGowin
George Parker
Bob Poundstone
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Onyx Capital Ventures, LLC
Rozlyn Vanessa Wormbly

525 West Monroe, Suite 1600
Chicago, IL 60661

Jeffery Larry
525 West Monroe, Suite 1600
Chicago, IL 60661

Christopher Day

3142 Sawgrass Drive
Aurora, IL 60504


Henry Hicks
525 West Monroe, Suite 1600
Chicago, IL 60661

Anthony Barber
3217 Robert Drive
Richardson, TX 75082-3778

PikNik Acquisition Corp., LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

                                                          s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K


OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)