IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY A. MacCARTNEY,        )
et al.,                     )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )   2:05cv1207-MHT
                            )
ONYX CAPITAL VENTURES,      )
L.L.C.,                     )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the objections to allowance of amend complaint (doc. no. 25) are set for submission, without oral argument, on May 26, 2006, with all briefs due by said date.

DONE, this the 16th day of May, 2006.

                        /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE