IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv1207-MHT (WO) |
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the motion to dismiss (doc. no. 13) and alternative motion to transfer (doc. no. 13) are denied as moot.

It is further ORDERED that the objections to allowance of amended complaint (doc. no. 25) are overruled as moot.

DONE, this the 19th day of May, 2006.

                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**