IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY A. MacCARTNEY,          )
et al.,                       )
                              )
     Plaintiffs,              )
                              )          CIVIL ACTION NO.
     v.                       )          2:05cv1207-MHT
                              )               (WO)
PIKNIK ACQUISITION CORP.,     )
L.L.C., et al.,               )
                              )
     Defendants.              )
```

## JUDGMENT

Counsel for defendant Onyx Capital Ventures, L.L.C.,
having orally informed the court that said defendant has
no objection to plaintiffs' motion to dismiss (doc. no.
26), it is the ORDER, JUDGMENT, and DECREE of the court
as follows:

(1) Said motion is granted.

(2) Defendant Onyx Capital Ventures, L.L.C., is
    dismissed without prejudice.

(3) This case will proceed as to the remaining

defendants, Piknik Acquisition Corp., L.L.C., et al.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of May, 2006.


      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**