**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 22, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Jerry A. MacCartney, et al vs. Onyx Capital Ventures, LLC, et al**
**Case Number: 2:05cv1207-MHT**

**Pleading : #29 Summons**

**Notice of Correction is being filed this date to advise that the referenced summons were issued on 5/17/2006 incomplete. The address for plaintiff's attorney was omitted on the summons as to where a copy of the answer should be served.**

**The corrected summons have been reissued and attached to this notice.**