| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>23 MAY 2006 |
| 1. Article Addressed to:<br><br>Piknik Aquisitions Corp, LLC<br>c/o The Corporation Trust Company<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>2:06 CV 1207-MHT | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>_[postmark: MAY 24]_<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☒ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7005 1160 0004 6820 4943 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |