| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Scott Sabbath_  25 MAY 2006 |
| 1. Article Addressed to:<br><br>Picknik Acquisitions Corp. LLC<br>c/o The Corporation Company<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>2:05cv1207-MHT | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☑ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1160 0004 6820 4929 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540