**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffery Larry
   525 West Monroe, Ste 1600
   Chicago, IL 60661

   2:06 CV 1207-MHT

2. Article Number (Transfer from service label): 7004 2510 0004 8780 9111

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154[...]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 6/1/6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   JUN 1 2006

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Henry Hicks
   525 West Monroe, Ste 1600
   Chicago, IL 60661

   2:06 CV 1207-MHT

2. Article Number (Transfer from service): 7005 1160 0004 6820 4936

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 6-1-6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   JUN 1 2006

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes