UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, <br> BERT MAYER, SHANNON A. McGLON, <br> and <br> ROBERT A. WINTER, <br>     Plaintiffs, <br><br> v. <br><br> ONYX CAPITAL VENTURES, L.L.C., et al., <br>     Defendants. | Civil Action No.: 2:05cv1207-DRB |

## APPLICATION FOR ENTRY OF DEFAULT

COME now Plaintiffs, respectfully submitting this application for entry of default against Defendant, PikNik Acquistion Corp., L.L.C., and in support of which would state as follows:

1. The Summons and Complaint was filed December 19, 2005.

2. The Summons and Complaint issued on December 22, 2005.

3. Defendant PikNik Acquisition Corp., L.L.C., received and signed for the Summons and Complaint on January 24, 2005.

4. The Answer to Complaint was due February 13, 2006.

5. Defendant PikNik Acquisition Corp., L.L.C., has not answered the complaint. Further, the defendant has not responded to the complaint against it with any motion or request for extension of time.

6. At the time of the filing of this application more than seven days have passed since the answer was due.

7. The damages in this cause are unliquidated.

The above considered, the plaintiffs respectfully request that default be entered against

the defendant, PikNik Acquisition Corp, L.L.C. as to issues of liability. Further, the plaintiffs respectfully request that this matter be heard before a trier of fact for purposes of determining the value of damages.

    RESPECTFULLY submitted this the _28th_ day of August, 2006.

                              s/ANDY NELMS
                              K. ANDERSON NELMS (NEL022)
                              P.O. Box 5059
                              Montgomery, AL 36103
                              Phone: (334) 263-7733
                              Fax: (334) 832-4390
                              andynelms@jaylewislaw.com
                              ASB-6972-E63K

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by the placing a copy of the same in the United States Mail, postage prepaid, on this the 28th day of August, 2006:

Onyx Capital Ventures, LLC
525 West Monroe, Suite 1600
Chicago, IL 60661

                              s/ANDY NELMS
                              K. ANDERSON NELMS (NEL022)
                              P.O. Box 5059
                              Montgomery, AL 36103
                              Phone: (334) 263-7733
                              Fax: (334) 832-4390
                              andynelms@jaylewislaw.com
                              ASB-6972-E63K