IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, ) | |
| BERT MAYER, ) | |
| SHANNON A. McGLON, and ) | |
| ROBERT A. WINTER, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO: 2:05cv1207 |
| ) | |
| ONYX CAPITAL VENTURES, L.L.C., ) | |
| PIKNIK ACQUISITION CORP., L.L.C., ) | |
| HENRY HICKS, JEFFREY LARRY, ) | |
| CHRISTOPHER DAY, and ) | |
| ANTHONY BARBER, ) | |
| ) | |
|     Defendants. ) | |

## MOTION TO VACATE SCHEDULING ORDER

**COME NOW** Defendants Jeffrey Larry and Henry Hicks and respectfully request that this Court vacate the Scheduling Order entered by this Court on April 3, 2006. As grounds for this motion, Defendants Larry and Hicks respectfully state:

    1.    The initial Complaint was filed in this matter on or about December 19, 2005. Said Complaint only named Onyx Capital Ventures, LLC (hereinafter "Onyx") as a defendant.

    2.    On or about March 31, 2006, counsel for the plaintiffs and counsel for Onyx submitted a Report of Parties Planning Meeting and, thereafter, the Court entered its April 3, 2006, Scheduling Order. Neither Defendant Larry nor Defendant Hicks was a party to this lawsuit at that time.

    3.  On or about April 1, 2006, plaintiffs sought leave to file an Amended Complaint which would add Larry and Hicks as defendants and would also add Piknik Acquisition Corp., LLC, Christopher Day and Anthony Barber as defendants. This Court granted Plaintiffs' Motion to Amend Complaint on or about May 5, 2006.

    4.  Then, on May 19, 2006, this Court dismissed Onyx as a defendant in this lawsuit.

    5.  On or about June 21, 2006, Defendants Larry and Hicks timely filed their respective Answers to the First Amended Complaint. However, Defendants Christopher Day and Anthony Barber have still not been served by the Plaintiffs and, accordingly, have not appeared in this lawsuit.

    6.  Larry and Hicks respectfully believe it is both in the interest of justice and judicial economy to vacate the current Scheduling Order because there are still defendants that have not been served by the plaintiffs; because the parties planning meeting was held and the Scheduling Order entered when Defendants Larry and Hicks were not parties to the proceeding; and because the Scheduling Order was entered when the only defendant, Onyx, then in the case has now been dismissed.

    7.  Furthermore, Defendants Hicks and Larry respectfully ask this Court to stay the entry of another scheduling order until such time that the remaining defendants are served or the plaintiffs dismiss them from this proceeding. Only if one of these two events occur, do Defendants Larry and Hicks believe that this case would be ripe for the parties to submit another report of planning meeting and for the Court to enter a new scheduling order.

    **WHEREFORE**, for the reasons set forth herein, Defendants Hicks and Larry respectfully move this Court to vacate the current Scheduling Order. Larry and Hicks further

request that this Court stay the entry of a new scheduling order until the remaining defendants are served or until they are dismissed from this lawsuit by the plaintiffs. Finally, Defendants Larry and Hicks respectfully request that this Court order the parties to submit a new report of parties planning meeting and that it enter a new scheduling order once the non-served defendants are either served with the First Amended Complaint or dismissed.

    /s/Bobby Poundstone_____
George R. Parker (PAR086)
Robert E. Poundstone IV (POU006)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail:  bpoundstone@bradleyarant.com
E-mail:  gparker@bradleyarant.com

Jennifer McGahey
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203-2104
Telephone:  (205)521-8646
Facsimile:  (205)488-6646
E-mail:  jmcgahey@bradleyarant.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 K. Anderson Nelms
 andynelms@jaylewislaw.com

  I have also placed a service copy in the United States Mail.

     /s/Bobby Poundstone_____
     Robert E. Poundstone IV (POU006) BRADLEY
     ARANT ROSE & WHITE LLP
     The Alabama Center for Commerce
     401 Adams Avenue, Suite 780
     Montgomery, AL 36104
     Telephone: (334) 956-7700
     Facsimile: (334) 956-7701
     E-mail: bpoundstone@bradleyarant.com

     One of the Attorneys for Defendant

1/1486387.1