**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 31, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Jerry A. MacCartney, et al. vs. Onyx Capital Ventures, LLC**
**Case Number: 2:05cv1207-MHT**

**Pleading : #40 -Application to Clerk for Entry of Default**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 8/28/06 without listing the defendant as to which party the Application to Clerk for Entry of Default is against within the body.**

**The corrected pdf document is attached to this notice.**