IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, )<br>et al., )<br>     )<br>   Plaintiffs, )<br>     )<br>   v. )<br>     )<br>PIKNIK ACQUISITION CORP., )<br>L.L.C., et al., )<br>     )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:05cv1207-MHT |

ORDER

It is ORDERED that the motion to vacate (doc. no. 41) is set for submission, without oral argument, on September 15, 2006, with all briefs due by said date.

DONE, this the 11th day of September, 2006.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE