AO 440 (Rev. 10/93) Summons in a Civil Action     *ALIAS*

# UNITED STATES DISTRICT COURT

MIDDLE                           **DISTRICT OF**  ALABAMA

JERRY A. MacCARTNEY, et al          *ALIAS*  **SUMMONS IN A CIVIL CASE**

                    V.                CASE NUMBER: 2:05cv1207-~~DRB~~ *MHT*

ONYX CAPITAL VENTURES, L.L.C. et al

TO: (Name and address of defendant)

Christopher Day
2702 Indian Ridge Drive
Chicago, IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andy Nelms
847 S. McDonough Street
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                           9/14/06
_____          _____
CLERK                                DATE

*William C. R___*
_____
(BY)  DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             *Date*                              *Signature of Server*

                                              _____
                                              *Address of Server*

_____
(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.