IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:05cv1207-MHT |
| ) | |
| PIKNIK ACQUISITION CORP., LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO VACATE SCHEDULING ORDER**

COME NOW Plaintiffs in response to Defendants' Motion to Vacate the Scheduling Order (Doc. No. 41) stating that they offer no objection to the motion.

RESPECTFULLY submitted this the __15th__ day of September, 2006.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by the placing a copy of the same in the United States Mail, postage prepaid, on this the 1st day of May, 2006:

Bill McGowin
George Parker
Bob Poundstone
Bradley Arant Rose & White LLP

Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)