IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>PIKNIK ACQUISITION CORP., )<br>L.L.C., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:05cv1207-MHT |

### ORDER

It is ORDERED as follows:

(1) The motion to vacate (doc. no. 41) is granted.

(2) The uniform scheduling order (doc. no. 17) is vacated.

(3) Counsel for plaintiffs are to inform the court, in writing, when it is time for the parties to submit a new Rule 26(f) report.

DONE, this the 19th day of September, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE