UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, <br> BERT MAYER, SHANNON A. McGLON, <br> and <br> ROBERT A. WINTER, <br>     Plaintiffs, <br> <br> v. <br> <br> PIKNIK ACQUISITION CORP., L.L.C., et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 2:05cv1207-MHT <br> ) <br> ) <br> ) <br> ) |

**MOTION TO DISMISS WITHOUT PREJUDICE**
**DEFENDANT ANTHONY BARBER**

COME now the plaintiffs respectfully moving this Honorable Court pursuant to Federal Rules of Civil Procedure, Rule 41a, to dismiss without prejudice the defendant Anthony Barber stating as follows:

1. The Amended Summons and Complaint was filed against Anthony Barber on or about May 16, 2006. (Ct. Doc. #27). Attempts at service were attempted. (Ct. Doc. #29).

2. The defendant Anthony Barber has not been served with the Amended Summons and Complaint. As such, Anthony Barber has neither answered the Amended Complaint against him and has not filed a pleading with this Court particularly a Motion for Summary Judgment.

3. Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(I), the plaintiffs have a right to a voluntary unilateral dismissal of this defendant without prejudice.

The above considered, the plaintiffs respectfully move that the defendant Anthony Barber be dismissed without prejudice.

RESPECTFULLY submitted this the _4th_ day of January, 2007.

        s/ANDY NELMS
        K. ANDERSON NELMS (NEL022)
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@jaylewislaw.com
        ASB-6972-E63K

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by electronic filing CM/ECF system which will send notification of such filing to attorneys McGowin, Parker and Poundstone and by the placing a copy of the same to non-CM/ECF participants in the United States Mail, postage prepaid, on this the _4th_ day of January, 2007:

Bill McGowin
George Parker
Bob Poundstone
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

        s/ Andy Nelms
        K. ANDERSON NELMS (NEL022)
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@jaylewislaw.com
        ASB-6972-E63K

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)