UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, <br> BERT MAYER, SHANNON A. McGLON, <br> and <br> ROBERT A. WINTER, <br>      Plaintiffs, <br> <br> v. <br> <br> PIKNIK ACQUISITION CORP., L.L.C., et al., <br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 2:05cv1207-MHT <br> ) <br> ) <br> ) <br> ) |

## NOTICE TO COURT

COME now the plaintiffs respectfully noticing this Honorable Court pursuant to Court's Order of September 19, 2006 (Ct. Doc. #46), vacating the original Uniform Scheduling Order, that the parties are now ready to submit a new Rule 26(f) report.

RESPECTFULLY submitted this the _4th_ day of January, 2007.

>  s/ANDY NELMS
>  K. ANDERSON NELMS (NEL022)
>  P.O. Box 5059
>  Montgomery, AL 36103
>  Phone: (334) 263-7733
>  Fax: (334) 832-4390
>  andynelms@jaylewislaw.com
>  ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by electronic filing CM/ECF system which will send notification of such filing to attorneys McGowin, Parker and Poundstone and by the placing a copy of the same to non-CM/ECF participants in the United States Mail, postage prepaid, on this the _4th_ day of January, 2007:

   Bill McGowin
   George Parker

Bob Poundstone
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)