IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, BURT MAYER, SHANNON MCGLON, ROBERT A. WINTER, <br><br>     Plaintiffs, <br><br> v. <br><br> ONYX CAPITAL VENTURES, L.L.C., <br><br>     Defendant. | ) ) ) ) ) ) ) CASE NUMBER:  2:05-CV-1207-MHT ) ) ) ) ) |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

    Keith Anderson Nelms, Esq. representing the Plaintiffs; and

    Robert E. Poundstone IV, Esq., representing Defendants Christopher Day, Henry Hicks and Jeffrey Larry.

2.  **Pre-Discovery Disclosures.**  The parties shall exchange the information required by Rule 26(a)(1) within 30 days of the entry of the Court's scheduling order.

3.  **Discovery Plan.**  The parties jointly propose the following discovery plan:

    (1) All discovery commenced in time to be completed by November 30, 2007

    (2) Maximum of 10 depositions for the Plaintiffs and 12 depositions for the Defendants, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

    (3) Maximum of 30 Interrogatories by each party to any other party, with responses due within thirty days after service.

    (4) Maximum of 20 Requests for Admissions by each party to any other party, with responses due within thirty days after service.

1/1436389.1

    (5)    Maximum of 30 Requests for Production by each party to any other party, with responses due within thirty days after service.

    (6)    Supplements under Fed.R.Civ.P. Rule 26(e), are due 30 days before the close of discovery.

**4.**     **Other Items.**

    (1)    The parties do not request a conference with the Court before entry of the scheduling order.

    (2)    Reports from retained experts under Rule 26(a)(2) F.R.C.P. are due from the plaintiffs by July 16, 2007, and any such experts shall be made available for deposition by no later than August 15, 2007. Reports from retained experts from the defendant are due by September 3, 2007, and any such experts shall be made available for deposition by not later than October 1, 2007.

    (3)    The parties request a pretrial conference in late December 2007.

    (4)    All potentially dispositive motions should be filed by October 1, 2007.

    (5)    Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

    (6)    Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

    (7)    Final list of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

        a. By the Plaintiffs: 30 days before trial; and

        b. By the Defendant: 30 days before trial.

    (8)    Objections are to be filed within 15 days after receipt of final list.

    (9)    This case should be ready for trial at the January 28, 2008, term.

    (10)    Trial is expected to last 3-4 days.

The attorneys for the Plaintiff have reviewed this Report of the Parties' Planning Meeting and consent to the attorneys for the Defendant e-filing this report.

Respectfully submitted this the 8th day of January, 2007.

                **s/ Robert E. Poundstone IV**
                George R. Parker (PAR086)
                Robert E. Poundstone IV (POU006)
                **Attorneys for Defendant**
                Bradley Arant Rose & White LLP
                Alabama Center for Commerce
                401 Adams Avenue, Suite 780
                Montgomery, Alabama 36104
                Telephone:  334.956.7700
                Facsimile:   334.956.7701
                Email:   gparker@bradleyarant.com
                            bpoundstone@bradleyarant.com