IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) ) ) | |
| Plaintiffs, ) ) ) | CIVIL ACTION NO. |
| v. ) ) ) | 2:05cv1207-MHT (WO) |
| PIKNIK ACQUISITION CORP., L.L.C., et al., ) ) ) | |
| Defendants. ) | |

### JUDGMENT

It is ORDERED as follows:

(1) The motion to dismiss (doc. no. 49) is granted.

(2) Defendant Anthony Barber is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE