IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY A. MacCARTNEY, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 2:05cv1207-MHT** |
| ) | |
| **PIKNIK ACQUISITION CORP., LLC, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR**
**QUALIFIED HIPAA PROTECTIVE ORDER**

    Defendants Henry Hicks, Jeffrey Larry, and Christopher Day respectfully move this Court to enter a Protective Order in compliance with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). A proposed Qualifed HIPAA Protective Order is attached hereto. An electronic version of the proposed Order will also be electronically submitted directly to the Court's chambers as an attachment to an email. The proposed order conforms to the standard ALND Uniform Initial Order Governing All Further Proceedings, and has been agreed upon by the parties.

    Respectfully submitted,

    s/ Jennifer J. McGahey
    Jennifer J. McGahey (JOE001)
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203-2104
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    E-mail: jmcgahey@bradleyarant.com

OF COUNSEL

Robert E. Poundstone IV
George R. Parker

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

## CERTIFICATE OF SERVICE

     I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     K. Anderson Nelms, Esq.
     Law Offices of Jay Lewis, LLC
     P.O. Box 5059
     Montgomery, AL  36103

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A.

     s/ Jennifer J. McGahey
     OF COUNSEL

2