UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No.: 2:05cv1207-MHT |
| v. | ) ) |
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

COME NOW, the parties, by and through counsel, and respectfully request that this Honorable Court grant an extension of time for the dispositive motion deadline. As grounds therefor, the parties would show as follows:

1. The current dispositive motion deadline is set for September 21, 2007.

2. One of the Defendants, Jeffrey Larry, cannot be available for deposition until sometime in October. The parties are diligently working together to set this deposition, but have not been able to schedule said deposition as of this date.

3. There are three individual Defendants in this lawsuit who all reside out of state. Accordingly, deposing these individuals requires extensive travel. In addition to having to coordinate schedules to conduct the out of state depositions, Defendant, Jeffrey Larry, has had a family medical issue arise which has delayed his ability to be available.

WHEREFORE, THE PREMISES CONSIDERED, the parties respectfully request that this Honorable Court extend the dispositive motion deadline to October 28, 2007.

                                        /s/ K. Anderson Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733
Fax: (334) 832-4390

                                        /s/ Robert E. Poundstone, IV
George R. Parker (PAR086)
Robert E. Poundstone, IV (POU006)
William C. McGowin (MCG040)
Jennifer J. McGahey (JOE001)
Attorneys for Defendants
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700
Fax: (334) 956-7701
gparker@bradleyarant.com
bobbypoundstone@bradleyarant.com

OF COUNSEL:
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700
Fax: (334) 956-7701