IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al.,   )<br>)<br>)<br>   Plaintiffs,      )<br>)<br>   v.                     )<br>)<br>PIKNIK ACQUISITION CORP., )<br>L.L.C., et al.,       )<br>)<br>   Defendants.     )  | CIVIL ACTION NO.<br>2:05cv1207-MHT |

ORDER

It is ORDERED that the joint motion for extension (doc. no. 60) is granted.

DONE, this the 14th day of September, 2007.

                                     /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE