UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: 2:05cv1207-MHT |
| | ) |
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE OF PARTIES' SETTLEMENT CONFERENCE

COME NOW the Defendants, on behalf of themselves and the Plaintiffs, in the above-referenced matter and hereby inform the Court as follows concerning the parties' settlement conference:

1. Counsel for the parties held a face to face settlement conference on October 10, 2007.

2. Counsel for the various parties are in agreement that this matter could potentially be resolved by mediation.

3. The parties will continue discussions over the selection of either an outside mediator or using a Federal Magistrate and will notify the Court when they determine which course to take.

Submitted this 12th day of October, 2007.

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)
One of the Attorneys for Defendants

OF COUNSEL
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

K. Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, Alabama 36103

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None

/s/ Robert E. Poundstone IV
OF COUNSEL