## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No.: 2:05cv1207-MHT |
| v. | ) ) |
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) ) ) |
| Defendants. | ) |

## MOTION TO COMPEL

COMES NOW, Plaintiffs, and pursuant to Rule 37 of the *Federal Rules of Civil Procedure*, move this honorable court to compel a third party, Von G. Memory (hereinafter, "Memory"), to respond to Plaintiff's *Subpoena Duces Tecum* that was served upon Memory by Plaintiff's counsel on September 6, 2007. As grounds therefore, Plaintiffs state as follows:

1. Plaintiff's counsel served a *Subpoena Duces Tecum* on Memory on September 6, 2007. (Attached hereto as Exhibit "A").

2. To date Memory has failed to respond to Plaintiff's *Subpoena Duces Tecum*.

3. Plaintiff's have attempted to resolve this issue without the Court's involvement through several conversations between Plaintiff's counsel and Memory.

4. The information and documents sought through Plaintiff's *Subpoena Duces Tecum* are essential to the adequate preparation of Plaintiff's claims of this matter.

/s/ Andy Nelms
K. Anderson Nelms (NEL022)

        Attorney for Plaintiffs
847 So. McDonough Street, Ste 104
Montgomery, Alabama 36104
Phone:     (334) 263-7733
Fax:     (334) 832-4390
Andynelms@jaylewislaw.com

OF COUNSEL:
Law Offices of Jay Lewis
847 So. McDonough Street, Suite 104
Montgomery, Alabama 36104

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing on all parties listed below by placing a copy of the same in the U.S. Mail, postage prepaid, to the correct address on this the 16th day of October, 2007.

Von G. Memory
c/o Memory and Day, Attorneys at Law
469 South McDonough Street
Montgomery, AL 36104

Jennifer J. McGahey
Bill McGowin
George Parker
Bob Poundstone
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

        /s/ Andy Nelms
        OF COUNSEL