IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MACCARTNEY, *et al* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | CASE NO. 2:05-CV-1207-MHT |
| ) | |
| PIKNIK ACQUISITION CORP, L.L.C., ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Upon consideration of the Plaintiffs' *Motion to Compel* (Doc. 63, filed October 16, 2007), it is

**ORDERED** that Third-Party Von G. Memory show cause why this motion should not be granted on or before **October 24, 2007**. Any replies should be filed on or before **October 26, 2007**.

The Clerk is **DIRECTED** to send a copy by certified mail to Von. G. Memory at the address listed on the subpoena duces tecum (Doc. 63-2).

DONE this 16th day of October, 2007.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE