**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JERRY A. MacCARTNEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:  2:05cv1207-MHT** |
| ) | |
| **ONYX CAPITAL VENTURES, LLC, et al.,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' EVIDENTIARY SUBMISSION**
**IN SUPPORT OF THEIR MOTION FOR SUMMARY JDUGMENT**

Defendants Jeff Larry, Chris Day, and Henry Hicks submit the following evidence in support of their motions for summary judgment as to all claims of Plaintiffs Jerry MacCartney, Bert Mayer, Shannon McGlon, and Robert Winter:

1. Affidavit of Chris Day;

2. Deposition transcript of Defendant Chris Day, including exhibits;

3. Deposition transcript of Defendant Henry Hicks, including exhibits;

4. Deposition transcript of Defendant Jeff Larry, including exhibits;

5. Deposition transcript of Plaintiff Jerry MacCartney, including exhibits;

6. Deposition transcript of Plaintiff Shannon McGlon, including exhibits;

7. Deposition transcript of Plaintiff Bert Mayer, including exhibits; and

8. Deposition transcript of Plaintiff Bob Winter, including exhibits.

Respectfully submitted,

s/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: bpoundstone@bradleyarant.com

OF COUNSEL
George R. Parker
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Jennifer J. McGahey
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

K. Anderson Nelms, Esquire
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

s/ Robert E. Poundstone IV
OF COUNSEL

2