# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05cv1207-MHT |
| ) | |
| ONYX CAPITAL VENTURES, LLC, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CHRIS DAY

1. My name is Chris Day. I am over the age of eighteen, and I am competent to give this declaration. The matters contained in this declaration are based upon my personal knowledge.

2. I worked at Piknik Products Company ("Piknik"). From February 1, 2005 to July 7, 2005, I was President of Piknik. In my capacity as President, I was responsible for personnel decisions.

3. Piknik hired Annissia Hanyard as Plant Manager of the Day Street facility. This job with Piknik required Ms. Hanyard to move from Atlanta, Georgia, to Montgomery, Alabama. From time to time, Ms. Hanyard took time off from work while she relocated from Atlanta to Montgomery. However, Ms. Hanyard never worked part-time during her employment with Piknik.

4. Henry Hicks was the Vice President of Sales and Marketing for Piknik. Mr. Hicks never worked part-time during his employment with Piknik.

5. Anthony Barber was the Vice President and General Manager of the Beverages Division for Piknik. Mr. Barber never worked part-time during his employment with Piknik.


EXHIBIT

6. When I made the decision to reduce salaried employees' pay in mid-June 2005, Shannon McGlon was the only salaried employee working part-time.

7. On or about June 27, 2005, I learned that Ricky Loeb, Jerry MacCartney, Shannon McGlon, and Bob Winter were working together to contact Piknik's customers in an attempt to undermine customers' confidence in both Piknik and Onyx's ownership interest in Piknik.[1] I also received reports that these same individuals were attempting to form a group to seize control of Piknik from Onyx. By this time, Bob Winter had already left Piknik's employment just four days earlier, but Shannon McGlon and Jerry MacCartney were still working at Piknik. After I learned that Shannon McGlon and Jerry MacCartney were involved with this group effort to disrupt Piknik's business and to undermine Onyx, I felt I could no longer trust either of them and also felt that their actions warranted an immediate termination. Attached as Exhibit A to this Declaration is a true and correct copy of a June 27, 2005, email that I received from Mr. Hicks and my response to Mr. Hicks' email regarding the efforts of Jerry MacCartney, Shannon McGlon, and Bob Winter to disrupt Piknik's business and to undermine Onyx.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed on October 29, 2007.

_____
Chris Day

---

[1] It was actually Piknik Acquisition Corporation, which was a wholly owned affiliate of Onyx, that had the ownership interest in Piknik. To avoid confusion due to there being two "Piknik" entities involved, I will refer to both entities as "Onyx" in this Declaration. However, it was actually Piknik Acquisition Corporation that had the ownership interest in Piknik.

2

### Brenda Sellers

**From:** Henry Hicks [hhicks@piknikproducts.com]
**Sent:** Monday, June 27, 2005 2:52 PM
**To:** 'Chris Day'; 'Jeffery Larry'; dpalmer@onyxcapitalventures.com
**Subject:** Winter & Loeb

I talked with Rudy Mansfield at Kraft today and he mentioned that Peter Lloyd, his counterpart, had received an email from Bob Winter indicating that he was working to pull together a group to make an offer to buy Piknik Products. Kraft's reaction was neutral to negative on this development and cautiously supportive of Onyx. This development does suggest that Winter et. al. are likely to have contact other customers in similar manner, and is further unsettling to our customers regarding the stability of the company and its future. Anything that we can do to support their confidence in us is necessary.

Henry

H. Beecher Hicks, III
Vice President, Sales and Marketing
Piknik Products Company
404/653-8914 office
404/313-6669 cell
509/471-8561 efax
www.piknikproducts.com



7/25/2005



Redacted
Atty/Client Priv.

**From:** CDay12345@aol.com [mailto:CDay12345@aol.com]
**Sent:** Monday, June 27, 2005 5:13 PM
**To:** bsellers@piknikproducts.com
**Cc:** abarber@piknikproducts.com
**Subject:** [JunkMail] Fwd: Winter & Loeb

Brenda:

Please put a copy of the attached email into Bob, Shannon and Jerry's files. The fact that they are operating as a group, trying to disrupt our business, is further evidence of the need for their immediate termination.

Chris



DEFENDANT'S EXHIBIT B

7/25/2005