Case 2:05-cv-... 4073-MHT-TFM   Document 34-2   Filed 06/29/2007   Page 2 of 17



MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat

**msn Hotmail**

Today | Mail | Calendar | Contacts

Web Search:

From: Integrated Transport Logistics, Inc. - Central Dispatch <dtdispatch@hotmail.com>
Reply-To: scott@integratedtransport.com
Sent: Wednesday, June 22, 2005 11:25 PM
To: robertwinter@bellsouth.net, jmaccartney@msn.com
Subject: RE:

Bob: here are a few suggested changes below. I still strongly believe that you should identify the M&A players first within each customer and reference your contact in the letter if this is the route you definitely want to go. They will in turn will call your contact and question the situation which would be good in multiple ways. Time would be first. Another strong option is to contact an outside M&A group yourself, set them up on contingency, and have them contact the customer M&A contacts. You want a definite impact with a lot higher probability of success - this is the route you should [take]... Lawyers love talking to each other, you would be protected, and the process will most likely go much faster.

-----Original Message Follows-----
From: <robertwinter@bellsouth.net>
To: <jmaccartney@msn.com>; <dtdispatch@hotmail.com>
Date: Wed, 22 Jun 2005 21:43:05 -0400
Subject: mail

Plink Products Company announced last Friday that their bank (SouthTrust) is no longer interested in being their financial institution. This has led to the immediate suspension of operations for all but the customer in the condiments division. We understand that Plink is a critical part of your company (maybe you use some specifics operationally/financially). This is why it is important for you to understand and thoroughly change occurring within Plink that has potentially significant impact on your brand. They have announced their intention to continue operations in the two beverage plants while they attempt changes concern to create doubt) to recapitalize.

In order to avoid a conflict of interest, I have terminated my working relationship with Plink Products. I am leading a group of interested parties towards (intent: play bigger than you told me since you get interest) building a short and long range strategic plan for Plink to emerge as an economically viable entity with a sustainable business proposition.

Over the course of the next several weeks, we will be making a series of proposals to various target companies who would provide a strategic win-win fit. Based on...(again, talk specific on why 'Kraft' etc.), we would like to discuss specifics of our plans with....




















Case 1:04-cv-01371-JJF   Document 74-2   Filed 10/29/2007   Page 13 of 17



