...snapshot recording for jmaccartney on 06/21/05 12:48 P...

File Edit View Favorites Tools Help

Back Search Folders

Address: My Documents

Folders

- Desktop
  - My Documents
    - 2004 budgets
    - 2005 Operating Plan project
    - APICS
    - AT&T
    - Brundidge OIL
    - Brundidge Projects
    - Continuous Improvement Project
    - Customer Billing
    - departmental expenses
    - Documents Mine
    - Employee relations
    - Forms
    - jmacca
    - Load Balancing Alatex
    - Mas 200
    - Material Handling Equip
    - My eBooks
    - My Music
    - My Pictures
    - My Received Files
    - New Folder
    - Pallet ID forms
    - Pepsi co reporting
    - Purchasing Data
    - Quality
    - Scott Mcglon
    - Security
    - SOP's
    - Staff
    - Variety Pack activity
    - Weekly review meetings
    - WMS Project
    - Yield Reports

| Name | Size | Type | Date Modified |
| --- | --- | --- | --- |
| 2004 budgets | | File Folder | 4/26/2005 11:37 AM |
| 2005 Operating Plan project | | File Folder | 1/13/2005 3:59 PM |
| APICS | | File Folder | 9/22/2004 5:42 PM |
| AT&T | | File Folder | 9/22/2004 5:42 PM |
| Brundidge OIL | | File Folder | 4/26/2005 11:37 AM |
| Brundidge Projects | | File Folder | 4/26/2005 11:37 AM |
| Continuous Improvement Project | | File Folder | 4/26/2005 11:37 AM |
| Customer Billing | | File Folder | 4/26/2005 11:37 AM |
| departmental expenses | | File Folder | 5/23/2005 4:06 PM |
| Documents Mine | | File Folder | 9/23/2004 8:17 AM |
| Employee relations | | File Folder | 6/1/2005 1:47 PM |
| Forms | | File Folder | 4/26/2005 11:37 AM |
| jmacca | | | ...2004 8:21 AM |
| Load Balancing Alatex | | | ...2005 11:58 AM |
| Mas 200 | | | ...2005 3:02 PM |
| Material Handling Equip | | | ...2005 11:37 AM |
| My eBooks | | | ...2004 5:44 PM |
| My Music | | | ...2004 5:44 PM |
| My Pictures | | | ...2005 2:30 PM |
| My Received Files | | | ...2004 5:45 PM |
| New Folder | | | ...2004 5:45 PM |
| Pallet ID forms | | | ...2004 5:45 PM |
| Pepsi to reporting | | File Folder | 5/26/2005 2:26 PM |
| Purchasing Data | | File Folder | 4/26/2005 11:37 AM |
| Quality | | File Folder | 6/21/2005 8:00 AM |
| Scott Mcglon | | File Folder | 4/26/2005 11:37 AM |
| Security | | File Folder | 4/14/2005 12:23 PM |
| SOP's | | File Folder | 10/28/2004 3:31 PM |
| Staff | | File Folder | 5/23/2005 4:19 PM |
| Variety Pack activity | | File Folder | 9/22/2004 5:45 PM |
| Weekly review meetings | | File Folder | 2/8/2005 4:05 PM |
| WMS Project | | File Folder | 2/14/2005 12:09 PM |
| Yield Reports | | File Folder | 3/18/2005 2:54 PM |
| 1Hr Presentation | 943 KB | Microsoft PowerPoi... | 3/31/2003 12:29 PM |
| 55 hftc metering | 22 KB | Microsoft Excel Wor... | 5/8/2003 4:44 PM |
| 1500 | 64 KB | Microsoft Word Doc | 7/21/2003 10:08 AM |

Memo cycle count wk 32100.doc
From 'Inventory Task Force'
3 Minutes Remaining
Cancel

start | Calendar - Microsoft ... | Windows Media Player | WSFA TV Montgomery ... | My Documents | 12:48 PM

File Edit View Favorites Tools Help

Back Search Folders

Address My Documents

Folders

- Desktop
  - My Documents
    - 2004 budgets
    - 2005 Operating Plan project
    - APICS
    - AT&T
    - Brundidge OIL
    - Brundidge Projects
    - Continuous Improvement Project
    - Customer Billing
    - departmental expenses
    - Documents Mine
    - Employee relations
    - Forms
    - jmacca
    - Load Balancing Alatex
    - Mas 200
    - Material Handling Equip
    - My eBooks
    - My Music
    - My Pictures
    - My Received Files
    - New Folder
    - Pallet ID forms
    - Pepsi co reporting
    - Purchasing Data
    - Quality
    - Scott Mcglon
    - Security
    - SOP's
    - Staff
    - Variety Pack activity
    - Weekly review meetings
    - WMS Project
    - Yield Reports

