







File Edit View Favorites Tools Help
Back
Search
Folders
C:\Documents and Settings\lmaccartney\My Documents\My Pictures
Folders
departmental expenses
Documents Mine
Copying...
Pictures55_0465.jpg
From 'New Folder' to 'New Folder'
Cancel
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
My Pictures
Purchasing Data
Security
New Folder
Document
Fax
Document
JPEG Image
GatoradeAnimated
GIF Image
JPEG Image
Big Lots -fax
Microsoft Word Document
13 KB
GIF Image
Sample Pictures
Shortcut
1 KB
start
Windows Media Player
My Pictures

File Edit View Favorites Tools Help
Back
Search
Folders
Departmental expenses
New Folder
Pallet ID forms
Pepsi co-reporting
Purchasing Data
Quality
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
Audio CD (D:)
Removable Disk (E:)
APICS
My Pictures
Purchasing Data
Security
Copying...
Cancel
Microsoft Word Document
Sample Pictures
Shortcut
start
My Pictures

File
Edit
View
Favorites
Tools
Help
Back
Search
Folders
Copying...
Cancel
New Folder
Pallet ID forms
Purchasing Data
Quality
Security
SOPs
Staff
Yield Reports
My Computer
Audio CD (D:)
Removable Disk (E:)
My Pictures
BPCS
Sample Pictures
Shortcut
start

File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\jmaccartney\My Documents\My Pictures
Folders
departmental expenses
Documents Mine
Employee relations
Forms
jmacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID Forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
My Pictures
Purchasing Data
Security
New Folder
Coke_Fax
Microsoft Word Document
44 KB
hurtrack2.wsi;tghur2;Custom...
WSI;TGHUR2;CUSTOMGRAPH...
23 KB
US food Service Fax
Microsoft Word Document
43 KB
500 x 377
JPEG Image
GatoradeAnimated
GIF Image
lazo800_home
151 x 94
JPEG Image
Big Lots Fax
Microsoft Word Document
43 KB
hdr_logo_1
175 x 46
GIF Image
Sample Pictures
Shortcut
1 KB
Pictures55_0502.jpg
From 'New Folder' to 'New Folder'
Cancel
20 Seconds Remaining
start
Windows Media Player
My Pictures
1:02 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 01:06 P

File Edit View Favorites Tools Help

Back Search Folders

Address C:\Documents and Settings\jmaccartney\My Documents\Weekly review meetings

Folders

departmental expenses
Documents Mine

Copying...

Notes for WMS mtg w Exec Committee.doc
From 'Scott Mcglon' to 'Scott Mcglon'

15 Seconds Remaining

Cancel

New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
My Pictures
Purchasing Data
Security

Dec 17 mtg

021304 Microsoft Excel Worksheet 144 KB

022004 Microsoft Excel Worksheet 151 KB

Worksheet

030504 Microsoft Excel Worksheet 154 KB

031204 Microsoft Excel Worksheet 186 KB

Worksheet

032604 Microsoft Excel Worksheet 157 KB

040904 Microsoft Excel Worksheet 142 KB

Worksheet

042304 Microsoft Excel Worksheet 149 KB

043004 Microsoft Excel Worksheet 143 KB

050704 Microsoft Excel Worksheet 145 KB

051404 Microsoft Excel Worksheet 152 KB

052104 Microsoft Excel Worksheet 147 KB

061104 Microsoft Excel Worksheet 148 KB

Feb 08 onboarding Microsoft Project Document 253 KB

headcount worksheet Microsoft Excel Worksheet 46 KB

headcount worksheet1 Microsoft Excel Worksheet 186 KB

Metrics Microsoft Excel Worksheet 20 KB

PENGAD 800-631-6989 DEFENDANT'S EXHIBIT 10 macCartney

start Inbox - Microsoft Out... Windows Media Player Weekly review meetings 1:06 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 01:06 P

File Edit View Favorites Tools Help

Back Search Folders

Address C:\Documents and Settings\jmaccartney\My Documents\Weekly review meetings Go

Folders

- Forms
- Imacca
- Purchasing Data
- Quality
- Scott Mcglon
- Security
- SOP's
- Staff
- Variety Pack activity
- Weekly review meetings
- WMS Project
- Yield Reports
- My Computer
- 3½ Floppy (A:)
- Brundidge on 'Noah' (B:)
- WinXP (C:)
- Audio CD (D:)
- Removable Disk (E:)
- APICS
- My Pictures
- Pepsi co reporting
- Purchasing Data
- Scott Mcglon
- Security
- WMS Project

Copying...

