

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/21/05 02:22 P



Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 07:19 A





Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05, 07:20 A







Spector Pro 4.3 Snapshot Recording for jmacartney on 06/23/05 07:21 A



Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 07:22 A



Spector Pro 4.3 Snapshot Recording for jmacartney on 06/23/05 07:24 A





Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 07:25 A





Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 07:26:A





Spector Pro 4.5 Snapshot Recording for jmaccartney on 06/23/05 07:27 A







Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05, 07:29 A...



