









Spector Pro 4.3 Snapshot Recording for jmacartney on 06/23/05 07:33 A

| Name | Internet Address | Type | Size | Expires | Last Modified |
|---|---|---|---|---|---|
| us_satellite116... | http://wp.myweather.net/wp/im... | GIF Image | 6 KB | None | 6/23/2005 6:31 AM |
| used_today110... | http://wp.myweather.net/wp/im... | GIF image | 3 KB | None | 6/23/2005 6:51 AM |
| ~Temp116... | http://wp.myweather.net/wp/im... | GIF image | 89 KB | None | 6/23/2005 6:50 AM |
| 11loss836front... | http://wp.myweather.net/wp/im... | GIF image | 4 KB | None | 9/24/2004 4:29 PM |
| ... | http://newman.myweather.net/... | JPEG image | 22 KB | None | 6/23/2005 7:11 |
| cornerR | http://wp.myweather.net/wp/pim... | JPEG image | 1 KB | None | 3/8/2002 11:09 AM |
| cornerLR | http://wp.myweather.net/wp/pim... | GIF image | 1 KB | None | 3/8/2002 11:09 AM |
| cornerLL | http://wp.myweather.net/wp/pim... | GIF image | 1 KB | None | 3/8/2002 11:07 AM |
| cornerL | http://wp.myweather.net/wp/pim... | GIF image | 1 KB | None | 3/8/2002 11:07 AM |
| reef | http://wp.myweather.net/wp/im... | GIF Image | 1 KB | None | 8/21/2001 10:30 AM |
| cornerUL | http://wp.myweather.net/wp/im... | GIF Image | 1 KB | None | 3/8/2002 11:01 AM |
| three_10x1 | http://newman.myweather.net/... | GIF image | 8 KB | None | 6/23/2005 7:10 |
| IN591_AM | http://wsfa.static.worldnow.co... | GIF Image | 8 KB | None | 4/10/2005 3:10 PM |
| ss910_AM | http://wsfa.static.worldnow.co... | GIF image | 9 KB | None | 4/10/2005 3:10 PM |
| story9 | http://wsfa.static.worldnow.co... | GIF image | 10 KB | None | 6/23/2005 7:10 |
| ~story9 | http://wtnl.worldnow.com/dcs.g... | GIF image | 1 KB | None | 1/28/2002 9:51 AM |
| adj_sattype=... | http://www.wsfa.com/global/ad... | HTML Document | 3 KB | 6/23/2005 7:09 AM | 6/23/2005 7:09 AM |
| ~put=wsfa267... | http://www.wsfa.com/global/to... | HTML Document | 14 KB | 6/23/2005 6:11 AM | 6/23/2005 7:09 AM |
| ~ymsd_139 | http://www.wsfa.com/global/to... | Script Script | 2 KB | None | 6/23/2005 12:55 |
| doppler-block-11 | http://wsfa.static.worldnow.co... | GIF image | 1 KB | None | 4/14/2004 9:04 AM |
| doppler-block-12 | http://wsfa.static.worldnow.co... | GIF image | 1 KB | None | 4/14/2004 9:04 AM |
| doppler-block-13 | http://wsfa.static.worldnow.co... | GIF image | 1 KB | None | 4/14/2004 9:04 AM |
| doppler-block-14 | http://wsfa.static.worldnow.co... | GIF image | 1 KB | None | 4/14/2004 9:04 AM |
| doppler-block-11 | http://wsfa.static.worldnow.co... | GIF image | 1 KB | None | 4/14/2004 9:04 AM |
| doppler-block-10 | http://wsfa.static.worldnow.co... | GIF image | 1 KB | None | 4/14/2004 9:04 AM |
| wl-powerby | http://www.wsfa.com/images/st... | GIF Image | 1 KB | None | 3/17/2005 12:52 |
| doppler-block_06 | http://wsfa.static.worldnow.co... | GIF image | 5 KB | None | 4/14/2004 9:04 AM |
| doppler1 | http://206.166.222.228/doppler... | GIF Image | 5 KB | None | 5/20/2004 8:50 PM |
| adten1_horz | http://www.wsfa.com/images/st... | JPEG image | 1 KB | None | 3/17/2005 12:53 |
| 37481_SA | http://wsfa.static.worldnow.co... | JPEG image | 2 KB | None | 4/14/2005 12:18 PM |
| H1725_SA | http://wsfa.static.worldnow.co... | JPEG image | 1 KB | None | 6/8/2005 10:30 AM |
| ~edten1 | http://wsfa.static.worldnow.co... | HTML Document | 3 KB | None | 6/6/2005 9:04 AM |
| p83601_GA | http://wsfa.static.worldnow.co... | JPEG image | 3 KB | None | 4/14/2005 9:04 AM |
| p83601_GA | http://wsfa.static.worldnow.co... | JPEG image | 3 KB | None | 6/9/2005 11:47 AM |
| ... | http://wsfa.static.worldnow.co | JPEG image | 2 KB | None | 3/14/2005 4:47 PM |

