





Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:39 A

Address: C:\Documents and Settings\jmaccartney\Local Settings\Application Data\Microsoft\Outlook

| Name | Size | Type | Date Modified |
|---|---|---|---|
| extend | 1 KB | DAT File | 2/7/2005 2:21 PM |
| Outlook | 1,077,329 KB | Office Data File | 6/23/2005 8:08 AM |
| Outlook | 436,220 KB | WinZip File | 6/23/2005 8:12 AM |



Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:40 A

# CD Writing Wizard

## Welcome to the CD Writing Wizard

This wizard helps you write, or record, your files to a CD recording drive.

Type the name you want to give to this CD, or just click Next to use the name below.

CD name:

Jun 23 2005

☑ Close the wizard after the files have been written

New files being written to the CD will replace any files already on the CD if they have the same name.

[< Back]  [Next >]  [Cancel]

---

Start

Departments on Noah (Q:)
jmaccartney on "Noah\Picnik Users" (U:)
Control Panel
Network Places
Recycle Bin

Outlook
CD Drive (D:)
CD Writing Wizard

*(Screenshot: Windows desktop showing "CD Writing Wizard" dialog with "Please wait..." progress bar, Back/Next/Cancel buttons. Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:41 AM. Visible items include Departments on 'Noah' (Q:), jmaccartney on 'Noah\Plank Users' (U:), Control Panel, Network Places, Recycle Bin.)*

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:41 A

### CD Writing Wizard

**Insert a writable disc to continue.**

There is no disc in the drive.

Please insert a writable CD into drive D:\

Note: A writable CD is a compact disc that can be copied to a conventional or audio CD by a CD recording drive (CD-R or CD-RW). After being recorded, the CD is capable of being used in any computer CD-ROM drive or audio CD player.

[< Back]  [Next >]  [Cancel]

---

Departments on 'Noah' (Q:)
Jmaccartney on 'Noah\Piknik Users' (U:)
Control Panel
My Network Places
Recycle Bin

start    CD Drive (D:)    CD Writing Wizard    8:41 AM



*(Rotated screenshot: Windows desktop showing "CD Writing Wizard" dialog — "Please wait... Adding data to the CD image... Estimated time left: 7 minutes", with Back/Next/Cancel buttons. Taskbar shows Start, Outlook, CD Drive (D:), CD Writing Wizard, 8:42 AM. Watermark reads "Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:42 A".)*

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:43 AM



*[Screenshot of a Windows desktop showing the CD Writing Wizard dialog with "Please wait..." and "Adding data to the CD image..." progress, estimated time left 6 minutes. Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:44 A]*

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:44 A

## CD Writing Wizard

Please wait...

Adding data to the CD image...

Estimated time left: 6 minutes

[Back] [Next] [Cancel]

*(Screenshot: Windows XP desktop showing "CD Writing Wizard" dialog with "Please wait... Adding data to the CD image. Estimated time left: 5 minutes" progress bar, Back/Next/Cancel buttons. Desktop icons visible: Departments on 'Noah' (Q:), jmaccartney on 'Noah\Piknik Users' (U:), Control Panel, My Network Places, Recycler Bin. Taskbar shows Start, CD Writing Wizard, 9:45 AM.)*

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:45 A

*[Screenshot of a Windows desktop, rotated. Visible elements include:]*

- Desktop icons: Departments on 'Noah' (Q:), jmaccartney on 'Noah\Pknk Users' (U:), Control Panel, Network Places, Recycle Bin
- Window: "CD Writing Wizard" with "Please wait..." and "Writing the data files to the CD. Estimated time left: 4 minutes"
- Dialog: "HotSync Progress" — Status: Synchronizing Date Book (Outlook), User: jmaccartney — Cancel button — palm powered logo
- Taskbar items: Start, Outlook, CD Drive (D:), CD Writing Wizard, HotSync Progress — 8:46 AM

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:46:A

(Page image is rotated 90°; shows a Windows desktop screenshot with Spector Pro 4.3 snapshot recording for jmaccartney on 06/23/05 08:46 AM. Visible windows include a CD Writing Wizard "Please wait... Writing the data files to the CD. Estimated time left: 4 minutes" and a HotSync Progress dialog showing "Status: Canceling (this may take 1 minute) User: thaccartney" with a Cancel button.)



(Page image rotated 180°; content is a screenshot of a Windows desktop showing a "CD Writing Wizard" dialog with "Please wait..." and "Writing the data files to the CD..." and "Estimated time left: 2 minutes", with a Cancel button. Taskbar shows "start", "CD Writing Wizard", "CD Drive (D:)", "Outlook", and time "8:48 AM". Watermark reads "Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:48 A".)

Spector Pro 4.3 Snapshot Recording for jmaccartney on 06/23/05 08:48 A

## CD Writing Wizard

**Please wait...**

Writing the data files to the CD.

Estimated time left: 2 minutes

[ < Back ]  [ Next > ]  [ Cancel ]