





# Internet, E-mail, Telephone Use Policy

Reliance on computers for communications has grown to such an extent that it would be difficult to function without this tool. However, the emergence of electronic mail (e-mail), voice mail and the Internet as tools in communicating information creates a number of potential concerns. If these tools are improperly used, not only is it a waste of Piknik resources, but it can expose both Piknik as well as individual employees to liability for antitrust and/or copyright violations for improper receipt, downloading or dissemination of information. In addition, Piknik must continue to protect trade secrets and proprietary information that could be improperly disseminated internally or externally through e-mail, voice mail or the Internet.

Therefore, in order to assure the utmost protection from liability resulting from misuse of its computers, Piknik is implementing a policy describing the proper use of electronic communications systems such as e-mail, voice mail and the Internet.

**Communications must be business related:** The use of e-mail and the Internet are to be used in the course and scope of the users performing their duties for the company. Occasional personal use is acceptable if the employee's manager has approved such use and the company's computer resources are being used in a manner consistent with the spirit and intent of this policy. Company computer resources may not be used for personal gain or profit and may not result in misuse of work-time. Similarly, company computer resources may not be used in a manner that is unprofessional or unethical or in any way compromises the company or its business reputation. Use of company electronic communications systems in a manner inconsistent with this policy may subject the user to severe discipline up to and including termination.

**The Company May Audit and Review all E-mail Communications, Telephone and Internet Usage:** All e-mail, telephone communications and information accessed through the internet by means of the company provided computers are the property of the company. Piknik reserves the right to retrieve and review any electronic messages composed, sent, received or stored through company provided computer communication systems without notice to employees for any purpose or as required by law. Internet access and usage through company provided computers is subject to review by the company without notice to the employee.

## EMPLOYEE RESPONSIBILITIES

**General:** Electronic communications may survive long after they are composed, sent or received. Electronic communications can have the same impact legally as formal written

DEFENDANT'S EXHIBIT

reports, letters and memos. Therefore, such messages should be as carefully and thoughtfully composed as written communications sent by another means of transmission. Accordingly, when drafting an electronic communication, employees should think about the following:

**Prohibition on Illegal or Harassing Communications:** Participating in online gambling, chatting, chain letter distribution or accessing or disseminating pornographic material is strictly prohibited. In addition, sending messages with sexual content, overtones or messages that would tend to disparage or harass others on the basis of gender, race, age, disability, religion, sexual orientation or national origin is strictly prohibited. (These are simply examples of prohibited uses and are not meant to be exhaustive.)

**Compliance with Other Company Policies:** Electronic communications must be written, communicated and stored in a manner consistent with all other applicable policies.

**Proper Disclosure or Dissemination:** Employees may disclose electronic communications or information contained in electronic communications only to authorized employees or vendors. This is especially important with respect to legal and proprietary information. Therefore, posting confidential or proprietary information regarding the company, its products or its customers on Internet sites such as bulletin boards is strictly prohibited.

**Use of Proper Legends:** All computer-based communications containing technical or proprietary information must be marked "Company-Confidential & Proprietary."

Any employee found to have misused, acquired without approval or unlawfully breached the security or integrity of the system as it is intended would be subject to discipline up to and including termination.

**Compliance with Copyright Laws:** Employees may not download or distribute copyrighted software or material available through computer networks without authorization from the Information Technology department or the employee's immediate supervisor. Any personal software that is being installed by the employee requires written approval from the Director of Information Technology. In addition, employees are not allowed to distribute or remove software that had been licensed to the company.

**Solicitation of Outside Business Ventures:** Employees may not use company computer/telephone communication systems to solicit on behalf of outside business interests or charitable organizations without first receiving written approval from their manager and member of senior management.

**Anti-Virus Procedure:** Employees may not download, use or distribute software or executable programs from computer networks without first verifying their operational

integrity. Any software that is being installed by an employee should be approved by their manager and the Director of Information Technology.

