# STRICKEN FROM THE RECORD AS A DUPLICATE ENTRY TO DOC.#77. PLEASE DISREGARD THIS ENTRY FROM THE DOCKET.