**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 30, 2007

# NOTICE OF DOCKETING ERROR

To:  ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Jerry MacCartney, et al vs. Onyx Capital Ventures, LLC**

**Case Number: 2:05cv1207-MHT**

**Referenced Pleading: Document #78- Evidentiary Submission-Exhibit 8**

**The referenced pleading was electronically filed on \*\*\*October 29, 2007\*\*\* as a duplicate entry to doc.#77 Evidentiary Submission-Exhibit 8.  The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**