EXHIBIT 3

PENGAD 800-631-6989

# The Competitive Reality of Supplier Diversity

## A Procurement Paradox

H. Beecher Hicks, III
Onyx Capital Ventures
*Presented at the Packaging Services Expo*
*May 11th 2005*

ONYX
Onyx Capital Ventures



# Competitive Reality of Supplier Diversity: A Procurement Paradox

- 3,500 Companies have supplier diversity programs
- Companies purchased $54 billion in 2000, up from $15 billion in 1990
- Forecast for supplier diversity programs is $100 billion in 2010



## Competitive Reality of Supplier Diversity: A Procurement Paradox

# Why?

ONYX
Onyx Capital Ventures



Competitive Reality of Supplier Diversity: A Procurement Paradox

# AGENDA

- Why Do So Many Companies Care About Supplier Diversity?
- What is This Paradox?
- What Do You Do About It?
- Case Study: Onyx/Piknik
- Conclusions

ONYX
Onyx Capital Ventures

4



# Competitive Reality of Supplier Diversity: Why Care?

- **Visteon**: *"Minority businesses add value to the bottom line"*
- **Coca Cola**: *"Diversity is productivity-driven"*
- **Whirlpool**: *"We want our products in every home, everywhere"*
- **PepsiCo:** *"An integral part of our mission"*
- **Procter and Gamble**: *"A fundamental business strategy"*
- **Darden Foods**: *"A priority, a strategy, and a way of life"*





# Competitive Reality of Supplier Diversity: Why Care?

I'm

STILL

not convinced!

ONYX
Onyx Capital Ventures



## Competitive Reality of Supplier Diversity: Why Care?

**In 1950 there were 9 Caucasians for every 1 person of color in the U.S. In 2000, for Americans under 40, there were less than 1.5 Caucasians for every person of color.**

ONYX Onyx Capital Ventures

*Ratio of Caucasians to People of Color in Successive Age groups Source: US Census, 2000, Diversity, Inc.

## Competitive Reality of Supplier Diversity: Why Care?

**The Minority Population will account for nearly 90% of the total growth in U.S. Population before 2050 and account for 45%-51% of the Total Population by 2045, up from 29% today**

Projected Minority and Non-Minority Population: 2000 to 2045
(% of Total Population)
% of Population
100
90
80
70
60
50
40
30
20
10
0
2000
2005
2015
2025
2035
2045
Minority
Non-Minority
Total U.S. Minority Population
178 Million
79 Million

ONYX Onyx Capital Ventures

Source: Data are based on U.S. Census Bureau, 2000, Annual Projections of the Resident Population by Age, Sex, Race, and Hispanic Origin



# Competitive Reality of Supplier Diversity: Why Care?

**Percent of total Consumer Purchase power for people of color rose from 12.1% in 1990 to almost 19% in 2002 and is trending to 24% by 2007**

700
600
500
400
300
200
100
0
1990
2001
African Americans
American Indian
Asian American
Hispanic

**African- American** buying power rose to $572.1 Billion- an 86% increase over 1991

**Hispanic** buying power grew by 118% to $425.5 Billion

**Asian- American**

$253.8 Billion

**American- Indians**

$34.8 Million

ONYX
Onyx Capital Ventures



## Competitive Reality of Supplier Diversity: Why Care?

**The number of minority-owned firms, currently at 3.25 million, is growing at the rate of 17% per year, 6 times faster than the growth rate for all firms**

4,000,000
3,500,000
3,000,000
2,500,000
2,000,000
1,500,000
1,000,000
500,000
0
1992
1997
African American
Asian/American Indian
Hispanic

Source- small business administration, 1999 , Diversity Inc.

ONYX Onyx Capital Ventures

10



## Competitive Reality of Supplier Diversity: Why Care?

# Furthermore….



## Competitive Reality of Supplier Diversity: Why Care?

**Diversity Inc.'s, Top 50 companies for diversity out-perform the financial markets**

18.00%
16.00%
14.00%
12.00%
10.00%
8.00%
6.00%
4.00%
2.00%
0.00%
-2.00%
-4.00%
10 Years
5 Years
3 Years
S&P500
DJIA
Top 50 Index

| | 10 Years | 5 Years | 3 Years |
|---|---|---|---|
| S&P 500 | 11.85% | -2.17% | -0.65% |
| DJIA | 13.40% | 0.90% | 1.96% |
| **Top 50 Index** | **17.58%** | **3.17%** | **5.20%** |

