## Chadwick, Jeffrey

**From:** Jeffery Larry [jlarry@onyxcapitalventures.com]
**Sent:** Friday, February 04, 2005 2:19 PM
**To:** rloeb@piknikproducts.com
**Cc:** O'Connell Mike; Montana Scott; Dave Borden; Bill Mclennan
**Subject:** Re: Board Meeting

Hey Ricky. I hope all is well with you, too.

I don't have a problem with Scott taking Mike's place.

As you have heard, we have started getting great traction in our sales efforts. We have to execute! We have to finance some equipment purchases. And we have to deal with SouthTrust. We have started conversations with Bank One and others about coming in to take out SouthTrust. In fact, we met with them today to verbally give them some information on Piknik. We continue to talk with potential equity sources and other potential debt sources, too. There are a lot of moving pieces right now.

Bill told me he has presented to you all of the information you requested. He has that, and I suggest you get it from Bill. Let me know if you don't get it.

We have not had any Piknik related conversations with Apollo in a while. We have had a number of conversations with them about other deals. We still see them as a potential, but expensive, option for additional capital, if needed.

I want you and Scott to get all of the information you need whenever you need it. But, with all of the moving pieces, we are moving into a period where timely and near flawless execution will be critical to adhere to the schedule and other commitments we have made. It is vitally important that our senior management staff focus on executing. That is in all of our best interests. As you make arrangements to get the information you need, it is important that we don't unnecessarily distract our team from that focus. I likely won't be involved in those meetings unless necessary.

Thanks.

JL

---- Original Message ----
**From:** Ricky Loeb
**To:** 'Jeffery Larry'
**Cc:** Dave Borden ; Montana Scott ; O'Connell Mike
**Sent:** Friday, February 04, 2005 10:54 AM
**Subject:** RE: Board Meeting

Jeff, hope all is well.
I assume there's no problem with Scott taking Mike's place and I'll tell Mike to submit his resignation. Concerning the board meetings, what you propose sounds fine. I here that everything is going great and we're on track to do great things this year and next. I also understand we're projecting a 2 million dollar loss for 05. I'm concerned about the Bank in March and believe the board should be updated and discussing options and back up plans.
Information I'd like to know is the following: For 05, what new and existing customers do we have. What products by line by size and associated volumes and pricing. I'd like a copy of the latest Strategic Plan (05, 06) including the financial plan for same. I'd like a copy and update on all communications with Apollo.
I propose that we ( Bill,Scott,Myself and maybe you ) have a formal Bi-Monthly meeting addressing the above questions, preceded by the Agenda so as to prepare questions, beginning next week. After a few months I think one of the monthly meetings could be covered by an Emailed report.

11/28/2006

EXHIBIT 9

Scott would like to fly in for the first meeting and all next wk is open as well as the 18 & 21st.
Your thoughts? Thanks, Ricky

---

**From:** Jeffery Larry [mailto:jlarry@onyxcapitalventures.com]
**Sent:** Wednesday, January 26, 2005 6:43 PM
**To:** rloeb@piknikproducts.com
**Subject:** Re: Board Meeting

Hey Ricky. Thanks for the email. Things are going great.

I was actually hoping that we can meet less frequently as a board and that we schedule more frequent opportunities for you to stay up with what is going on in the business and get whatever information you want. I talk with Bill many times a day, and speak frequently with Patrice and Kenny. I am also working very closely with Bill, Henry, the rest of the senior management team at Piknik and the Onyx team to continue to successfully implement our strategy at Piknik. Our board meetings have become a way for you to get info, and there are a number of better ways to accomplish that. But let's keep our board meetings for those things that require board action.

Thanks.

JL


----- Original Message -----
**From:** Ricky Loeb
**To:** 'Onyx'
**Sent:** Tuesday, January 25, 2005 5:35 PM
**Subject:** Board Meeting

Jeff, hope all is well.
Mike would like to resign from the board and I would like to appoint Scott Montana if there are no objections. Scott has his own company called Daniel Island Holding Co and I have known him for over 30 years. His Email is Jscottmontana@aol.com and his phone number is 818-451-9796. When we met in Dec. I mentioned we haven't had a board meeting in months and would like to start having them. When will the next one be held? I also would like minutes to be taken and distributed afterwards. I won't have my computer with me starting now through Friday but can be reached at 828-526-2933 or 828-421-1680 in a few hours. ( I can be reached on my cell for the next few hrs )    Thanks Ricky

11/28/2006