FW: Talking Points

Page 1 of 2

## Chadwick, Jeffrey

| | |
|---|---|
| From: | Henry Hicks [hhicks@piknikproducts.com] |
| Sent: | Wednesday, June 15, 2005 3:49 PM |
| To: | 'Ricky Loeb' |
| Cc: | Chris Day |
| Subject: | FW: Talking Points |
| Attachments: | Piknik Talking Points.doc |

Ricky - FYI. A final version will be forthcoming.

Henry

H. Beecher Hicks, III
Vice President, Sales and Marketing
Piknik Products Company
404/653-8914 office
404/313-6669 cell
509/471-8561 efax
www.piknikproducts.com

---

**From:** Henry Hicks [mailto:hhicks@piknikproducts.com]
**Sent:** Wednesday, June 15, 2005 3:46 PM
**To:** Chris Day (cday@piknikproducts.com); 'cbleier@piknikproducts.com'; 'bsellers@piknikproducts.com'
**Cc:** Michael Gray; Robert Lampert; Ann Anderson
**Subject:** Talking Points

Team -

Attached is the draft of the talking points that we will use for the employee meetings today. This document may be revised later today or in the morning. It is important that we tell our teams NOT to share this document with those outside of the company, and that they be instructed to direct ANY inquiries to the contacts noted in the document. It is important that we all be on the same page regarding this message and that we have a limited number of people talking with external constituents about this matter.

When the final version of the document is completed I will share it with each of you again. I am also preparing a separate version of the document that can/will be used to give this information to our customers and brokers as needed. That will follow simultaneous with competing the final version of this document.

Thanks, <<...>>

Henry

H. Beecher Hicks, III
Vice President, Sales and Marketing


EXHIBIT 10

11/28/2006

Talking Points

Piknik Products Company
404/653-8914 office
404/313-6669 cell
509/471-8561 efax
www.piknikproducts.com

11/28/2006

## Chadwick, Jeffrey

| | |
|---|---|
| **From:** | Henry Hicks [hhicks@piknikproducts.com] |
| **Sent:** | Wednesday, June 15, 2005 1:28 PM |
| **To:** | Chris Day |
| **Attachments:** | Piknik Talking Points.doc |

<<...>> Chris - Will you print this

Henry

H. Beecher Hicks, III
Vice President, Sales and Marketing
Piknik Products Company
404/653-8914 office
404/313-6669 cell
509/471-8561 efax
www.piknikproducts.com

11/28/2006



*For Limited Internal Distribution Only - Do Not Copy or Share with External Constituents*

# Piknik Products Company / Onyx Capital Ventures

## External Communications
### *Recapitalization Talking Points*

| SUMMARY: | The growth that Piknik Products is experiencing in its beverage division has caused the Company significant liquidity problems. Piknik has not filed for bankruptcy protection. Onyx is negotiating with the bank to refinance the company's debt and has identified equity capital sources to participate in a recapitalization of the company. The company may be placed up for sale; in which case Onyx intends to bid to purchase the company with the goal of emerging from this process as a company that is much stronger financially and operationally. |
|---|---|
| SHORT TERM EFFECTS | Operations in the Company's beverage division will not be materially affected. Some management changes are being made and capital projects delayed, but the business will continue to operate and pursue operational improvements required to meet our customer's needs.<br><br>The operations in the Company's condiments division will be indefinitely suspended with the exception of tolling/co packing business. The will be effective immediately. |
| PERSONNEL CHANGES | Regretfully, this challenge will require that most of the employees in our condiments business will be furloughed. We will maintain a crew of employees to continue limited production, address customer and vendor concerns, and manage logistics for shipping and the warehouse.<br><br>The beverage division will continue to make necessary staffing changes to improve its operating efficiencies. Bert Mayer has left the company and has been replaced as Day Street Plant Manager by Annissia Hanyard, a veteran of PepsiCo and Procter & Gamble with maintenance, quality and engineering experience. |
| CAPITAL PROJECTS | Capital projects that are critical to delivering the productivity expected by our customers will continue apace (i.e. blend system upgrades, filler/capper repairs). Installation of the bulk depaletization system for Line 102 will be delayed by 60-120 days. |

