# Piknik Executive Discussion Document

## Hershey Foods Corporation

**July 28, 2004**



© Piknik Products Company, 2004 - Confidential





EXHIBIT

_12_

PENGAD 800-631-6989

**HERSHEY'S**

# Introduction

## We are pleased to have been invited to visit Hershey today, and hope to continue the growth of our business relationship.

∨ We would like to use the time to discuss our relationship from several points of view

» **Relationship History**

» **Piknik Issues**

» **Tactical Changes**

» **Strategic Relationship**

» **Revisit Decision**

» **Next Steps**

© Piknik Products Company, 2004 - Confidential

1





# Relationship History

**hhicks:**
Do we want to print this? – Instead, slides 23 and 25 are needed to level ...ocked ...th the decision, but set the CEO – ...ay the decision was made who are these guys?

⌄ We knew we had historical issues

⌄ We asked for a meeting that we never got

⌄ Hershey never gave us the opportunity to sit down and review our plans to improve this relationship

⌄ We are further confused by Hershey's apparent choice of vendors

⌄ We want to know what is really behind this decision

© Piknik Products Company, 2004 - Confidential

2

# Relationship History

## Hershey Foods has notified Piknik Products they do not intend to renew our co-manufacturing agreement dated June 1, 1992.

∨ Notification of decision to exit Piknik due to the following continuous issues:

- ∨ Quality
- ∨ Manufacturing
- ∨ Financial
- ∨ Personnel

- ∨ Lack of confidence
- ∨ Lack of trust

∨ Hershey has also indicated Piknik's performance has declined since Onyx acquisition

© Piknik Products Company, 2004 - Confidential

3



# Relationship History

## While Piknik's performance has never been stellar, given the length of our relationship we are surprised by the finality and timing of this decision.



Hershey and Piknik
Commence Contract
June, 1992

Challenged
Startup
June, 1992

FDA Glass
Recall
1993

Sustained Period of Marginal Performance

11 Annual Renewals
June, 1993 – June, 2003

Caramel
Introduced,
Reformulated
2001

Strike Support
Bonus Bottle
2002

Off Flavor
Product
2002

Onyx
Acquisition of Piknik
July, 2003

Onyx
Requests
Hershey
Meeting

Label Issue
Withdrawal
April, 2004

Hershey
Terminates
Relationship
June, 2004





# Piknik Issues – Quality Trend

## Piknik quality performance has historically been hampered by equipment

**hhicks:**
Slides 5,7,8,9 seem to be a bit redundant for the CEO level – same point from different POV's

# Piknik Issues – Quality Trend

## Consumer complaints have decreased since management changes were made. Additional process improvements are necessary to achieve next level of improved performance.

### Consumer Complaints 1998-2004

Number of complaints per 100,000 retail units



| | Toppings |
| | Sundae Syrup |

McGlon hired, began new QA processes

1998: 0.89, 0.61
1999: 0.50, 0.35
2000: 0.58, 0.15
2001: 0.11, 0.00
2002: 0.38, 0.05
2003: 0.27, 0.09
2004: 0.34

