

February 2005
Onyx Capital Ventures, L. L. C. ("Onyx") is pleased to announce it has acquired a majority interest in Packaging Division Industries, L.L.C. ("PDI"), a Northlake, Illinois-based contract manufacturer and repackager of food, personal care and household products. PDI (www.packdiv.com), is made up of the assets of Packaging Division Incorporated of Northlake and PD-II of Kansas City, MO.

Onyx, a minority-owned private equity firm, purchased a controlling equity interest from PDI's owner, who will continue to retain a substantial ownership interest in PDI. PDI's current management team, led by President David Weiner, will remain in place and continue to provide its customers with the outstanding array of contract manufacturing services they have come to expect from PDI.

About Packaging Division Industries (PDI)
Headquartered in Northlake, IL with an additional plant in Kansas City, MO, PDI is a well-established contract manufacturer and repackaging services firm. Its massive Northlake facility has over 500,000 square feet dedicated to a variety of primary and secondary contract packaging in the food and consumer products industries. The Kansas City facility specializes in contract packaging of liquid personal care and household chemical products. PDI is a recognized contract manufacturer producing or repackaging some of the industry's most recognized brands of food, cookie, confectionary and snack products along with a variety of personal care and household cleaning products.

**CLOSE X**



EXHIBIT 13

http://www.onyxcapitalventures.com/pdi.htm                                    8/29/2007



Home | About ONYX | Announcements | Contact Us



Packing Division Industries, the latest Onyx addition, specializes in primary and secondary packaging or repackaging of food, personal and household products.

## Announcements

**February 2005**
Onyx Capital Ventures, L. L. C. ("Onyx") is pleased to announce it has acquired a majority interest in Packaging Division Industries, L.L.C. ("PDI"), a Northlake, Illinois-based contract manufacturer and repackager of food, personal care and household products.

Read more

- - - - -

**March 2004**
Onyx Capital Ventures, L.L.C. ("Onyx") and Core Systems, LLC ("Core") are pleased to announce that Onyx has acquired a majority interest in Core (www.coresystemsllc.com), an Ohio-based company which designs, engineers, manufactures and assembles highly engineered plastic injection molded parts.

Read more

- - - - -

**August 2003**
Onyx Capital Ventures, L.L.C. ("Onyx") is pleased to announce it has acquired a majority interest in Piknik Products Company Inc. (Piknik"), an Alabama based contract manufacturer of condiments and "hot-fill" non-carbonated beverages.

Read more

---

Home | About Onyx | Announcements | Contact Us

525 West Monroe, Suite 1600 Chicago, IL 60661                ©2004 Onyx Capital Ventures



March 2004

Onyx Capital Ventures, L.L.C. ("Onyx") and Core Systems, LLC ("Core") are pleased to announce that Onyx has acquired a majority interest in Core (www.coresystemsllc.com), an Ohio-based company which designs, engineers, manufactures and assembles highly engineered plastic injection molded parts for premier consumer products manufacturers such as Whirlpool Corporation, GE Appliance, Electrolux, Royal Appliance (Techtronic), Duracell (Gillette), Volvo Trucks, Bosch and Honda of America. The senior credit facility was provided by Bank One, NA, and the senior subordinated credit facility was provided by One Mezzanine Capital Corporation.

Onyx and Core are especially pleased that the entire senior management team of Core supports the transaction and continues to enthusiastically serve Core, and that some of the Core senior management team invested alongside of Onyx in the transaction. Mr. Jim Glenn, who previously served as Chairman and CEO of Core, will continue to serve Core in his new capacity as President. Andy Zarlinski, who previously served as President, will continue to serve Core as Chief Operating Officer. Eric Shultz will continue to serve as Chief Financial Officer, Don Currey will continue to serve as Vice President of Engineering and David George will continue to serve as Vice President of Sales. Jeffery Larry, Chairman and Chief Executive Officer of Onyx, is serving as Core's Chairman and Chief Executive Officer.

About Core

With its corporate headquarters and an operations facility in Painesville, Ohio, a facility in Mt. Gilead, Ohio, and a facility in Greensboro, North Carolina, Core has a reputation for excellence in the design and manufacture of highly engineered plastic products that have tight tolerances, require sophisticated tool designs, and mandate efficient manufacturing. Core has the resources to do turnkey program management from ideation to full part design and prototyping, including production tooling, molding, decoration, assembly and packaging. Core has broad and deep design and engineering skills, and has the capability to design parts and assemblies for customers from a basic concept to full, detailed CAD drawings. In addition, Core is recognized for its expertise

in insert molding, filtration products and the use of highly engineered resins.

**CLOSE X**





Packing Division Industries, the latest Onyx addition, specializes in primary and secondary packaging or repackaging of food, personal and household products.

### Management Biographies

The Company's management team includes executives with significant experience in the areas of mergers and acquisitions, private equity, and corporate and operating management capable of professionally participating in a company sale process.

**Jeffery Larry, 44, Chairman and Chief Executive Officer.** Mr. Larry has over 20 years of specialization in mergers and acquisitions, recapitalizations, restructurings and work outs, secured and unsecured financings, and private equity transactions. Mr. Larry most recently was a Capital Partner in the Corporate Department of Katten Muchin Zavis, with prior experience at the global practices of Mayer, Brown & Platt and Jones, Day, Reavis & Pogue. Mr. Larry received a J.D. from Harvard Law School in 1985 and a B.A. in Economics from University of Cincinnati in 1982.

**Russell Pallesen, 45, Partner.** Mr. Pallesen has over 20 years of experience in venture finance, mergers and acquisitions, and financial reorganizations and workouts. Mr. Pallesen most recently was a founding partner and principal investor with Vision Capital Partners, LLC, a merchant banking investment partnership. Mr. Pallesen previously was a Capital Partner in the Corporate Department of Katten Muchin & Zavis where he served as chairman of the firm's Venture Capital Group. Mr. Pallesen received a J.D. from Harvard Law School in 1985 and a B.A. from the University of Iowa in 1981.

**David Palmer, 44, Partner.** Mr. Palmer has over 19 years of experience in leveraged buyout and venture investing; mergers and acquisitions; and restructurings, having been a principal in over 40 transactions totaling in excess of $6 billion in value. Mr. Palmer most recently was a principal with Vision Capital Partners, LLC, and was previously a founder of Velocity Capital, LLC, both merchant banking investment partnerships. Mr. Palmer served as Vice President of Corporate Development for Farley Industries, Inc. and Fruit of the Loom, Inc. Mr. Palmer received an M.B.A. from the J.L. Kellogg Graduate School of Management at Northwestern University in 1986 and an A.B. in Physical Chemistry from Hamilton College in 1983.

**Paula Bachman, 33, Principal.** Ms. Bachman has over ten years of experience in mergers and acquisitions, capital markets transactions and financial consulting services. Most recently, Ms. Bachman assisted private equity portfolio companies with analysis and execution of key strategic initiatives. Previously, Ms. Bachman provided corporate finance and strategic advisory services to leverage buyout firms as an associate at Merrill Lynch. Prior to joining Merrill Lynch, Ms. Bachman specialized in transaction due diligence and financial consulting at Arthur Andersen. Ms. Bachman received her M.B.A. from the University of Chicago in 1999, and a B.B.A. in accounting and finance from the University of Oklahoma in 1994. She is a Chartered Financial Analyst and Certified Public Accountant.