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 2004 budgets | | File Folder | 4/26/2005 11:37 AM |
| 2005 Operating Plan project | | File Folder | 1/13/2005 3:59 PM |
| APICS | | File Folder | 9/22/2004 5:42 PM |
| AT&T | | File Folder | 9/22/2004 5:42 PM |
| Brundidge OIL | | File Folder | 4/26/2005 11:37 AM |
| Brundidge Projects | | File Folder | 4/26/2005 11:37 AM |
| Continuous Improvement Project | | File Folder | 4/26/2005 11:37 AM |
| Customer billing | | File Folder | 4/26/2005 11:37 AM |
| departmental expenses | | File Folder | 5/23/2005 4:08 PM |
| Documents Mine | | File Folder | 9/23/2004 8:17 AM |
| Employee relations | | File Folder | 6/1/2005 1:47 PM |
| Forms | | File Folder | 4/26/2005 11:37 AM |
| jmacce | | | 2004 8:21 AM |
| Load Balancing Alatex | | | 005 11:58 AM |
| Mas 200 | | | 2005 3:02 PM |
| Material Handling Equip | | | 2005 11:37 AM |
| My eBooks | | | 2004 5:44 PM |
| My Music | | | 2004 5:44 PM |
| My Pictures | | | 2005 2:30 PM |
| My Received Files | | | 2004 5:45 PM |
| New Folder | | | 2004 5:45 PM |
| Pallet ID forms | | | 2004 5:45 PM |
| Pepsi co reporting | | File Folder | 5/26/2005 2:26 PM |
| Purchasing Data | | File Folder | 4/26/2005 11:37 AM |
| Quality | | File Folder | 6/21/2005 8:00 AM |
| Scott Mcglon | | File Folder | 4/26/2005 11:37 AM |
| Security | | File Folder | 4/14/2005 12:23 PM |
| SOP's | | File Folder | 10/28/2004 3:31 PM |
| Staff | | File Folder | 5/23/2005 4:19 PM |
| Variety Pack activity | | File Folder | 9/22/2004 5:45 PM |
| Weekly review meetings | | File Folder | 2/8/2005 4:05 PM |
| WMS Project | | File Folder | 2/14/2005 12:09 PM |
| Yield Reports | | File Folder | 3/18/2005 2:54 PM |
| 1Hr.Presentation | 943 KB | Microsoft PowerPoi... | 8/31/2003 12:29 PM |
| 55 hftc metering | 22 KB | Microsoft Excel Wor... | 5/8/2003 4:44 PM |
| 1500 | 64 KB | Microsoft Word Doc... | 7/21/2003 10:08 AM |

Dan's Sept 01 Review.doc
From 'Dan Berard'

2 Minutes Remaining

Cancel

start Calendar - Microsoft... Windows Media Player WCFA Ti Montgomer... My Documents 12:49 PM

File Edit View Favorites Tools Help

Back Search Folders

Address: My Documents

Folders

- Desktop
- My Documents
  - 2004 budgets
  - 2005 Operating Plan project
  - APICS
  - AT&T
  - Brundidge OIL
  - Brundidge Projects
  - Continuous Improvement Project
  - Customer Billing
  - departmental expenses
  - Documents Mine
  - Employee relations
  - Forms
  - jmacca
  - Load Balancing Alatex
  - Mas 200
  - Material Handling Equip
  - My eBooks
  - My Music
  - My Pictures
  - My Received Files
  - New Folder
  - Pallet ID forms
  - Pepsi co reporting
  - Purchasing Data
  - Quality
  - Scott Mcglon
  - Security
  - SOP's
  - Staff
  - Variety Pack activity
  - Weekly review meetings
  - WMS Project
  - Yield Reports