Piknik Close Deck 2003.ppt

From 'Pepsi co reporting' to 'Pepsi co reporting'

26 Seconds Remaining

Cancel

Dec 17 mtg

Worksheet

Worksheet

Worksheet

021304 Microsoft Excel Worksheet 144 KB

022004 Microsoft Excel Worksheet 151 KB

030504 Microsoft Excel Worksheet 154 KB

031204 Microsoft Excel Worksheet 156 KB

032604 Microsoft Excel Worksheet 157 KB

040904 Microsoft Excel Worksheet 142 KB

042304 Microsoft Excel Worksheet 149 KB

043004 Microsoft Excel Worksheet 143 KB

050704 Microsoft Excel Worksheet 145 KB

051404 Microsoft Excel Worksheet 152 KB

052104 Microsoft Excel Worksheet 147 KB

061104 Microsoft Excel Worksheet 148 KB

Feb 08 onboarding Microsoft Project Document 253 KB

headcount worksheet Microsoft Excel Worksheet 46 KB

headcount worksheet1 Microsoft Excel Worksheet 186 KB

Metrics Microsoft Excel Worksheet 20 KB

start | Inbox - Microsoft Out... | Windows Media Player | Weekly review meetings | 1:06 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 01:07 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip
Go
Folders
Forms
jmacca
Copying...
Barloworld cxl memo.doc
From 'Material Handling Equip' to 'Material Handling Equip'
Cancel
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
APICS
Material Handling Equip
My Pictures
Pepsi co reporting
Purchasing Data
Scott Mcglon
Security
Barloworld cancellation
Microsoft Word Document
272 KB
Barloworld cxl memo
Microsoft Word Document
269 KB
Barloworld cxl memo1
Microsoft Word Document
277 KB
Document
BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB
Brundidge tractor cap-x
Microsoft Excel Worksheet
127 KB
c 2003
Worksheet
dock repair proposal
Microsoft Word Document
24 KB
Equipment Listing - Insurance April 2003
Microsoft Excel Worksheet
Repairs 2004
Worksheet
Forklift 2004
Microsoft Excel Worksheet
940 KB
Forklift Letter of Intent April 2004
Microsoft Word Document
Forklift Listing - July 2002
Microsoft Excel Worksheet
22 KB
Forklift Repair Comparisons
Microsoft Excel Worksheet
21 KB
Forklift Repairs
Microsoft Excel Worksheet
84 KB
FORKLIFT RFQ - April 1 2004
Microsoft Word Document
228 KB
Forklift RFQ Comparisions April 2004
Microsoft Excel Worksheet
Forklift RFQ Vendor List
Microsoft Word Document
27 KB
Interstate Equipment Analysis1
Microsoft Excel Worksheet
23 KB
Jan cost report
Microsoft Excel Worksheet
20 KB
RFQ Response Template April 2004
Microsoft Excel Worksheet
Tractor Penske 2004
Microsoft Excel Worksheet
262 KB
start
Inbox - Microsoft Out...
Windows Media Player
Material Handling Equip
1:07 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 01:07 P
File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip
Folders
Forms
jmacca
Load Balancing
Mas 200
Material Handl
My eBooks
My Music
My Pictures
My Received F
New Folder
Pallet ID forms
Pepsi co report
Purchasing Dat
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack a
Weekly review
WMS Project
Yield Reports
My Computer
3½ Floppy (A:
Brundidge on
WinXP (C:)
Audio CD (D:)
Removable Dis
APICS
Material Handling Equip
My Pictures
Pepsi co reporting
Purchasing Data
Scott Mcglon
Security
Mas 200 Properties
General
Sharing
Security
Customize
Mas 200
Type: File Folder
Location: C:\Documents and Settings\jmaccartney\My Docu
Size: 7.92 MB (8,308,079 bytes)
Size on disk: 7.96 MB (8,351,744 bytes)
Contains: 21 Files, 2 Folders
Created: Wednesday, September 22, 2004, 5:44:28 PM
Attributes: Read-only
Hidden
Advanced...
OK
Cancel
Apply
Barloworld cancellation
Microsoft Word Document
272 KB
Barloworld cxl memo
Microsoft Word Document
269 KB
Barloworld cxl memo1
Microsoft Word Document
277 KB
BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB
Brundidge tractor cap-x
Microsoft Excel Worksheet
127 KB
dock repair proposal
Microsoft Word Document
24 KB
Equipment Listing - Insurance April 2003
Microsoft Excel Worksheet
Forklift 2004
Microsoft Excel Worksheet
940 KB
Forklift Letter of Intent April 2004
Microsoft Word Document
Forklift Repair Comparisons
Microsoft Excel Worksheet
21 KB
Forklift Repairs
Microsoft Excel Worksheet
84 KB
Forklift RFQ Comparisons April 2004
Microsoft Excel Worksheet
Forklift RFQ Vendor List
Microsoft Word Document
27 KB
Jan cost report
Microsoft Excel Worksheet
20 KB
RFQ Response Template April 2004
Microsoft Excel Worksheet
start
Windows Media Player
Material Handling Equip
1:07 PM

**Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:16 P**

File Edit View Favorites Tools Help

Back Search Folders

Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip

Folders

- Continuous Improvement Project
- Customer Billing
- My Pictures
- My Received Files
- New Folder
- Pallet ID forms
- Pepsi co reporting
- Purchasing Data
- Quality
- Scott Mcglon
- Security
- SOP's
- Staff
- Variety Pack activity
- Weekly review meetings
- WMS Project
- Yield Reports
- My Computer
  - 3½ Floppy (A:)
  - Brundidge on 'Noah' (B:)
  - WinXP (C:)
  - Audio CD (D:)
  - Removable Disk (E:)
    - 2005 Operating Plan project
    - APICS

Copying...

2005 Day St budget 10-6-04 Revision 1.xls
From '2005 Operating Plan ...' to '2005 Operating Plan ...'
35 Seconds Remaining
Cancel

Barloworld cancellation
Microsoft Word Document
272 KB

Document

...c 2003
...Worksheet

...Repairs 2004
...Worksheet

Forklift Listing - July 2002
Microsoft Excel Worksheet
22 KB

FORKLIFT RFQ - April 1- 2004
Microsoft Word Document
228 KB

Interstate Equipment Analysis1
Microsoft Excel Worksheet
23 KB

Tractor Penske 2004
Microsoft Excel Worksheet
262 KB

Barloworld cxl memo
Microsoft Word Document
269 KB

BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB

dock repair proposal
Microsoft Word Document
24 KB

Forklift 2004
Microsoft Excel Worksheet
940 KB

Forklift Repair Comparisons
Microsoft Excel Worksheet
21 KB

Forklift RFQ Comparisions April 2004
Microsoft Excel Worksheet

Jan cost report
Microsoft Excel Worksheet
20 KB

Barloworld cxl memo1
Microsoft Word Document
277 KB

Brundidge tractor cap-x
Microsoft Excel Worksheet
127 KB

Equipment Listing - Insurance April 2003
Microsoft Excel Worksheet

Forklift Letter of Intent April 2004
Microsoft Word Document

Forklift Repairs
Microsoft Excel Worksheet
84 KB

Forklift RFQ Vendor List
Microsoft Word Document
27 KB

RFQ Response Template April 2004
Microsoft Excel Worksheet

PENGAD
MacCartney

start | Calendar - Microsoft ... | MCS Training - Messa... | Windows Media Player | Material Handling Equip | 2:16 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:16 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip
Folders
Continuous Improvement Project
Customer Billing
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsico reporting
Purchasing Data
Quality
Scott Mcgion
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
2005 Operating Plan project
APICS
Copying...
Alatex Budget - 2005Z.xls
From 'Alatex whse' to 'Alatex whse'
10 Seconds Remaining
Cancel
Barloworld cancellation
Microsoft Word Document
272 KB
Barloworld cxl memo
Microsoft Word Document
254 KB
Barloworld cxl memo1
Microsoft Word Document
277 KB
BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB
Brundidge tractor rap-x
Microsoft Excel Worksheet
127 KB
dock repair proposal
Microsoft Word Document
24 KB
Equipment Listing - Insurance April 2003
Microsoft Excel Worksheet
Forklift 2004
Microsoft Excel Worksheet
940 KB
Forklift Letter of Intent April 2004
Microsoft Word Document
Forklift Listing - July 2002
Microsoft Excel Worksheet
22 KB
Forklift Repair Comparisons
Microsoft Excel Worksheet
21 KB
Forklift Repairs
Microsoft Excel Worksheet
64 KB
FORKLIFT RFQ - April 1- 2004
Microsoft Word Document
228 KB
Forklift RFQ Comparisons April 2004
Microsoft Excel Worksheet
Forklift RFQ Vendor List
Microsoft Word Document
27 KB
Interstate Equipment Analysis1
Microsoft Excel Worksheet