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 07:34 A

**Temporary Internet Files**

File   Edit   View   Favorites   Tools   Help

Open
Create Shortcut

Search   Folders

Settings\jmaccartney\Local Settings\Temporary Internet Files

Brundidge on 'Noah' (B:)
WinXP (C:)
Documents and Settings
  All Users
  Certun
  Default User
  jmaccartney
    Application Data
    Cookies
    Desktop
    Favorites
    Local Settings
      Application Data
      History
      Temp
      Temporary Internet F
    Adobe
    Cookies
    Excel8.0
    History
    outlooklogging
    msohtml
    msohtml1
    VBE
    WER4.tmp.dir00
    WER4.tmp.dir01
    Word8.0
  Temporary Internet Files
My Documents
My Recent Documents

| Name | Internet Address | Type | Size | Ext-Res | Last Modified |
|---|---|---|---|---|---|
| us_scdetail1.b... | http://wp.myweather.net/wp/m... | GIF Image | 5 KB | None | 6/23/2005 6:41 AM | 6/23/2005 7:11... |
| sport_radar1119... | http://wp.myweather.net/wp/m... | GIF Image | 3 KB | None | 6/23/2005 6:51 AM | 6/23/2005 7:11... |
| us-temps.1116... | http://wp.myweather.net/wp/n... | GIF Image | 39 KB | None | 6/23/2005 6:50 AM | 6/23/2005 7:11... |
| 1116a03sforecast... | http://newman.myweather.net/... | GIF Image | 4 KB | None | 3/24/2004 4:29 PM | 6/23/2005 7:11... |
| cornert.jpg | http://newman.myweather.net/... | JPEG Image | 22 KB | None | 3/3/2005 6:52 AM | 6/23/2005 7:11... |
| cornerBR | http://wp.myweather.net/wp/im... | GIF Image | 1 KB | None | 3/8/2002 11:09 AM | 6/23/2005 7:11... |
| cornerBl | http://wp.myweather.net/wp/im... | GIF Image | 1 KB | None | 3/8/2002 11:07 AM | 6/23/2005 7:11... |
| cornerUR | http://wp.myweather.net/wp/im... | GIF Image | 1 KB | None | 3/8/2002 11:10 AM | 6/23/2005 7:11... |
| trans1 | http://wp.myweather.net/wp/im... | GIF Image | 1 KB | None | 6/23/2005 6:51 AM | 6/23/2005 7:11... |
| gadget_10px | http://wp.myweather.net/wp/im... | GIF Image | 1 KB | None | 3/8/2002 11:01 AM | 6/23/2005 7:11... |
| as51g1_AM | http://newman.myweather.net/... | GIF Image | 8 KB | None | 6/2/2001 10:30 AM | 6/23/2005 7:11... |
| as51g_1.jpg | http://wsfa.static.worldnow.co... | GIF Image | 9 KB | None | 3/8/2002 11:01 AM | 6/23/2005 7:11... |
| ss88g_AM | http://wsfa.static.worldnow.co... | GIF Image | 10 KB | None | 4/19/2005 3:10 PM | 6/23/2005 7:11... |
| ad.asp?type=... | http://ads1.wsfa.com/globalad... | GIF Image | 1 KB | None | 6/10/2005 11:12... | 6/23/2005 7:11... |
| ad.asp?type=... | http://www.wsfa.com/ads.g=... | GIF Image | 1 KB | None | 1/28/2002 9:51 AM | 6/23/2005 7:11... |
| pub-Swsfa.xec... | http://wsfa.com/global/ad... | HTML Document | 3 KB | None | 6/23/2005 7:09 AM | 6/23/2005 7:11... |
| wr, sd.log | http://www.wsfa.com/globalho... | TScript Script... | 2 KB | None | 6/23/2005 6:11 AM | 6/23/2005 7:11... |
| doppler-block.14 | http://www.wsfa.com/images/fo... | HTML Document | 14 KB | 6/23/2005 7:09 AM | None |  |
| doppler-block.13 | http://wsfa.static.worldnow.co... | GIF Image | 3 KB | None | 3/17/2005 12:53... | 6/23/2005 7:11... |
| doppler-block.12 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| doppler-block.11 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| doppler-block.10 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| doppler-block.09 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| doppler-block.08 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| doppler-block.07 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| doppler-block.06 | http://www.wsfa.com/images/ski... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| html.poweredby... | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| doppler-block.05 | http://206.166.222.226/doppler... | GIF Image | 5 KB | None | 5/20/2004 8:50 PM | 6/23/2005 7:11... |
| adex4.jpg | http://www.wsfa.com/images/sr... | JPEG Image | 2 KB | None | 3/17/2005 12:53... | 6/23/2005 7:11... |
| dopper1 | http://wsfa.static.worldnow.co... | JPEG Image | 1 KB | None | 11/3/2002 2:18 PM | 6/23/2005 7:11... |
| 9H7735_SA | http://wsfa.static.worldnow.co... | HTML Document | 2 KB | None | 6/8/2005 10:30 AM | 6/23/2005 7:11... |
| 57481_CA | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11... |
| 66380_CA | http://wsfa.cbslc.worldnow.co... | HTML Document | 3 KB | None | 6/9/2005 11:47 AM | 6/23/2005 7:11... |
| dodsstkl | http://wsfa.static.worldnow.co... | topic image | 2 KB | None | 4/14/2005 3:32 PM | 6/23/2005 7:11... |