**Reporting Misuse of Computer Networks or Phone Systems:** Any employee having knowledge of the use of company computer/telephone communications systems in a manner inconsistent with this policy should immediately notify their immediate supervisor, manager, or human resources.

**<u>Violation of any of the foregoing rules may result in discipline up to and including discharge.</u>**

My signature below indicates that:

1) I have **<u>read and understood</u>** the internet, e-mail, telephone communication policy of Piknik Products Company

2) I **<u>agree</u>** to conduct my behavior in accordance with that policy.

3) I further **<u>understand and accept</u>** that this policy is a condition of my continued access to the internet/e-mail/telephone communication systems as well as my continued employment at Piknik Products Company.

4) I **<u>understand and agree</u>** that abuse of Piknik's internet, e-mail and telephone systems or use of these systems for purposes other that those benefiting Piknik Products Company is grounds for disciplinary action up to and including termination of employment on the first offense.


Employee:_____    Date:_____


Supervisor:_____    Date:_____


HR:_____    Date:_____

# Piknik Products Company

## Internet, E-mail, Telephone Use Policy

I hereby request access to the Internet/E-mail/telephone communications. I <u>understand and agree</u> that such access is to be used for Piknik Products Company purposes only. I further <u>understand and agree</u> that my approved access to the internet/e-mail/telephone communications system is neither private nor secured. It may be monitored by the designated personnel or systems in place at the request of Piknik Products Company or its designee. I further <u>understand and agree</u> that abuse of the internet/e-mail/telephone

system or use of system for purposes other that those benefiting Piknik Products Company is grounds for disciplinary action up to and including termination of employment on the first offense. I further **understand and agree** that my acceptance of the terms and conditions of this policy is a condition of my continued access to the internet/e-mail/telephone communication systems. I also **acknowledge having read and understood** Piknik Products Company internet/e-mail/telephone communication system policy.

Jerry mcCartney

Employee: _____   Date: 6-28-04

Supervisor: _____   Date: _____

HR: _____   Date: 6/28/04

Director of Logistics
Job Description

Inventory Control:
We currently do not have a server-based system for managing raw materials or finished stock. Our materials control personnel are using PC based excel spreadsheets to maintain their own perpetual inventory control. The data from this is used to update the various customers MRP II systems via dial up and or fax transmissions on a daily basis. We need to migrate away from this manual process using a server based Inventory control system.

MRP II Implementation:
Our CFO has recently acquired Sage Mas 200, which comes pre-packaged with an inventory control module all using thin client server technology. In addition, Sage is acquiring the rights to Batch Master enabling us to have a true MRPII environment. Implementation of this system and the training required to drive cultural and process changes will require strong and experienced leadership.

Loss Control:
Because of our lack of systems and controls, our raw material Losses have been excessive. This position we are seeking to fill will pareto package and material losses on a day, shift and line basis to Identify the root causes of loss. From there, we can put action plans together to reduce these losses.

Planning & Scheduling:
We are in a "Make to Order" environment since we are a co-packer. The customers have been dictating the schedules resulting in excessive changeovers that have contributed to downtime, line inefficiencies as lines start up slow and even yield loss. The objective naturally is to "smooth out" the demand curve and limit the package and flavor changeovers as much as possible. Using excel based tools initially and MRPII Master Scheduling tools when they are available from Sage, we intend to work closer with our customers in mid and long range demand and capacity planning.

Warehousing:
Like our other manual systems, we likewise maintain inventory, FIFO, row/isle data on hand written forms by product. Due to traceability requirements, maintaining these manual systems in an ever growing company become cumbersome and puts Piknik at risk of not meeting customer requirements. In addition, maintaining tight controls over product on hold and release or destruction is key to our quality systems. This position would be responsible for evaluating our current system and developing a game plan for migrating to a WMS up to and including bar coding/scanning.