ONYX Onyx Capital Ventures



## Competitive Reality of Supplier Diversity: Why Care?

**They also live to fight another day:**



# Competitive Reality of Supplier Diversity: Why Care?

**Another way to look at it is:**

Supplier Diversity = Supplier Competition

Reduced Costs

Encourages Innovation

GROWTH !
ONYX
Onyx Capital Ventures



## Competitive Reality of Supplier Diversity: Procurement Paradox

**Supplier Diversity makes business sense, but seems to conflict with procurement goals.**

Paradox

ONYX
Onyx Capital Ventures



# Competitive Reality of Supplier Diversity: Procurement Paradox

- **Corporations desire to rationalize their supplier base**
  - Fewer Suppliers
  - More Sophisticated Management
  - Bigger Footprints
  - Financially Stable

ONYX
Onyx Capital Ventures

## Competitive Reality of Supplier Diversity: Procurement Paradox

- However.....
  - 90% of suppliers to major corporations have revenues in excess of $100 Million!!!
  - 95% of MBE's have less than $1 Million in revenues!

Paradox

Source: Procter & Gamble, Department of Commerce MBDA, 2000

ONYX
Onyx Capital Ventures



## Competitive Reality of Supplier Diversity: What to Do?

**As a smaller company:**

- Organic Growth
- eProcurement
- Bundling
- Strategic Alliances
- Joint Ventures
- Raise Capitol
- M&A

GET
TO
SCALE

ONYX
Onyx Capital Ventures



# Competitive Reality of Supplier Diversity: What to Do?

## As a corporate leader…

- Empower the Supplier Diversity Function
  - Not public relations
  - Line of business partners
- Think **BIG** and outside of the
  - What is your supply chain problem?
  - Solve for X !!!





# Competitive Reality of Supplier Diversity: The Onyx Model

- Onyx Capital Ventures is an African American-owned Minority Business Enterprise ("MBE")
- Onyx' strategy:
  - Acquire controlling equity stakes in existing **non-MBE** suppliers to leading corporations
  - Certify acquisitions as MBEs
  - Aggressively grow acquired companies with specific new purchase commitments from corporate partners
- Onyx' objectives:
  - Produce exceptional risk-adjusted returns for our investing partners
  - Utilize its status as a minority preferred provider to become a top tier supplier of goods and services to the Fortune 1000
  - Win-win scenario for Onyx, its investors and its corporate partners





# Competitive Reality of Supplier Diversity: The Onyx Model

- **Win-Win-Win** value proposition
  - For Onyx: mitigates revenue risk and creates stable, growing companies that can proactively hire and mentor minority managers
  - For Investors: lower risk, revenue-enhanced buyout
  - For Corporate Sponsors: pool of high quality minority-owned suppliers






# Competitive Reality of Supplier Diversity: Piknik Case Study

- **Onyx acquired Piknik in August 2003**
- **Founded in 1923, non MBE, now MBE certified**
- **Contract manufacturer of beverages and condiments**
  - Three plants
  - Montgomery, AL
- **Customers included**
  - Quaker
  - Tropicana
  - Atlanta Bread
  - Publix





# Competitive Reality of Supplier Diversity: Piknik Case Study

- Piknik transaction merits
  - Strong management team
  - Excellent customer base
  - Product sector growing in double digits
  - Outsourcing continues to grow
  - Platform for entry into contract manufacturing industry
  - Corporate sponsors engaged and supportive




## Competitive Reality of Supplier Diversity: Piknik Case Study

- Onyx is positioning Piknik for significant growth
  - Invested in additions to senior management
  - Improvements in IT infrastructure
  - Redoubling quality assurance and performance measurement focus
  - HR training and development
  - Renewed sales and relationship building focus
  - Access to capital for capital investment and acquisitions

ONYX
Onyx Capital Ventures





# Competitive Reality of Supplier Diversity: Piknik Case Study

- Results?
  - Improved top and bottom line results
  - Addition of new customers
    - Arizona
    - Nestle
  - Robust pipeline of projects



# Competitive Reality of Supplier Diversity: Piknik Case Study

- Onyx/Piknik is working with corporate sponsors to solve supply chain challenges
  - Relationships at multiple levels of organizations
  - Open dialogue regarding prospective transactions
  - Collaboration on new product introductions
  - Shared resources regarding performance improvement

PIKNIK PRODUCTS COMPANY

# Competitive Reality of Supplier Diversity: Conclusions

- **The importance of supplier diversity is growing:**
  - **$100 billion by 2010**
- **Supplier diversity makes sense from demographic and economic perspectives**
  - **Minority groups make up the majority of the population in America's largest eight cities**
  - **Companies that lead in diversity also lead financially**



## Competitive Reality of Supplier Diversity: Conclusions

- **Addressing the Procurement Paradox is easier said than done:**
  - **Suppliers** → **Get to Scale!**
  - **Corporations** → **Get Outside the** → **Use supplier diversity as a tool to solve supply chain problems**
- **Onyx and its portfolio companies would enjoy the opportunity to help!**

ONYX
Onyx Capital Ventures
ONYX
Onyx Capital Ventures