*Please direct all inquiries on this matter to the contacts listed in the CONTACTS section of this document. Do not respond to external inquiry unless approved by one of the persons listed in this section.*

*For Limited Internal Distribution Only - Do Not Copy or Share with External Constituents*

| | |
|---|---|
| **RECAPITALIZATION** | Over the last 4 months Onyx has presented to the bank (Southtrust) no fewer than 4 proposals for refinancing the company's debt and injecting additional equity into the company. The bank has rejected each of those offers.<br><br>The inability to reach agreement on this matter has resulted in a cash shortage to operate the full-case-costed, private label condiments business. (This business is cash flow intensive, versus the capital intensive nature of the beverage business.) Piknik has not filed for bankruptcy protection.<br><br>The bank has a fiduciary responsibility to its shareholders and to the debt and equity holders in Piknik to maximize the value of the company. For this reason, they have agreed to finance the operations of the beverage business while decisions are made regarding how best to proceed.<br><br>Recapitalization negotiations may continue, however it is likely that a sale process will be undertaken on an expedited basis. Onyx plans to participate in any bidding process that may be undertaken to acquire Piknik.<br><br>Hopefully this will mean that customers will observe no degradation in operational attention, continuity in management and a swift conclusion to this distraction from managing and growing the business.<br><br>It is not likely that the condiments business will return in it current form. It is likely to be more palatable to the bank and investors that the condiments business proceeds under a tolling/co pack model similar to the beverage business. This will require reduced working capital to manage and to grow the company and fit better with Piknik's/Onyx's strategy of partnering with leading consumer packaged goods companies to address their supply chain challenges. |
| | We will work closely with condiments customers to fill orders out of inventory and to transition their business to other suppliers. This will include providing them with their printed labels and copies of proprietary formulas if requested. We want to discuss the option of a tolling/co pack agreement with those customers who wish to do so. |
| **PLANT LOCATIONS** | The Company's Day Street and Alatex plants will remain open and operate normally. Discussions continue with current and prospective customers about adding additional production lines in the Alatex plant.<br><br>The Brundidge plant will remain open and operate a limited production schedule. |

*Please direct all inquiries on this matter to the contacts listed in the CONTACTS section of this document. Do not respond to external inquiry unless approved by one of the persons listed in this section.*



## External Constituents
### Recapitalization Summary

| FREQUENTLY ASKED QUESTIONS | |
|---|---|
| | **What is happening?**<br><br>The growth that Piknik Products is experiencing in its beverage division has caused the Company significant liquidity problems. Operations in the Company's beverage division will not be materially affected. Some management changes are being made and capital projects delayed, but the business will continue to operate and pursue operational improvements required to meet our customer's needs. The operations in the Company's condiments division will be indefinitely suspended with the exception of tolling/co packing business. The will be effective immediately.<br><br>**How did this happen?**<br><br>Our historic bank decided that it no longer wanted to be the company's financial institution. While going through a merger the bank prevented Onyx from bringing in any additional capital to fund the growth that we've been experiencing. The bank is providing limited funding while we continue to negotiate a recapitalization of the company.<br><br>**Is condiments closed for good?**<br><br>The condiments business is not closed. We will operate under a co packing model in the short term. We are hopeful to preserve a presence in the condiments business, but are unlikely to return to our historical business model.<br><br>**Is Piknik bankrupt?**<br><br>No. Management believes that it has a viable path through this process to avoid bankruptcy, and believes that it is in the best interests of customers and vendors to avoid the bankruptcy process. However, Piknik does not control all elements of this process. Staying out of bankruptcy requires continued cooperation from vendors and the bank while we negotiate the recapitalization.<br><br>**Is Piknik up for sale?**<br><br>No. However, as part of the transition to a new capital structure an expedited sale process may need to occur. In the event the company is put up for sale, Onyx intends to aggressively participate in that process. |

*Please direct all inquiries on this matter to the persons listed in the CONTACTS section of this document.*  3

## *External Constituents*
### *Recapitalization Summary*

**How long will this process take?**

We expect that the recapitalization will be completed within 45 – 90 days.