© Piknik Products Company, 2004 - Confidential

6



# Piknik Issues – Manufacturing Trend

## Production line variability is impacting output, quality and customer service.



Cases Per Day

Hershey Cases Per Day

Production Efficiency

Hershey Production Efficiency



�widehat Process not in good control

�widehat Focus on exceptions required

© Piknik Products Company, 2004 - Confidential

7



# Piknik Issues – Manufacturing Trend

## These same challenges are reflected in line speed inconsistencies that must be corrected.



➤ **Failure frequencies must be addressed**

➤ **Start-up times require focus**

➤ **Together they contribute unacceptable swings in the use of production time**

© Piknik Products Company, 2004 - Confidential

8



# Piknik Issues - Manufacturing Trend

## Poor production performance is driven by frequent equipment failures.



**Downtime Pareto - Glass**

January 1, 2004 - June 15, 2004
470 Hours of Machine Downtime



**Downtime Pareto - Squeeze**

January 1, 2004 - June 24, 2004
498 Hours of Machine Downtime

▽ **Issues are well understood**

◆ Labeler and dud detector are the primary causes of downtime

◆ Palletizer and case packer contribute when running the squeeze package

▽ **Corrective action required**

© Piknik Products Company, 2004 - Confidential

9



**HERSHEY'S**

# Piknik Issues - Financial

## You expressed concern about Piknik's financial strength.

➢ **We had examined our contract and understand it is an issue**

- ◆ Manifests in an unwillingness to maintain equipment

- ◆ Continuous plea for Hershey capital

- ◆ Manifests in violation of agreement to generate incremental revenue

© Piknik Products Company, 2004 - Confidential

10



# Piknik Issues – Personnel

## You also expressed concern about management changes at the executive levels...

- Ricky Loeb's reduced role in managing the company
- Mike O'Connell's departure from the company
- Patrice Daniels role in managing the business
- Chuck Caraway's departure from the company

## ...and the many moves at the operating levels.

| Employee | Position | Employee Changes | |
|---|---|---|---|
| | | | Type of Change |
| Bill Rodman | Director of Operations | | Left Company |
| Steve Duncan | Maintenance Manager | | Left Company |
| David Rhon | QA Manager | | Went to Brundidge facility |
| Shannon McGlon | Director of Quality | | Maternity Leave (3 Months) |
| Dennis Wood | Production Supervisor | | Left Company |
| Maxine Roland | Production Supervisor | | Moved to Lead position |
| John Brewer | Production Supervisor | | Moved to Maintenance role |
| Maintenance (several) Mechanics | Mechanics | | Lost to other companies as a result of auto-manufacturer. |

© Piknik Products Company, 2004 - Confidential
11



# Tactical Changes

## We are taking aggressive steps to make changes in each of these areas of concern.

**∨ Quality**
- ◆ Recruiting
- ◆ Training

**∨ Manufacturing**
- ◆ Six Sigma

**∨ Financial**
- ◆ Reinvestment capital

**∨ Personnel**
- ◆ New leadership
- ◆ Upgrade capabilities
- ◆ Improve ethical conduct



**∨ Restore confidence**

**∨ Restore trust**

© Piknik Products Company, 2004 - Confidential



**HERSHEY'S**

# Tactical Changes – Quality and Manufacturing

**Quality gaps are acknowledged and solutions have begun. In addition, we are taking the initial steps to adopt Six Sigma process improvement and control methods over the next several months.**

- ➢ QA Manager hired, starts August 4, 2004
  - ◆ BS Chemistry
  - ◆ More than 5 years experience as a QA manager in hot fill products
  - ◆ PepsiCo co-packer rating improved from 5th to 1st
  - ◆ Attained AIB Superior rating (>925)

- ➢ Training needs assessed, external resources engaged to facilitate

- ➢ Investments made to improve security and IT infrastructure

- ➢ Six Sigma TVPR process commences August, 2004

© Piknik Products Company, 2004 - Confidential

13



**HERSHEY'S**

Tactical Changes – Financial

**Piknik's acquisition by Onyx Capital Ventures has improved the company's financial outlook considerably, positioning it to be a much better partner for Hershey.**

⋗ **Debt**

⋗ **Equity**

⋗ **Onyx**

⋗ Piknik will acquire the key assets on Line 101 from Hershey

⋗ Piknik will make further agreed upon capital investments in plant infrastructure

⋗ Piknik is aggressively investing in people and processes to improve our results

© Piknik Products Company, 2004 – Confidential
14



PIKNIK
PRODUCTS COMPANY

**HERSHEY'S**

## Tactical Changes - Personnel

**Piknik has been challenged by a lack of capable leadership. Onyx is making the required changes.**

⋎ Request prior owner to disengage from daily operating decisions

⋎ Sent three Onyx executives to try and fill the gap

⋎ Acquired new VP of Sales and Marketing

⋎ Separation agreement with prior President

⋎ Acquired new President and Chief Operating Officer June, 2004

© Piknik Products Company, 2004 - Confidential

15



## Strategic Relationship

**Piknik views this as an opportunity to evolve our longstanding relationship into a mutually beneficial strategic alliance. We have offered incentives to partner with us to make this happen.**