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 2004 Budgets | | File Folder | 4/26/2005 11:37 AM |
| 2005 Operating Plan project | | File Folder | 7/13/2005 3:59 PM |
| APICS | | File Folder | 9/22/2004 5:42 PM |
| AT&T | | File Folder | 9/22/2004 5:42 PM |
| Brundidge OIL | | File Folder | 4/26/2005 11:37 AM |
| Brundidge Projects | | File Folder | 4/26/2005 11:37 AM |
| Continuous Improvement Project | | File Folder | 4/26/2005 11:37 AM |
| Customer Billing | | File Folder | 4/26/2005 11:37 AM |
| departmental expenses | | File Folder | 5/23/2005 4:08 PM |
| Documents Mine | | File Folder | 9/23/2004 8:17 AM |
| Employee relations | | File Folder | 6/1/2005 1:47 PM |
| Forms | | File Folder | 4/26/2005 11:37 AM |
| jmacca | | File Folder | 9/23/2004 8:21 AM |
| Load Balancing Alatex | | File Folder | 2/7/2005 11:58 AM |
| Mas 200 | | File Folder | 3/17/2005 3:02 PM |
| Material Handling Equip | | File Folder | 4/26/2005 11:37 AM |
| My eBooks | | File Folder | 9/22/2004 5:44 PM |
| My Music | | File Folder | 9/22/2004 5:44 PM |
| My Pictures | | File Folder | 5/27/2005 2:30 PM |
| My Received Files | | File Folder | 9/22/2004 5:45 PM |
| New Folder | | File Folder | 9/22/2004 5:45 PM |
| Pallet ID forms | | File Folder | 9/22/2004 5:45 PM |
| Pepsi co reporting | | File Folder | 5/26/2005 2:26 PM |
| Purchasing Data | | File Folder | 4/26/2005 11:37 AM |
| Quality | | File Folder | 5/21/2005 8:00 AM |
| Scott Mcglon | | File Folder | 4/26/2005 11:37 AM |
| Security | | File Folder | 4/14/2005 12:23 PM |
| SOP's | | File Folder | 10/28/2004 3:31 PM |
| Staff | | File Folder | 5/23/2005 4:10 PM |
| Variety Pack activity | | File Folder | 9/22/2004 5:45 PM |
| Weekly review meetings | | File Folder | 2/8/2005 4:05 PM |
| WMS Project | | File Folder | 2/14/2005 12:09 PM |
| Yield Reports | | File Folder | 3/18/2005 2:54 PM |
| 1Hr. Presentation | 943 KB | Microsoft PowerPoi... | 3/31/2003 12:29 PM |
| 55 hftc metering | 22 KB | Microsoft Excel Wor... | 5/8/2003 4:44 PM |
| 1500 | 64 KB | Microsoft Word Doc | 7/21/2003 10:08 AM |

start | Calendar - Microsoft ... | Windows Media Player | WSFA TV Montgomer... | My Documents | 12:51 PM

File Edit View Favorites Tools Help
Back
Search
Folders
Address My Documents
Folders
Desktop
My Documents
2004 budgets
2005 Operating Plan project
APICS
AT&T
Brundidge OIL
Brundidge Projects
Continuous Improvement Project
Customer Billing
departmental expenses
Documents Mine
Employee relations
Forms
jmacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
Name
Type
Date Modified
1Hr. Presentation
55 hftc metering
943 KB
22 KB
Microsoft PowerPoi...
Microsoft Excel Wor...
3/31/2003 12:29 PM
5/8/2003 4:44 PM
Removable Disk (E:)
Copy pictures to a folder on my computer
using Microsoft Scanner and Camera Wizard
Print the pictures
using Photo Printing Wizard
View a slideshow of the images
using Windows Picture and Fax Viewer
Open folder to view files
using Windows Explorer
Always do the selected action.
OK
Cancel
start
Windows Media Pla...
Removable Disk (E:)
12:51 PM

File Edit View Favorites Tools Help
Back Search Folders
My Documents
Removable Disk (E:)
Windows can perform the same action each time you insert a disk or connect a device with this kind of file:
Pictures
What do you want Windows to do?
Copy pictures to a folder on my computer using Microsoft Scanner and Camera Wizard
Print the pictures using Photo Printing Wizard
View a slideshow of the images using Windows Picture and Fax Viewer
Open folder to view files using Windows Explorer
Always do the selected action.
OK
Cancel
start
Removable Disk (E:)
12:52 PM