23 KB
Jan cost report
Microsoft Excel Worksheet
20 KB
RFQ Response Template April 2004
Microsoft Excel Worksheet
Tractor Penske 2004
Microsoft Excel Worksheet
262 KB
start
Material Handling Equip
2:16 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:17 P
File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip
Go
Folders
Customer Billing
departmental expenses
Copying...
Vehicle Listing February 2003.xls
From '2004 budgets' to '2004 budgets'
Cancel
45 Seconds Remaining
My Received Files
New Folder
Pallet ID Forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
2004 budgets
2005 Operating Plan project
APICS
Barloworld cancellation
Microsoft Word Document
272 KB
Document
ec 2003
Worksheet
Repairs 2004
Worksheet
Forklift Listing - July 2002
Microsoft Excel Worksheet
22 KB
FORKLIFT RFQ - April 1- 2004
Microsoft Word Document
228 KB
Interstate Equipment Analysis1
Microsoft Excel Worksheet
23 KB
Tractor Penske 2004
Microsoft Excel Worksheet
262 KB
Barloworld cxl memo
Microsoft Word Document
269 KB
BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB
dock repair proposal
Microsoft Word Document
24 KB
Forklift 2004
Microsoft Excel Worksheet
940 KB
Forklift Repair Comparisons
Microsoft Excel Worksheet
21 KB
Forklift RFQ Comparisons April 2004
Microsoft Excel Worksheet
Jan cost report
Microsoft Excel Worksheet
20 KB
Barloworld cxl memo1
Microsoft Word Document
277 KB
Brundidge tractor cap-x
Microsoft Excel Worksheet
127 KB
Equipment Listing - Insurance April 2003
Microsoft Excel Worksheet
Forklift Letter of Intent April 2004
Microsoft Word Document
Forklift Repairs
Microsoft Excel Worksheet
84 KB
Forklift RFQ Vendor List
Microsoft Word Document
27 KB
RFQ Response Template April 2004
Microsoft Excel Worksheet
start
Windows Media Player
Material Handling Equip
2:17 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:17 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip
Folders
Customer Billing
departmental expenses
Copying...
PL Comparison IT.xls
From 'IT Budget' to 'IT Budget'
10 Seconds Remaining...
Cancel
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
2004 budgets
2005 Operating Plan project
APICS
Barloworld cancellation
Microsoft Word Document
272 KB
Barloworld cxl memo
Microsoft Word Document
269 KB
Barloworld cxl memo1
Microsoft Word Document
277 KB
Document
BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB
Brundidge tractor cap-x
Microsoft Excel Worksheet
127 KB
c 2003
Worksheet
dock repair proposal
Microsoft Word Document
24 KB
Equipment Listing - Insurance April 2003
Microsoft Excel Worksheet
Repairs 2004
Worksheet
Forklift 2004
Microsoft Excel Worksheet
940 KB
Forklift Letter of Intent April 2004
Microsoft Word Document
Forklift Listing - July 2002
Microsoft Excel Worksheet
22 KB
Forklift Repair Comparisons
Microsoft Excel Worksheet
21 KB
Forklift Repairs
Microsoft Excel Worksheet
64 KB
FORKLIFT RFQ - April 1- 2004
Microsoft Word Document
226 KB
Forklift RFQ Comparisions April 2004
Microsoft Excel Worksheet
Forklift RFQ Vendor List
Microsoft Word Document
27 KB
Interstate Equipment Analysis1
Microsoft Excel Worksheet
23 KB
Jan cost report
Microsoft Excel Worksheet
20 KB
RFQ Response Template April 2004
Microsoft Excel Worksheet
Tractor Penske 2004
Microsoft Excel Worksheet
262 KB
start
Calendar - Microsoft
MCS Training - Messa...
Windows Media Player
Material Handling Equip
2:17 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:18 P