start   Inbox - Microsoft Outl...   Temporary Internet F...   6/23/2005 7:34 AM

Temporary Internet Files

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 07:34 A

File   Edit   View   Favorites   Tools   Help

Address: C:\Documents and Settings\jmaccartney\Local Settings\Temporary Internet Files

Folders

- Desktop
  - My Documents
  - My Computer
    - 3½ Floppy (A:)
    - Brundidge on NoaR (B:)
    - WHP (C:)
    - Documents and Settings
      - All Users
      - Default User
      - Centurion
      - jmaccartney
        - Application Data
        - Cookies
        - Desktop
        - Favorites
        - Local Settings
          - Application Data
          - History
          - Temp
          - Temporary Internet Files
    - Adobe
    - Cookies
    - ExcelB.0
    - History
    - msohtml
    - msohtml1
    - outlook logging
    - Temporary Internet Files
    - VBE
    - WER4.tmp.dir00
    - WER4.tmp.dir01
    - Word8.0
  - My Recent Documents
  - My Documents
  - Temporary Internet Files

| Name | Internet Address | Type | Size | Expires | Last Modified | Last Accessed |
|---|---|---|---|---|---|---|
| d-satelite16 | http://wp.myweather.net/wpim... | GIF Image | 5 KB | None | 6/23/2005 6:31 AM | 6/23/2005 7:11 |
| d-radar11 | http://wp.myweather.net/wpim... | GIF Image | 3 KB | None | 6/29/2005 6:31 AM | 6/23/2005 7:11 |
| ITC0882front... | http://wp.myweather.net/wpim... | GIF Image | 39 KB | None | 6/23/2005 6:50 AM | 6/23/2005 7:11 |
| wsfa_thread | http://newman.myweather.net/... | JPEG Image | 4 KB | None | 3/24/2003 4:29 PM | 6/23/2005 7:11 |
| logo | http://wp.myweather.net/wpim... | JPEG Image | 22 KB | None | 6/22/2005 6:52 PM | 6/23/2005 7:11 |
| Gamekit | http://wp.myweather.net/wpim... | GIF Image | 1 KB | None | 3/8/2002 11:09 AM | 6/23/2005 7:11 |
| corner1 | http://wp.myweather.net/wpim... | GIF Image | 1 KB | None | 3/8/2002 11:07 AM | 6/23/2005 7:11 |
| Gamekit | http://wp.myweather.net/wpim... | GIF Image | 1 KB | None | 3/8/2002 11:10 AM | 6/23/2005 7:11 |
| brand | http://wp.myweather.net/wpim... | GIF Image | 1 KB | None | 9/2/2001 10:30 AM | 6/23/2005 7:11 |
| corner1 | http://wp.myweather.net/wpim... | GIF Image | 1 KB | None | 3/8/2002 11:00 AM | 6/23/2005 7:11 |
| target_100x | http://newman.myweather.net/... | GIF Image | 1 KB | None | 9/17/2003 3:29 PM | 6/23/2005 7:10 |
| 2951c1 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/19/2003 3:10 PM | 6/23/2005 7:11 |
| ssid_AM | http://wsfa.static.worldnow.co... | GIF Image | 9 KB | None | 6/10/2005 11:12 ... | 6/23/2005 7:11 |
| corner1 | http://wsfa.static.worldnow.co... | GIF Image | 10 KB | None | 6/10/2005 11:12 ... | 6/23/2005 7:11 |
| ad_997type= | http://wwp.worldnow.com/dis.g... | GIF Image | 1 KB | None | 1/28/2002 9:51 AM | 6/23/2005 7:11 |
| ad_997type= | http://www.wsfa.com/global/ad... | HTML Document | 3 KB | 6/23/2005 6:11 AM | 6/23/2005 7:09 AM | 6/23/2005 7:11 |
| wnsd_tag | http://wp.myweather.net/wp/?... | JScript Script ... | 14 KB | 6/23/2005 6:11 AM | None | 6/23/2005 7:11 |
| doppler-block | http://www.wsfa.com/global/to... | HTML Document | 3 KB | None | 3/17/2005 12:53 ... | 6/23/2005 7:11 |