Purchasing:
Most of our raw materials are purchased from a customer approved supplier list. In addition, we normally do not take ownership of the materials but are responsible for yield loss above our allowances. (This is changing with PepsiCo taking over control of Quaker and Tropicana co-pack operations and require Piknik to purchase).

Regardless, the purchasing function will require the same level of sophistication we are seeking to grow elsewhere as PPV, material loss, JIT/on-time deliveries and the competitive bidding process will need excellent controls to limit our exposure from a cash flow standpoint.

Measurement:
One of the masters of the industrial revolution once said, "What get's measured get's managed". We need to develop metrics that measure our performance for each of the key areas noted above that puts Piknik at risk financially. With this data and the 80/20 rule, we can quickly solve our most expensive issues first and continue the Improvement process with excellent metrics to showcase our improvement over time.

Longer Term Plans:

Enterprise Resource Planning:
We have been evaluating several ERP packages (i.e. SAP, Oracle) And need to complete this process and decide upon what package is right for Piknik. We also need to evaluate several mid range solutions such As BPCS, JD Edwards etc. Your involvement in the selection process plus the process definition, integration, training and implementation will be valuable. Since Piknik has been using manual systems, this will be quite a cultural change not to mention the exhaustive work required to implement. Your skills demonstrated at Digital and Polar will be invaluable as we put together our implementation team.

Supply Chain Solutions Provider:
Our intent long term is to move beyond a simple co-packer and to A "Solutions Provider" to our customers that need an end to end supply chain solution. This will mean developing a first class customer Service function, efficient and flexible manufacturing, sophisticated WMS (along with climate storage, variety pack, pick/pack etc.) and possibly DSD. For example, the cost to ship full stock to the customer's DC's for storage, then to a retail DC for storage and pick/pack for final delivery is
An opportunity to significantly reduce supply chain cost. We intend to create these services at a reasonable cost thus making Piknik more valuable to our customers. The more value we bring, the more volume will come our way.

jmaccartney                           Page 1                              1/9/2004

# Jerry MacCartney 2003 Performance Review Employee inputs:

1. What do you think are the most important duties and responsibilities of your job.
   a. Managing expenses and budgetary considerations.
   b. Developing and leading employees to add ever increasing value.
   c. Setting expectations and holding individuals accountable for achieving results.
   d. Driving process improvements with quantifiable data back-up.?
   e. Providing a model / example for leadership and behavior consistent with company values and missions.
   f. Instilling an atmosphere and culture of Continuous Improvement.
   g. Setting departmental goals and objectives consistent with overall company goals and mission.
2. What do you feel were your major achievements over the last 12 months.?
   a. Cost reduction initiatives documented to date for annualized savings of $468k. (see attached
   b. Improving productivity and value added contribution potential for existing employees and managers through leadership and commitment to their success.
   c. Implementing measurements systems in my departments which drive the appropriate behavior and results. (see attached)
   d. Initiating plans and actions to reduce or eliminate risks factors which existed in my departments.
   e. Increasing overall department capacity while lowering cost and headcount.
   f. Process improvements and changes which have enabled productivity and efficiency improvements.
   g. Justifying and gaining approval for a major WMS project which will drive significant improvements in logistics and add value in new areas for our customers.
3. What areas of you job give you the greatest satisfaction?
   a. Being given the liberty and trust required to affect real bottom line results through process and organizational changes.
   b. Being able to measure / gage my successes and have management that values and understands these efforts.
   c. The flexibility to balance home and work-life and not be judged on hours in office worked relative to total contribution and results. i.e. total hours includes hours worked at home, nights and weekends.
   d. Helping and watching my team members develop and grow in the abilities and contribution.
4. What problems and/or difficulties have you encountered both within and outside your control?
   a. Interdepartmental support and teamwork.
   b. Stonewalling from the CFO
   c. Maintenance and Special Projects being Production centric.