**What does that mean for condiments customers?**

We will no longer be producing product for most condiments customers. We will continue to produce co packed products. We will sell any products that are in our finished goods inventory. Piknik will work cooperatively with affected customers to assist them in this transition. We will make labels and proprietary formulas available to customers upon request.

**What does that mean for condiments vendors?**

Once the recapitalization process is completed, Piknik will work out payment plans with vendors. Until that time the company will be unable to pay outstanding invoices.

**What does that mean for condiments employees?**

Piknik will maintain a small staff to continue co pack production and handle the customer transition. All other employees will furloughed until further notice.

**What does that mean for beverage customers?**

Operations in the Company's beverage division will not be materially affected.

**What does that mean for beverage vendors?**

Unlike the condiments business, Piknik does not pay for the packaging and raw ingredient product inputs. These are provided by our customers, making it much easier to continue operations during this transition. Piknik will work with its other beverage vendors to meet necessary obligations. Once the recapitalization process is completed, Piknik will work out payment plans regarding invoices.

**What does that mean for beverage employees?**

The beverage division will continue to make necessary staffing changes to improve its operations efficiencies. The team will continue working together to deliver for our customers.

*Please direct all inquiries on this matter to the persons listed in the CONTACTS section of this document.*    4

## *External Constituents*
### *Recapitalization Summary*

|  | **What if I get asked a question other than these?**<br><br>Please refer any questions that you are not equipped to accurately answer to one of the contacts listed below. |
|---|---|

| **CONTACTS** | Chris Day, President<br>cday@onyxcapitalventures.com    334-549-6483<br><br>Carl Bleier, VP & GM Condiments<br>cbleier@piknikproducts.com    800-300-8557 x102<br><br>Anthony Barber, VP &GM Beverages<br>abarber@piknikproducts.com    334-462-2077<br><br>Henry Hicks, VP Sales & Marketing<br>hhicks@piknikproducts.com    404-313-6669<br><br>Ann Anderson, Condiments Customer Service<br>aanderson@piknikproducts.com    800-300-8557 x101 |
|---|---|

*Please direct all inquiries on this matter to the persons listed in the CONTACTS section of this document.*    5

## Chadwick, Jeffrey

**From:** Robert Lampert [rlampert@piknikproducts.com]
**Sent:** Wednesday, June 15, 2005 1:34 PM
**To:** 'Chris Day'; jlarry@onyxcapitalventures.com; 'David Palmer'
**Subject:** SouthTrust Attny

Andy Raine mentioned that their attorney is:

Jim Robinson
Burr & Forman
(205) 458-5277
jrobinson@burr.com

He asked that we communicate our attorney name / contact to Mr. Robinson.

Robert Lampert
Piknik Products Company, Inc.
3806 Day Street
Montgomery, AL 36108-0388

rlampert@piknikproducts.com

T (334) 265-1567 x218
F (334) 241-8414

11/28/2006

### Chadwick, Jeffrey

| | |
|---|---|
| **From:** | Henry Hicks [hhicks@piknikproducts.com] |
| **Sent:** | Wednesday, June 15, 2005 3:46 PM |
| **To:** | Chris Day; cbleier@piknikproducts.com; bsellers@piknikproducts.com |
| **Cc:** | Michael Gray; Robert Lampert; Ann Anderson |
| **Subject:** | Talking Points |
| **Attachments:** | Piknik Talking Points.doc |

Team -

Attached is the draft of the talking points that we will use for the employee meetings today. This document may be revised later today or in the morning. It is important that we tell our teams NOT to share this document with those outside of the company, and that they be instructed to direct ANY inquiries to the contacts noted in the document. It is important that we all be on the same page regarding this message and that we have a limited number of people talking with external constituents about this matter.

When the final version of the document is completed I will share it with each of you again. I am also preparing a separate version of the document that can/will be used to give this information to our customers and brokers as needed. That will follow simultaneous with competing the final version of this document.