- ▽ Immediate price concession of $400K

- ▽ Piknik to invest in manufacturing assets

- ▽ Opportunity for mutually beneficial relationships and press coverage

- ▽ Opportunity for extended Hershey market share in selected areas
  - ◆ 87% of African Americans more likely to buy from companies contributing to African American community
  - ◆ The increasing importance of ethnic markets to CPG companies has led to a $52 billon increase in MBE procurement to $72 billion in the last 10 years



**HERSHEY'S**

# Revisit Decision

**hhicks:**
Is this the one that we want to put in our pocket rather than in the deck?

...the criteria Hershey has provided for the decision to further confused by the apparent choice of vendors.

**Quality**

- ◆ Depth of technical expertise
- ◆ No Microbiology Lab
- ◆ Chocolate absorbs environmental flavors and odors

**Manufacturing**

- ◆ Building new line in a mayonnaise plant (vinegar, lemon, dry spices)
- ◆ No hot-fill processing experience

**Financial**

- ◆ D & B review

**Personnel**

- ◆ Some management experience
- ◆ No caramel experience

▽ **Why would Hershey accept this startup risk versus affording Onyx the time to fix Piknik issues?**



# Next Steps

## We will respect your decision and are prepared to move forward together.



**Decide to renew**
- Focused quality improvement efforts
- Acquisition of Hershey assets
- Revisit contract for extended relationship

**Decide to exit**
- Internal and external communication
- Production planning
- Complete asset transition



- Transition team
- Communication plan
- Mutually agreed upon timing

© Piknik Products Company, 2004 - Confidential

19



# Appendix

∨ Onyx

∨ New Piknik

© Piknik Products Company, 2004 - Confidential



# Onyx - Vision

⩔ Opportunity exists to create a number of significant, sophisticated MBE suppliers

  ◆ MBE certification is provided annually by a regional affiliate of the National Minority Supplier Development Council

  ◆ Target companies with enterprise values up to $300 million, but will be opportunistic with larger deals

⩔ Onyx is acquiring businesses that have the scale, skills and capabilities necessary to supply large corporations

⩔ Deal Initiatives – Working with Corporate Sponsors on:

  ◆ Contract Manufacturing Platform

  ◆ Food Processing

  ◆ Packaging

  ◆ Opportunistic opportunities

⩔ Completed two acquisitions

  ◆ Piknik Products Company

  ◆ Core Systems

© Piknik Products Company, 2004 - Confidential

21



**HERSHEY'S**

# Onyx – Piknik Assets

## Onyx's interest in Piknik extended beyond manufacturing capabilities and customer relationships

- Leading private employer in Alabama

- 70% of workforce is minority

- Certified Minority Business Enterprise

- Operating in an Economic Development Zone

- Operating in a Historically Underutilized Business (HUB) zone



# Onyx - Piknik Assets

## Beverage

2 Plants

Square Footage:
- 75,000 Sq Ft Production
- 362,000 Sq Ft Warehouse

4 Lines currently running

8 Line capacity

## Condiments

1 Plant

Square Footage:
- 27,500 Sq Ft Production
- 31,750 Sq Ft Warehouse

7 lines currently running

## Beverage Expertise

- ➤ Deep R&D experience in bringing new products to commercialization
- ➤ Hot fill
- ➤ Cold fill
- ➤ Glass
- ➤ PET
- ➤ HDPE
- ➤ Bottle/can
- ➤ In-mold labels
- ➤ 8 oz. to 1 gallon
- ➤ Juices and blends
- ➤ Isotonics
- ➤ Teas
- ➤ Nutraceuticals
- ➤ Dairy-based blends



© Piknik Products Company, 2004 - Confidential

23

## Onyx – Piknik Focus

# Onyx acquired control in July of 2003

Upon closing, Onyx immediately began to address Piknik issues

- ∨ Invested in IT department, equipment and other assets
- ∨ Focus on improving efficiency, quality delivered, and customer relations
- ∨ Increased efforts to attract appropriate talent

Onyx is now poised to take Piknik to yet another level

- ∨ Hired new COO with over 20 years of manufacturing and operations experience, most recently as president of a $1 billion supply chain business with 3,200 employees and 42 facilities
  - ∨ Extensive turnaround experience
  - ∨ Six Sigma process expertise
  - ∨ Focus on quality, customer satisfaction

© Piknik Products Company, 2004 - Confidential



**HERSHEY'S**

**New Piknik - Vision**

Piknik is developing a culture of accountability and a healthy sense of urgency to realize our vision!