File Edit View Favorites Tools Help
Back
Search
Folders
Address My Documents
Folders
Desktop
My Documents
2004 budgets
2005 Operating Plan project
APICS
AT&T
Brundidge OTL
Brundidge Projects
Continuous Improvement Project
Customer Billing
departmental expenses
Documents Mine
Employee relations
Forms
Imacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
Name
Size
Type
Date Modified
2004 Budgets
2005 Operating Plan project
1Hr. Presentation
55 hftc metering
1500
943 KB
22 KB
64 KB
Microsoft PowerPoi...
Microsoft Excel Wor...
Microsoft Word Doc
File Folder
4/26/2005 11:37 AM
1/18/2005 3:59 PM
9/22/2004 5:42 PM
3/18/2005 2:54 PM
3/31/2003 12:29 PM
5/8/2003 4:44 PM
7/21/2003 10:08 AM
Removable Disk (E:)
What do you want Windows to do?
Copy pictures to a folder on my computer
using Microsoft Scanner and Camera Wizard
Print the pictures
using Photo Printing Wizard
View a slideshow of the images
Open folder to view files
using Windows Explorer
Always do the selected action.
OK
Cancel
start
Windows Media Pla
WSFA-TV Montgom
My Documents
Removable Disk (E:)
12:53 PM

File Edit View Favorites Tools Help
Back
Search
Folders
Desktop
My Documents
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
Mom Slide Show
Piknik Products Company on 'Noah' (P:)
Departments on 'Noah' (Q:)
jmaccartney on 'Noah\Piknik Users' (U:)
Documents Mine
Documents Mine
My Pictures
Private
Favorites
Local
Outlook
pst
WINDOWS
Control Panel
My Network Places
Recycle Bin
Mom an NOT Roher
Mom Slide Show
2005_0615Memorial00...
2005_0615Memorial0059
2005_0615Memorial0061
2005_0615Memorial0062
2005_0615Memorial0
start
Windows Media Player
Removable Disk (E:)

File Edit View Favorites Tools Help
Back
Search
Folders
Folders
Desktop
My Documents
My Computer
3½ Floppy (A:)
WinXP (C:)
Audio CD (D:)
Collapse
Explore
Open
Search...
AutoPlay
Sharing and Security...
WinZip
Format...
Eject
Cut
Copy
Rename
Properties
My Network
Recycle Bin
im an NOT Roger
Mom Slide Show
2005_0615Memorial00...
2005_0615Memorial0059
2005_0615Memorial0061
2005_0615Memorial0062
start
Removable Disk (E:)

Back · Search · Folders

Address P:\

Folders

Desktop
My Documents
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
My Network Places
Recycle Bin

**Formatting Removable Disk (E:)**

Capacity:

File system

Allocation unit size

Volume label

Format options

Start · Cancel

| Name | Size | Type | Date Modified |
|---|---|---|---|
| A | | | |
| Alatex | | File Folder | 5/28/2005 5:49 PM |
| B | | | |
| BPI | | | |
| ...Information | | File Folder | 6/8/2005 4:57 PM |
| | | File Folder | 5/24/2004 8:14 AM |
| ...ia | | File Folder | 12/14/2004 8:33 AM |
| ...ents Pricing | | File Folder | 6/1/2005 11:49 AM |
| ...ots | | File Folder | 5/3/2005 10:37 AM |
| ...oftware | | File Folder | 2/25/2005 1:42 PM |
| ...-Weights | 79 KB | Microsoft Excel Wor... | 6/15/2005 3:14 PM |
| ...meV1 | 1,708 KB | Microsoft Office Acc... | 4/19/2004 12:43 PM |
| ...ER | | File Folder | 4/18/2005 11:06 AM |
| ...dits | | File Folder | 5/2/2005 1:47 PM |
| ...ttings | | File Folder | 2/28/2005 2:23 PM |
| I | | | |
| index.adp-472124 | 1 KB | Internet Shortcut | 11/7/2003 12:26 PM |
| M | | | |

start · Calendar - Microsoft... · Windows Media Player · ...Montgomer... · Piknik Products Comp... · 12:54 PM

File
Edit
View
Favorites
Tools
Help
Back
Search
Folders
Desktop
My Documents
My Computer
Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
Piknik Products Company on 'Noah' (P:)
Departments on 'Noah' (Q:)
Documents Mine
Favorites
Local
Outlook
pst
WINDOWS
Control Panel
My Network Places
Recycle Bin
start
Removable Disk (E:)
12:55 PM