File Edit View Favorites Tools Help

Back Search Folders

Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip

Folders

Continuous Improvement Project
Customer Billing

Samples Process flow.doc
From 'Brundidge Projects' to 'Brundidge Projects'
6 Minutes Remaining

My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
2004 budgets
2005 Operating Plan project

Barloworld cancellation
Microsoft Word Document
272 KB

Barloworld cxl memo
Microsoft Word Document
269 KB

Barloworld cxl memo1
Microsoft Word Document
277 KB

Document

BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB

Brundidge tractor cap-x
Microsoft Excel Worksheet
127 KB

ec 2003

dock repair proposal

Equipment Listing - Insurance April 2003
Microsoft Excel Worksheet

Forklift Letter of Intent April 2004
Microsoft Word Document

Forklift Repairs
Microsoft Excel Worksheet
84 KB

Forklift RFQ Vendor List
Microsoft Word Document
27 KB

RFQ Response Template April 2004
Microsoft Excel Worksheet

Tractor Penske 2004
Microsoft Excel Worksheet
262 KB

**Confirm Stream Loss**

The file 'Thumbs' has extra information attached to it that might be lost if you continue copying. The contents of the file will not be affected. Information that might be lost includes:

:encryptable:$DATA

Do you want to proceed anyway?

Yes | Yes to All | No | Cancel

start | Calendar - Microsoft ... | MCS Training - Messa... | Windows Media Player | Material Handling Equip | 2:18 PM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:18 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Material Handling Equip
Folders
Continuous Improvement Project
Customer Billing
Copying...
A Master Load Workbook.xls
From 'Carrier performance' to 'Carrier performance'
Cancel
4 Minutes Remaining
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
2004 budgets
2005 Operating Plan project
Barloworld cancellation
Microsoft Word Document
272 KB
Barloworld cxl memo
Microsoft Word Document
269 KB
Barloworld cxl memo1
Microsoft Word Document
277 KB
Document
BILL OF SALE for Nissan Forklift
Microsoft Word Document
27 KB
Brundidge tractor cap-x
Microsoft Excel Worksheet
127 KB
c 2003
Worksheet
dock repair proposal
Microsoft Word Document
24 KB
Equipment Listing - Insurance
April 2003
Microsoft Excel Worksheet
Repairs 2004
Worksheet
Forklift 2004
Microsoft Excel Worksheet
940 KB
Forklift Letter of Intent April
2004
Microsoft Word Document
Forklift Listing - July 2002
Microsoft Excel Worksheet
22 KB
Forklift Repair Comparisons
Microsoft Excel Worksheet
21 KB
Forklift Repairs
Microsoft Excel Worksheet
84 KB
FORKLIFT RFQ - April 1- 2004
Microsoft Word Document
228 KB
Forklift RFQ Comparisions April
2004
Microsoft Excel Worksheet
Forklift RFQ Vendor List
Microsoft Word Document
27 KB
Interstate Equipment Analysis1
Microsoft Excel Worksheet
23 KB
Jan cost report
Microsoft Excel Worksheet
20 KB
RFQ Response Template April
2004
Microsoft Excel Worksheet
Tractor Penske 2004
Microsoft Excel Worksheet
262 KB
start
Windows Media Player
Material Handling Equip
2:18 PM

Quality
Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:19 P
File Edit View Favorites Tools Help
Back
Search
Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Quality
Go
Folders
Name
Size Date Modified Date Cr... Date Acc
~$nitation ... 1 KB 6/20/2005 11:... 6/20/20... 6/20/200
Alatex Wal... 19 KB 5/23/2005 1:0... 5/23/20... 6/9/2005
Alatex Wal... 29 KB 6/21/2005 2:1... 6/20/20... 6/21/200
Allergens -... 107 KB 4/27/2005 12:... 4/27/20... 4/27/200
Sanitation ... 44 KB 6/20/2005 12:... 6/20/20... 6/20/200
January Mas200 freight rate tables 2-23 test.zip
From 'Carrier performance' to 'Carrier performance'
Cancel
2 Minutes Remaining
My Con
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
2004 budgets
2005 Operating Plan project
start
Windows Med...
Quality
Microsoft Excel
2:19 PM