| doppler-block 01 | http://wsfa.static.worldnow.co... | GIF Image | 2 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler-block 12 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler-block 13 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler-block 12 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler-block 10 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler-block 09 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler-block 08 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler-block 07 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| WL_poverty | http://www.wsfa.com/images/s1... | GIF Image | 1 KB | None | 3/17/2005 12:53 ... | 6/23/2005 7:11 |
| doppler-block 06 | http://wsfa.static.worldnow.co... | GIF Image | 1 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| doppler1 | http://205.166.222.228/doppler... | JPEG Image | 2 KB | None | 6/8/2005 10:30 AM | 6/23/2005 7:11 |
| doppler-block | http://wsfa.static.worldnow.co... | HTML Document | 3 KB | None | 4/14/2004 9:04 AM | 6/23/2005 7:11 |
| adtext_top | http://wsfa.static.worldnow.co... | JPEG Image | 5 KB | None | 5/22/2004 8:50 PM | 6/23/2005 7:11 |
| 57-101_CA | http://wsfa.com/images/st... | GIF Image | 1 KB | None | 3/17/2005 12:53 ... | 6/23/2005 7:11 |
| 3147175-SN | http://wsfa.static.worldnow.co... | JPEG Image | 2 KB | None | 11/3/2005 2:18 PM | 6/23/2005 7:11 |
| doppler-block | http://wsfa.static.worldnow.co... | HTML Document | 3 KB | None | 6/8/2005 9:04 AM | 6/23/2005 7:11 |
| 66550.CA | http://wsfa.com/images/st... | JPEG Image | 3 KB | None | 6/9/2005 11:47 AM | 6/23/2005 7:11 |
| basemap2 | http://wsfa.static.worldnow.co... | JPEG Image | 2 KB | None | 4/14/2005 11:47 PM | 6/23/2005 7:11 |











Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 07:37 A







Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05  07:38 A



Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:07 A...

View Last Output

Action: Add (and replace) files Include subfolders: yes Save f
Include system and hidden files: Yes
Adding Outlook.pst
Warning: could not open for reading: C:\Documents and Settings
copying zip file

OK     View Next     Clipboard Copy     Font     Help





Spector Pro 4.3 Snapshot Recording for jmccartney on: 06/23/05 08:08 A

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:09 A

Compressing...

Outlook.ist

Brundidge on 'Naat' (B:)
Wink8 (C:)
Documents and Settings
All Users
Centurion
Default User
maccartney
Application Data
Adobe
Adobe LM
Identities
Macromedia
Microsoft
Cookies
Desktop
Favorites
Local Settings
Application Data
Adobe
Google
Identities
Microsoft
CD Burning
Credentials
FORMS
OFFICE
Outlook
Internet Explorer
Terminal Server C
Windows

Open With...
WinZip
Cut
Copy
Send To
Create Shortcut
Delete
Rename
Properties

a\Microsoft\Outlook

| | Size | Type | Date Modified | Title |
|---|---|---|---|---|
| | 1 KB | DAT File | 2/7/2005 12:21 PM | |
| | 1,017,329 KB | Office Data File | 6/23/2005 8:06 AM | |
| | 87,985 KB | File | 6/23/2005 8:09 AM | |

start

Compressing...

6:09 AM



Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:09 A