C:\Documents and Settings\jmaccartney\My Documents\Private\Jerry MacCartney 2003 Performance Review Employee inputs.doc

   d. Inability to make changes within my departments to affect positive change and improve performance.
   e. Changing roles and directions.
   f. Changing responsibilities with regarding to my negotiated responsibilities.
5. **What Suggestions do you have for overcoming the problems / difficulties in #4 above?**
   a. Provide increased level of support and clearer focus and expectation for other departments and teams on value and expectations of total teamwork and initiate measures to encourage more teamwork.
   b. Attain consistency in direction of my role and responsibilities.

>What can be done by you?
  ➢ Provide clearer information to management to on negative impact of these items being less than what they should be.
  ➢ Develop positive relationships with other departments to garner support and teamwork.
  ➢ Continue to be persistent as possible.

>By your supervisor?
  ➢ Promote a culture of support and teamwork initiatives.
  ➢ Set expectations for total departments and accountability for teamwork.
  ➢ Provide consistency in roles and responsibilities and goals.

>By other team/workgroup members?
  1. Understand the value to overall company of working holistically and not building Silo's.
  2. Holding team members accountable for overall teamwork and not just within their individual teams.

6. **What do you believe to be your most important deliverables in the past 12 months.?**
   a. Development of team members and the added contribution they have been able to make.
   b. Being able to produce results with the added responsibilities that have been placed on me. (see attachments)
   c. The cost savings documented to date from the process and personnel improvements made to date. (see attachments)
   d. Implementing measurements systems and tying individual's performance to goals within these measurements systems. (see attachments)
   e. Providing our customer base with a higher level of comfort that Piknik's Logistics department is not an area of risk of doing business with Piknik.

7. **What areas of your job performance would improve with more experience and/or training.?**
   a. First hand responsibility and / or more exposure to Piknik's production and quality control functions in order to build my depth of experience and knowledge.
   b. Georgia Institute of Technology's Logistics Certification courses.
   c. Complete APICS CIRM certification.

jmaccartney                       Page 3                       1/9/2004

    d. More exposure and interaction with customer visits and meetings to increase awareness of their respective concerns and opportunities.

8. **What are you own self development plans for the next 12 months.?**
   a. Complete last two CRIM modules and pass certification tests.
   b. Pursue Logistics courses and G.T.I. per above.
   c. Attend local logistics and materials special interest group / roundtable meetings.
   d. Continue to read self-improvement books and self-paced seminars.

9. **How do you see your job or career developing in the future.?**
   a. Potentially grow into overall three plant Logistics responsibilities or similar expansion of current role.
   b. Would be open to eventual transition of role into Production Operations responsibility and / or Quality Control.
   c. Potentially add value or expand scope of role to improve operations of other Onyx acquisitions in the areas of logistics and operations.

10. **Other topics / concerns to be discussed.**
    a. What the long term potential for myself or my role in the short and long term given the recent acquisition.
    b. Ongoing support from Special Projects and Maintenance for my departments.
    c. Final ownership of Variety Pack Operation and performance management.
    d. Ongoing level of micro-management once dust settles from recent company acquisition.
    e. Willingness of new management team to foster open opinion sharing and debates of subject matters.
    f. Timeline for implementing Bonus Program, which my offer letter promised within three months of my hire date.
    g. My current compensation package relative to my offer letter and my added responsibilities.

# CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement ("Agreement") is made and effective the 2nd of April, 20 03 by and between **Piknik Products Company, Inc.** ("Company") and _____Jerry McCrary_____ ("Recipient").

## 1. Confidential Information.

Company proposes to disclose certain of its confidential and proprietary information (the "Confidential Information") to Recipient. Confidential Information shall include all data, materials, products, technology, computer programs, specifications, manuals, business plans, software, marketing plans, business plans, financial information, and other information disclosed or submitted, orally, in writing, or by any other media, to Recipient by Company. Confidential Information disclosed orally shall be identified as such within five (5) days of disclosure. Nothing herein shall require Company to disclose any of its information.