Thanks, <<...>>

Henry

H. Beecher Hicks, III
Vice President, Sales and Marketing
Piknik Products Company
404/653-8914 office
404/313-6669 cell
509/471-8561 efax
www.piknikproducts.com

11/28/2006



*For Limited Internal Distribution Only - Do Not Copy or Share with External Constituents*

# Piknik Products Company
# External Communications
## *Recapitalization Talking Points*

| SUMMARY: | The growth that Piknik Products is experiencing in its beverage division has caused the Company significant liquidity problems. Piknik has not filed for bankruptcy protection. The Company is negotiating with the bank to refinance the Company's debt and has identified equity capital sources to participate in a recapitalization of the Company. The Company may be placed up for sale or a negotiated transaction may take place. In either event the Company will emerge from this process as a company that is much stronger financially and operationally. |
|---|---|
| SHORT TERM EFFECTS | Operations in the Company's beverage division will not be materially affected. Some management changes are being made and capital projects delayed, but the business will continue to operate and pursue operational improvements required to meet our customer's needs.<br><br>The operations in the Company's condiments division will be indefinitely suspended with the exception of tolling/co packing business. The will be effective immediately. |
| PERSONELL CHANGES | Regretfully, this challenge will require that most of the employees in our condiments business will be furloughed. We will maintain a crew of employees to continue limited production, address customer and vendor concerns, and manage logistics for shipping and the warehouse.<br><br>The beverage division will continue to make necessary staffing changes to improve its operating efficiencies. Bert Mayer has left the Company and has been replaced as Day Street Plant Manager by Annissia Hanyard, a veteran of PepsiCo and Procter & Gamble with maintenance, quality and engineering experience. |
| CAPITAL PROJECTS | Capital projects that are critical to delivering the productivity expected by our customers will continue apace (i.e. blend system upgrades, filler/capper repairs). Installation of the bulk depaletization system for Line 102 will be delayed by 60-120 days. |

*Please direct all inquiries on this matter to the contacts listed in the CONTACTS section of this document. Do not respond to external inquiry unless approved by one of the persons listed in this section.*

*For Limited Internal Distribution Only – Do Not Copy or Share with External Constituents*

| | |
|---|---|
| **RECAPITALIZATION** | Over the last 4 months our majority owner, Onyx Capital Ventures, has presented to the bank (Southtrust) no fewer than 4 proposals for refinancing the Company's debt and injecting additional equity into the Company. The bank has rejected each of those offers.<br><br>The inability to reach agreement on this matter has resulted in a cash shortage to operate the full-case-costed, private label condiments business. (This business is cash flow intensive, versus the capital intensive nature of the beverage business.) Piknik has not filed for bankruptcy protection.<br><br>The bank has a fiduciary responsibility to its shareholders and to the debt and equity holders in Piknik to maximize the value of the Company. For this reason, they have agreed to finance the operations of the beverage business while decisions are made regarding how best to proceed.<br><br>Recapitalization negotiations may continue, however it is likely that a sale process will be undertaken on an expedited basis. Onyx plans to participate in any bidding process that may be undertaken to acquire Piknik.<br><br>Hopefully this will mean that customers will observe no degradation in operational attention, continuity in management and a swift conclusion to this distraction from managing and growing the business.<br><br>It is not likely that the condiments business will return in it current form. It is likely to be more palatable to the bank and investors that the condiments business proceeds under a tolling/co pack model similar to the beverage business. This will require reduced working capital to manage and to grow the Company and fit better with Piknik's/Onyx's strategy of partnering with leading consumer packaged goods companies to address their supply chain challenges.<br><br>We will work closely with condiments customers to fill orders out of inventory and to transition their business to other suppliers. This will include providing them with their printed labels and copies of proprietary formulas if requested. We want to discuss the option of a tolling/co pack agreement with those customers who wish to do so. |
| **PLANT LOCATIONS** | The Company's Day Street and Alatex plants will remain open and operate normally. Discussions continue with current and prospective customers about adding additional production lines in the Alatex plant.<br><br>The Brundidge plant will remain open and operate a limited production schedule. |