- Piknik Vision -



What we want to be known for
**"Best company in CPG supply chain"**

What we are working to accomplish
**Superior process control**

What we will stand for
**Quality, Service, Value**

© Piknik Products Company, 2004 - Confidential
25



**HERSHEY'S**

# New Piknik – CI Plan

## We are building capabilities to become data driven by increasing skills in problem solving throughout our organization

|  | Phase I | Phase II | Phase III |
|---|---|---|---|
|  | TPVR Teams<br>Silver Certification<br>Gold Certification | Black<br>Belt<br>Hiring | Green Belt Managers<br>Certification<br>Training |

**Project examples:**

| | | |
|---|---|---|
| • Quality holds | • Process control | • Yield optimization |
| • Throughput | • Roll throughput yield | • Customer onboarding |
| • Yield losses | | |

## Continuous Improvement areas of Focus

| | | | |
|---|---|---|---|
| **People** | Green Belt / TPVR<br>Rollout | Certification of teams and people | |
| **Process** | DMAIC | Project Selection | Audits to instill Process<br>Discipline |
| **Methodology** | QI Macros, Excel,<br>PPT | Measurement System<br>Analyses | SOP's<br>Work Instructions |

© Piknik Products Company, 2004 - Confidential



PIKNIK
PRODUCTS COMPANY



**hhicks:** Moved slide forward

# Weekly Tools

# New Piknik – CI Tools

**Define | Measure | Analyze | Improve | Control**

**Pre-Week 1**
- ALN
- On-time Delivery Reports
- Quality Complaint Logs

**Week 1**
- Team Charter and Goal Worksheets
- AIR

**Week 2**
- Process Map
- Operational Definitions
- Sampling
- Simple MSA
- AIR

**Weeks 3-4**
- Process Map
- Customer Interviews
- Brainstorming
- Fishbone Diagram
- Sampling
- Simple MSA
- SOPs/WIs
- AIR

**Weeks 5-6**
- Process Map
- Spaghetti Diagram
- Customer Interviews
- Brainstorming
- Fishbone Diagram
- FMEA
- Check Sheets
- Histogram
- Sampling
- Average
- Run Chart
- SOPs/WIs
- AIR

**Weeks 7-9**
- Process Map
- Spaghetti Diagram
- Brainstorming
- Fishbone Diagram
- FMEA
- Check Sheets
- Pareto Chart
- 5 Whys
- Scatter Diagrams
- Histogram
- Sampling
- Average
- Run Chart
- SOPs/WIs
- Audit Checklist
- AIR

**Weeks 10-12**
- Process Map
- Spaghetti Diagram
- Brainstorming
- Fishbone Diagram
- FMEA
- Check Sheets
- Pareto Chart
- 5 Whys
- Scatter Diagrams
- Histogram
- Sampling
- Average
- Run Chart
- SOPs/WIs
- Audit Checklist
- Implementation Plan
- Pilot
- AIR

**Weeks 13-16**
- Process Map
- Spaghetti Diagram
- Brainstorming
- Fishbone Diagram
- FMEA
- Check Sheets
- Pareto Chart
- 5 Whys
- Scatter Diagrams
- Histogram
- Sampling
- Average
- Run Chart
- SOPs/WIs
- Audit Checklist
- Implementation Plan
- Pilot & Results
- Mistake-Proofing
- AIR



**HERSHEY'S**

hhicks:
Moved slide forward

# New Piknik – CI Deliverables

Transactional Process Variability Reduction ("TPVR") is an approach to reduce variation in our transactional processes in a way that dramatically reduces the variation in our transactional outputs.

|  | Define | | | Measure | Analyze | Improve | Control |
|---|---|---|---|---|---|---|---|