File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\jmaccartney\My Documents\My Received Files
My Documents
2004 budgets
2005 Operating Plan project
APICS
AT&T
Brundidge OIL
Brundidge Projects
Continuous Improvement Project
Customer Billing
departmental expenses
Documents Mine
Employee relations
Forms
jmacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsico reporting
Purchasing Data
Quality
Scott Meglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
start
My Received Files
12:55 PM

File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\jmaccartney\My Documents\My Received Files
Folders
Continuous Improvement Project
Customer Billing
Copying...
Finished Goods Inventory SOP 18.0.doc
From 'WMS Project' to 'WMS Project'
Cancel
2 Minutes Remaining
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
Piknik Products Company on 'Noah' (P:)
Departments on 'Noah' (Q:)
start
Windows Media Player
My Received Files
12:56 PM

File Edit View Favorites Tools Help
Back
Search
Folders
C:\Documents and Settings\mccartney\My Documents\My Received Files
Continuous Improvement Project
Customer Billing
Copying...
MSA Piknik Products 062503 pdf
From 'Manahattan Agreeme...' to 'Manahattan Agreeme...'
15 Seconds Remaining
Cancel
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
Piknik Products Company on 'Noah' (P:)
Departments on 'Noah' (Q:)
start
My Received Files
12:56 PM

File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\My Received Files
Folders
Continuous Improvement Project
Customer Billing
Copying...
From 'Security' to 'Security'
Cancel
2 Minutes Remaining
My Pictures
My Received Files
New Folder
Pallet ID forms
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
Piknik Products Company on 'Noah' (P:)
Departments on 'Noah' (Q:)
start
Windows Media Player
My Received Files
12:57 PM

File
Edit
View
Favorites
Tools
Help
Back
Search
Folders
Continuous Improvement Project
Customer Billing
departmental expenses
Documents Mine
Employee relations
Forms
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsico reporting
Purchasing Data
Quality
Security
SOPs
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
Computer
3½ Floppy (A:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
Departments on 'Noah' (Q:)
start
My Received Files
12:57 PM

File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\jmaccartney\My Documents\My Received Files
Continuous Improvement Project
Customer Billing
Copying...
Vendor spend totals.xls
From 'Purchasing Data' to 'Purchasing Data'
Cancel
30 Seconds Remaining
My Pictures
My Received Files
New Folder
Pallet ID forms
Purchasing Data
Quality
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
Piknik Products Company on 'Noah' (P:)
Departments on 'Noah' (Q:)
start
Windows Media Player
My Received Files
12:53 PM

File
Edit
View
Favorites
Tools
Help
Back
Search
Folders
Address E:\
Folders
departmental expenses
Documents Mine
Employee relations
Forms
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
Purchasing Data
Security
WMS Project
APICS
Purchasing Data
Security
WMS Project
start
Removable Disk (E:)
12:58 PM

File Edit View Favorites Tools Help
Back
Search
Folders
departmental expenses
Documents Mine
Employee relations
Forms
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID Forms
Pepsi co reporting
Purchasing Data
Quality
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
Purchasing Data
Security
WMS Project
start
Windows Media Player
My Pictures

File
Edit
View
Favorites
Tools
Help
Back
Search
Folders
C:\Documents and Settings\jmaccartney\My Documents\My Pictures
departmental expenses
Documents Mine
Employee relations
Forms
jmacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
New Folder
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Meglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
Purchasing Data
Security
New Folder
Coke fax
Microsoft Word Document
44 KB
US Food Service fax
Microsoft Word Document
43 KB
JPEG Image
GatoradeAnimated
GIF Image
JPEG Image
Big Lots fax
Microsoft Word Document
43 KB
GIF Image
Sample Pictures
Shortcut
1 KB
start
Windows Media Player
My Pictures

File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\mmccartney\My Documents\My Pictures
Folders
departmental expenses
Documents Mine
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
My Pictures
Purchasing Data
Security
Sample Pictures.lnk
From 'My Pictures' to 'My Pictures'
10 Minutes Remaining
New Folder
Document
GatoradeAnimated
GIF Image
Sample Pictures
Shortcut
Confirm Stream Loss
Do you want to proceed anyway?
Yes
Yes to All
No
Cancel
start
Windows Media Player
My Pictures