Private
Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:20 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Documents Mine\Documents Mine\Private
Folders
Desktop
My Documents
2004 budgets
2005 Operating Plan project
APICS
AT&T
Brundidge OIL
Brundidge Projects
Continuous Improvement Project
Customer Billing
departmental expenses
Documents Mine
Documents Mine
My Pictures
Polar Data
Private
Private
Employee relations
Forms
jmacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
current initiatives
Microsoft Word Document
22 KB
Director of Logistics
Microsoft PowerPoint Present...
208 KB
Director of Logistics1
Microsoft PowerPoint Present...
967 KB
Jerry MacCartney 2003 Performance Review Employ...
Microsoft Word Document
job desc
Microsoft Word Document
22 KB
Job Desc
Microsoft Word Document
24 KB
my credits
Microsoft Excel Worksheet
14 KB
OrderForm[1]
Rich Text Format
95 KB
Piknik Products Co CSF
Microsoft Word Document
22 KB
sba1010c
Adobe Acrobat 7.0 Document
511 KB
January Mas200 freight rate tables.xls
From 'Carrier performance' to 'Carrier performance'
Cancel
30 Seconds Remaining
start
Calendar - Microso...
Windows Media Pla...
Private
Microsoft Excel
Microsoft Excel - Al...
2:20 PM

Quality Program
Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:20 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Documents Mine\Documents Mine\Polar Data\Quality Program
Folders
Live Loading
MAC Format Options
My Documents
My Documents
Payroll
Performance Review
Polar Data
Private
Quality Program
Receiving
Ship Confirmation
Private
Private
Employee relations
Forms
jmacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
4.16 mispick to Butner, NC
2002Seminar1
Acceptance Sampling
Activity Netw...
affinity
Avon Quality program
Basic7Tools of Quality
basicsevent...
carboy discrepancies
Cause and Effect D...
chart
Check Sheet Application
checksheets
CLM_NE_3...
Complaint-... Process
Computer-... Training
concurrent engineering
Consumer and Producer's...
edi
Enterprise Resour...
erp
Five S's
Flowcharts...
Focus Group Facilitation
Gap Analysis
Brundidge Current Processes - Trace 10-25.doc
From 'Brundidge trace Project' to 'Brundidge trace Project'
10 Seconds Remaining
Cancel
GLOSSARY
histograms
Histograms
Inspection
JIT Purchasing
JITmanufac...
JITPurchasi...
June Quality memo
Just-In-Time by Steve...
Lean transformati...
LeanManuf...
Load sheet problem rep...
Lost Revenue
Meeting Management
Mis Pick Form
Mispick process
NATURAl work groups
OM 380 Poka Yoke Mini...
Order Audit Process
Order Audit Process
p- & np-charts
P chart tutorial
Pareto Analysis 380
pert
Process Capability
Quality article
Quality program
Rotation process
Sales Mis-Pick1 Process
Sales Mis-Pick Process
Sales Mispk process
SixSigma
The New Seven Tools...
Training Needs Assessment
Worcester Audit Form
Worcester Quality ...
start
Quality Program
Microsoft Excel
2:20 PM