## 2. Recipient's Obligations.

A. Recipient agrees that the Confidential Information is to be considered confidential and proprietary to Company and Recipient shall hold the same in confidence, shall not use the Confidential Information other than for the purposes of its business with Company, and shall disclose it only to its officers, directors, or employees with a specific need to know. Recipient will not disclose, publish or otherwise reveal any of the Confidential Information received from Company to any other party whatsoever except with the specific prior written authorization of Company.

B. Confidential Information furnished in tangible form shall not be duplicated by Recipient except for purposes of this Agreement. Upon the request of Company, Recipient shall return all Confidential Information received in written or tangible form, including copies, or reproductions or other media containing such Confidential Information, within ten (10) days of such request. At Recipient's option, any documents or other media developed by the Recipient containing Confidential Information may be destroyed by Recipient. Recipient shall provide a written certificate to Company regarding destruction within ten (10) days thereafter.

## 3. Term.

The obligations of Recipient herein shall be effective from the date Company last discloses any Confidential Information to Recipient pursuant to this Agreement. Further, the obligation not to disclose shall not be affected by bankruptcy, receivership, assignment, attachment or seizure procedures, whether initiated by or against Recipient, nor by the rejection of any agreement between Company and Recipient, by a trustee of Recipient in bankruptcy, or by the Recipient as a debtor-in-possession or the equivalent of any of the foregoing under local law.

## CONFIDENTIALITY AGREEMENT

### 4. Other Information.

Recipient shall have no obligation under this Agreement with respect to Confidential Information which is or becomes publicly available without breach of this Agreement by Recipient; is rightfully received by Recipient without obligations of confidentiality; or is developed by Recipient without breach of this Agreement; provided, however, such Confidential Information shall not be disclosed until thirty (30) days after written notice of intent to disclose is given to Company along with the asserted grounds for disclosure.

### 5. No License.

Nothing contained herein shall be construed as granting or conferring any rights by license or otherwise in any Confidential Information. It is understood and agreed that neither party solicits any change in the organization, business practice, service or products of the other party, and that the disclosure of Confidential Information shall not be construed as evidencing any intent by a party to purchase any products or services of the other party nor as an encouragement to expend funds in development or research efforts. Confidential Information may pertain to prospective or unannounced products. Recipient agrees not to use any Confidential Information as a basis upon which to develop or have a third party develop a competing or similar product.

### 6. No Publicity.

Recipient agrees not to disclose its participation in this undertaking, the existence or terms and conditions of the Agreement, or the fact that discussions are being held with Company.

### 7. Governing Law and Equitable Relief.

This Agreement shall be governed and construed in accordance with the laws of the United States and the State of Alabama and Recipient consents to the exclusive jurisdiction of the state courts and U.S. federal courts located there for any dispute arising out of this Agreement. Recipient agrees that in the event of any breach or threatened breach by Recipient, Company may obtain, in addition to any other legal remedies which may be available, such equitable relief as may be necessary to protect Company against any such breach or threatened breach.

### 8. Final Agreement.

This Agreement terminates and supersedes all prior understandings or agreements on the subject matter hereof. This Agreement may be modified only by a further writing that is duly executed by both parties.

## CONFIDENTIALITY AGREEMENT

### 9. No Assignment.

Recipient may not assign this Agreement or any interest herein without Company's express prior written consent.

### 10. Severability.

If any term of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable, then this Agreement, including all of the remaining terms, will remain in full force and effect as if such invalid or unenforceable term had never been included.

### 11. No Implied Waiver.

Either party's failure to insist in any one or more instances upon strict performance by the other party of any of the terms of this Agreement shall not be construed as a waiver of any continuing or subsequent failure to perform or delay in performance of any term hereof.

### 12. Headings.

Headings used in this Agreement are provided for convenience only and shall not be used to construe meaning or intent.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

_____         04/02/03
**Piknik Products Company, Inc.**          Date

_____         04-02-03
**Recipient**                              Date