*Please direct all inquiries on this matter to the contacts listed in the CONTACTS section of this document. Do not respond to external inquiry unless approved by one of the persons listed in this section.*



### *External Constituents*
### *Recapitalization Summary*

| FREQUENTLY ASKED QUESTIONS | **What is happening?**<br><br>The growth that Piknik Products is experiencing in its beverage division has caused the Company significant liquidity problems. Operations in the Company's beverage division will not be materially affected. Some management changes are being made and capital projects delayed, but the business will continue to operate and pursue operational improvements required to meet our customer's needs. The operations in the Company's condiments division will be indefinitely suspended with the exception of tolling/co packing business. The will be effective immediately.<br><br>**How did this happen?**<br><br>Our historic bank (SouthTrust) decided that it no longer wanted to be the Company's financial institution. While going through a merger (with Wachovia) the bank prevented Onyx from bringing in any additional capital to fund the growth that we've been experiencing. The bank is providing limited funding while we continue to negotiate a recapitalization of the Company.<br><br>**Is condiments closed for good?**<br><br>The condiments business is not closed. We will operate under a co packing model in the short term. We are hopeful to preserve a presence in the condiments business, but are unlikely to return to our historical business model.<br><br>**Is Piknik bankrupt?**<br><br>No. Management believes that it has a viable path through this process to avoid bankruptcy, and believes that it is in the best interests of customers and vendors to avoid the bankruptcy process. However, Piknik does not control all elements of this process. Staying out of bankruptcy requires continued cooperation from vendors and the bank while we negotiate the recapitalization.<br><br>**Is Piknik up for sale?**<br><br>No. However, as part of the transition to a new capital structure an expedited sale process may need to occur. |
|---|---|

## *External Constituents*
### *Recapitalization Summary*

**How long will this process take?**

We expect that the recapitalization will be completed within 45 – 90 days.

**What does that mean for condiments customers?**

We will no longer be producing product for most condiments customers. We will continue to produce co packed products. We will sell any products that are in our finished goods inventory. Piknik will work cooperatively with affected customers to assist them in this transition. We will make labels and proprietary formulas available to customers upon request.

**What does that mean for condiments vendors?**

Once the recapitalization process is completed, Piknik will work out payment plans with vendors. Until that time the Company will be unable to pay outstanding invoices.

**What does that mean for condiments employees?**

Piknik will maintain a small staff to continue co pack production and handle the customer transition. All other employees will furloughed until further notice.

**What does that mean for beverage customers?**

Operations in the Company's beverage division will not be materially affected.

**What does that mean for beverage vendors?**

Unlike the condiments business, Piknik does not pay for the packaging and raw ingredient product inputs. These are provided by our customers, making it much easier to continue operations during this transition. Piknik will work with its other beverage vendors to meet necessary obligations. Once the recapitalization process is completed, Piknik will work out payment plans regarding invoices.

**What does that mean for beverage employees?**

The beverage division will continue to make necessary staffing changes to improve its operations efficiencies. The team will continue working together to deliver for our customers.

## *External Constituents*
### *Recapitalization Summary*

|  | **What if I get asked a question other than these?**<br><br>Please refer any questions that you are not equipped to accurately answer to one of the contacts listed below. |
|---|---|

| **CONTACTS** | Chris Day, President                                334-265-1567 |
|---|---|
|  | cday@piknikproducts.com |
| **Customers** | Ann Anderson, Condiments Customer Service |
|  | aanderson@piknikproducts.com    800-300-8557 x101 |
|  | Henry Hicks, VP Sales & Marketing |
|  | hhicks@piknikproducts.com        404-313-6669 |
| **Employees** | Brenda Sellers, Director of Human Resources |
|  | bsellers@piknikproducts.com       334-265-1567 x206 |
| **Vendors** | Robert Lampert, VP Finance |
|  | rlampert@piknikproducts.com      334-265-1567 x218 |
| **Media** |  |
|  | Henry Hicks, VP Sales & Marketing |
|  | hhicks@piknikproducts.com        404-313-6669 |

*Please direct all inquiries on this matter to the persons listed in the CONTACTS section of this document.*    5