**Pre-Week 1**
- Process selected
- Supervisor responsibilities adjusted
- Team selected

**Week 1**
- Complete TPVR training
- Establish team charter and goals
- Define cert. requirements
- Initiate AIR

**Week 2**
- Develop high-level process map
- Identify key customers and suppliers
- Establish data collection plan
- Use AIR

**Weeks 3-4**
- More detail on process map
- Collect data on key and root cause analysis measures
- Collect MSA data
- Begin writing SOPs/WIs
- Use AIR

**Weeks 5-6**
- Detailed process map
- More complete SOPs/WIs
- Collect data on process and root cause analysis measures
- Erect visual TPVR Report
- Use AIR

**Weeks 7-9**
- Detailed process map
- Collect data
- Analyze data
- Identify potential sources of variation
- Refine charter and goals
- Identify and select solutions to address root causes
- Streamline workflow
- Establish process boundaries
- Initial application of SOPs/WIs
- Plan audits
- Use AIR

**Weeks 10-12**
- Detailed process map
- Collect data
- Analyze data
- Identify root causes of variation
- Identify and select solutions to address root causes
- Further develop ownership
- Develop pilot / implementation plan
- Use AIR

**Weeks 13-16**
- Implement SOP's/ WI's
- Implement pilot of root cause solutions
- Establish process controls
- Establish on-going audit process
- Use AIR

© Piknik Products Company, 2004 - Confidential

28



**PIKNIK**
PRODUCTS COMPANY

**New Piknik: Cash Flow Management**

## ROIC Tree



© Piknik Products Company, 2004 - Confidential
29



**HERSHEY'S**

# New Piknik: Key Performance Indicators



| Tactical Drivers | Performance Measures | Performance Goals |
|---|---|---|
| Segmentation | Market Share | $ New Sales |
| Targeting | Sales Growth Rate | |
| Positioning | % New Markets/Channels | |
| | | |
| %Capacity utilization | | |
| Throughput | Cost/Unit | $ Cost Productivity |
| Material Yield | Cycle Time | |
| Indirect Productivity | | |
| | | |
| Improved Purchasing | Days Payable (DAP) | $ Balance Sheet |
| Inventory Management | Days Inventory (DIOH) | Improvement |
| Receivables Management | Days Receivable (DSO) | |
| | | |
| Productivity Investment | #Projects Completed | $ Cost Productivity |
| <6 Month Payback | | |

© Piknik Products Company, 2004 - Confidential

30



# New Piknik: Accountability Tools

## The OGSM framework promotes the alignment of <u>O</u>bjectives, <u>G</u>oals, <u>S</u>trategies, and performance <u>M</u>etrics



PIKNIK

**OBJECTIVES**
Maximize Cash Flow

**GOALS**
EBITDA $ M

Operations Management

**STRATEGIES**
Throughput Yields Quality

**OBJECTIVES**
Throughput Yields Quality

**METRICS**
Cycle Time $ / Unit # Holds

**GOALS**
Cycle Time $ / Unit # Holds

Operations Supervisors

**OBJECTIVES**

**STRATEGIES**
Six Sigma Training

**GOALS**

**METRICS**
Downtime Hours % Productivity

**STRATEGIES**

**METRICS**

Business strategies and metrics translate into functional objectives and goals

Functional strategies and metrics then cascade down into individual objectives and goals

© Piknik Products Company, 2004 - Confidential
31







New Piknik – Data Driven

lity performance has historically been hampered by equipment failures



HERSHEY'S

**hhicks:**
Redundant from
the front

# New Piknik – Data Driven

Consumer complaints have decreased since management changes were
made. Additional process improvements are necessary to achieve next
level of improved performance.

### Consumer Complaints 1998-2004



Number of complaints per 100,000 retail units

Legend: ■ Toppings ■ Sundae Syrup

McGlon hired, began new QA processes

1998: 0.61, 0.89
1999: 0.50, 0.35
2000: 0.58, 0.15
2001: 0.11, 0.00
2002: 0.38, 0.05
2003: 0.27, 0.09
2004: 0.34

© Piknik Products Company, 2004 - Confidential
33