My Documents
Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:21 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Documents Mine\Documents Mine\Polar Data\My Documents
Go
Folders
2001 budgets
2002 budgets
2003 budgets
APICS
Avon Projects
BEERGAME
Benefits
Budget files
Disciplinary
Driver handheld
Employee
Forms & Procedures
Inventory Task Force
Live Loading
MAC Format Options
My Documents
2001 budgets
Avon Projects
Budget files
Employee
Inventory Task Force
Live Loading
My Pictures
Polar Data
Private
Quality Program
Receiving
Payroll
Performance Review
Polar Data
Private
Quality Program
Receiving
Ship Confirmation
Private
2001 budgets
Avon Projects
Budget files
Employee
Inventory Task Force
Live Loading
My Pictures
Polar Data
Private
Quality Program
Receiving
1Hr Present...
7-13 agenda
822 plan with line drivers
alcohol
Attention all Polar Em...
aug99ytd
badboys
Bonus incentive
Bonus Plan format
Book1
BPCS Functionality
Brochure.dot
Buyer planner memo
Cambridge St
CPR form
Damages
Damages Sample
db1
DEARPE~1
DICKENS
dmotiv posters
DSD cases per hour
English Dama...
Excel10 from class
excess private label
Expense 3-26
Expense Report2
Feb 27-28 TEL OUT
Forecast
Forklift accident
FYou
Hershey
HG-peascene
Holyoke Damage Sheet
holyoke whay...
Invoice1
Itmcrt
Jerry
Jmi
John S Bonus
Michelle V.
monkey
monthly report
Monthly Report
new age1
new age ytd
NEW LABELS
New Products Q1 2000
NPI Form
NPI Form
NPI Process
NPI Process
NS memo
Opportunity Costs
pickers info
Plant Material Flow
po form
po form1 Oct 22 Nantucket
PO Log book
Poland order form
polarlogo
start
Calendar - Microsoft...
Windows Media Pla...
My Documents
Microsoft Excel
Microsoft Excel - A...
2:21 PM

My Documents
Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:21 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Documents Mine\Documents Mine\Polar Data\My Documents
Folders
Receiving
Ship Confirmation
Private
Private
Employee relations
Forms
jmacca
Load Balancing Alatex
Mas 200
Material Handling Equip
My eBooks
My Music
My Pictures
My Received Files
New Folder
Pallet ID forms
Pepsi co reporting
Purchasing Data
Quality
Scott Mcglon
Security
SOP's
Staff
Variety Pack activity
Weekly review meetings
WMS Project
Yield Reports
My Computer
3½ Floppy (A:)
Brundidge on 'Noah' (B:)
WinXP (C:)
Audio CD (D:)
Removable Disk (E:)
2004 budgets
2005 Operating Plan project
2001 budgets
Avon Projects
Budget files
Employee
Inventory Task Force
Live Loading
My Pictures
Polar Data
Private
Quality Program
Receiving
1Hr.Present...
7-13 agenda
822 plan with line drivers
alcohol
Attention all Polar Em...
aug99ytd
badboys
Bonus incentive
Bonus Plan format
Book1
BRCS Functionality
Brochure.dot
Buyer planner memo
Cambridge St
CPR form
Damages
Damages Sample
db1
DEARPE~1
DICKENS
dmotiv posters
DSD cases per hour
English Dama...
Excel10 from class
excess private label
Expense 3-26
Expense Report2
Feb 27-28 TEL OUT
Forecast
Forklift accident
FYou
Hershey
HG-peascene
Holyoke Damage Sheet
holyoke whav...
invoice1
ltmcrt
Jerry
jml
John S Bonus
Michelle V
monkey
monthly report
Monthly Report
new age1
new age ytd
NEW LABELS
New Products Q1 2000
NPI Form
NPI Form
NPI Process
NPI Process
NS memo
Opportunity Costs
pickers info
Plant Material Flow
po form
po form1 Oct 22 Nantucket
PO Log book
Poland order form.
polarlogo
start
My Documents
Microsoft Excel
2:21 PM

Documents Mine
Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:22 P
File Edit View Favorites Tools Help
Back Search Folders
Address C:\Documents and Settings\jmaccartney\My Documents\Documents Mine
Go
Folders
2005 Operating Plan project
APICS
AT&T
Brundidge OIL
Brundidge Projects
Continuous Improvement Project
Customer Billing
departmental expenses
Documents Mine
Documents Mine
My Pictures
Polar Data
2001 budgets
2002 budgets
2003 budgets
APICS
Avon Projects
BEERGAME
Benefits
Budget files
Disciplinary
Driver handheld
Employee
Forms & Procedures
Inventory Task Force
Live Loading
MAC Format Options
My Documents
Payroll
Performance Review
Polar Data
Private
Quality Program
Receiving
Ship Confirmation
Documents Mine
Private
Hershey impact
Microsoft Excel Worksheet
46 KB
kellogg
Microsoft PowerPoint Present...
444 KB
Fault Tree AnalysisPatrickAckerson.ppt
From 'Quality Program' to 'Quality Program'
Cancel
50 Seconds Remaining
start
Calendar - Micros...
Windows Media Pla...
Documents Mine
Microsoft Excel
Microsoft Excel - A...
2:22 PM