

**SOUTH REGIONS MINORITY BUSINESS COUNCIL**

Affiliation has its privileges.

## Certification

- Home
- About Us
- Board of Directors
- Corporate Members
- Certification
- FAQ's
- Success Stories
- Affiliates
- Business Resources
- Calendar of Events
- Photo Gallery
- Contact Us

The SRMBC in association with its parent council, The National Minority Supplier Development Council (NMSDC) www.nmsdcus.org conducts an extensive business review of new and existing MBE's. This review, the Certification Process, is designed to insure compliance with the NMSDC standards for certified minority business status.

A Minority Business Enterprise is defined as a for profit enterprise, regardless of size, which is owned, operated and controlled by minority group members. "Minority Group Members" are U.S. citizens who are

- African-American
- Asian – Indian American
- Asian – Pacific American
- Hispanic American
- Native American

"Ownership" by minority group members means that the business is, at a minimum, 51% owned by such individuals (or in the case of publicly owned businesses, at least 51% of the stock is owned by one or more minority group members.

The certification review includes (but is not limited to) the following areas:

- Ownership and Control
- Managerial /Operational Control
- Ownership Structures
- Securities
- Debt Instruments

Events

EV

SRMB(

SRMBC
Tour

September 1
Park G

EXHIBIT 14

http://www.srmbc.org/certification.php                                    10/11/2007

Certification by the SRMBC is a national certification (via our Corporate Plus Program or Reciprocal Certification process) and is honored nationwide.

*Opportunities for 2007 website sponsorship are available.*
*For more information, please contact the SRMBC (205) 957-1883 or info@srmbc.org*
Website Design: Deidre Ali Creative Services, LLC



# FAQ'S

The purpose of these FAQs is to assist new applicants better understand the certification process used across the South Regions Minority Business Council (SRMBC) region and across the National Minority Supplier Development Council, Inc. (NMSDC) council network. Business ownership and certifiable documentation may require expert accounting or legal advice.

1. WHAT ARE THE CRITERIA FOR CERTIFICATION?

2. DOES SRMBC CERTIFY WOMEN-OWNED BUSINESSES?

3. DOES ONE HAVE TO BE U.S. CITIZENSHIP TO QUALIFY FOR CERTIFIED SUPPLIERSHIP?

4. WHAT IS THE LOCATION OF THE SRMBC?

5. WHAT DOES THE CERTIFICATION COMMITTEE LOOK FOR IN AN APPLICATION?

6. HOW LONG IS THE NEW MBE CERTIFICATION PROCESS?

7. WHAT ARE NAICS CODES?

8. WHERE MAY I LOCATE MY BUSINESS NAICS CODE?

9. WHY DOES THE MBE CERTIFICATION PROCESS TAKE SO LONG?

10. WHAT HAPPENS IF MY FIRM DOES NOT GET CERTIFIED IS THERE AN APPEAL PROCESS?

11. IF MY APPLICATION FOR NEW MBE CERTIFICATION IS DENIED, IS THERE A REAPPLICATION PROCESS?

12. WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A PARTNERSHIP?

13. WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A LIMITED LIABILITY COMPANY (LLC)?

14. WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A LIMITED LIABILITY PARTNERSHIP (LLP)?

15. WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A PART OF A JOINT-VENTURE (JV) PARTNERSHIP?

16. FINANCIAL STATEMENTS

17. WHAT FINANCIAL STATEMENTS SHOULD I SUBMIT IF MY COMPANY IS A STARTUP BUSINESS OR OPERATING LESS THAN 12 MONTHS?

18. TAX INFORMATION19. HOW CAN I CAPITALIZE ON BEING A CERTIFIED SUPPLIER OF THE COUNCIL?

**WHAT ARE THE CRITERIA FOR CERTIFICATION?**
To qualify for an MBE certification, a business must be at least 51% owned, operated, and controlled by a certified supplier of an American ethnic minority group. Minority status constitutes anyone belonging to one of following ethnic groups:
• African-American
• Asian-Indian American
• Asian-Pacific American
• Hispanic American
• Native American
* Applicant must have an office physically located in our region and be authorized by the State and County to do business.

**DOES SRMBC CERTIFY WOMEN-OWNED BUSINESSES?**
No, SRMBC Certification is ethnicity-based rather than gender-based. A certification applicant must fall into one of the above ethnic minority categories to qualify. The SRMBC does not certify "non-minority" female-owned businesses

**DOES ONE HAVE TO BE U.S. CITIZENSHIP TO QUALIFY FOR CERTIFIED SUPPLIERSHIP?**
Yes! An applicant must be an U.S. citizen either by birth or naturalization. A permanent resident does not qualify.

**WHAT IS THE LOCATION OF THE SRMBC?**
4715 Alton Court
Birmingham, AL 35242
Ph: 205-957-1883
Fax: 205-957-2114

Email: info@srmbc.org

### WHAT DOES THE CERTIFICATION COMMITTEE LOOK FOR IN AN APPLICATION?

The committee is looking for ownership, managerial operations and control. Depending on the ownership structure, managerial operations and control can cause the most concerns with the Certification Committee.

- "Minority group certified suppliers" are US citizens who are African-American, Hispanic American, Native American, Asian-Pacific American and Asian-Indian American. "Ownership" by minority individuals' means the business is at least 51% owned by such individuals or, in the case of a corporation or a LLC, such individuals own at least 51% of the shares and control Corporation's Board of Directors or the LLC's Board of Managers.
- The minority owners shall possess the title and power to direct or cause the direction of the management and policies of the business and to make independent, unilateral day-to-day business decisions as well as other major decisions on matters of management, policy, and operations.
- The business shall not be subject to any formal or informal restrictions, through, for example, by-law/operating agreement provisions, partnership agreements or Charter requirements for cumulative voting rights or other arrangements that prevent the minority owners from making a decision for the business "without the cooperation or vote of any owner who is not a minority."
- In summary, the "certifiable MBE" must demonstrate operational and managerial control of the firm. This control shall "be real, substantial and continuing and shall go beyond the pro forma ownership of the business as reflected in the ownership documents. If the owners of the business who are non-minorities are disproportionately responsible for the operation and management of the business, then the firm is not controlled by minorities and shall not be considered a certifiable MBE."

### HOW LONG IS THE NEW MBE CERTIFICATION PROCESS?

MBE Certification procedures are lengthy (35 to 90 days), and depending on the ownership structure may take between 60 to 90 days to complete once all documents necessary are provided. If the documentation does not meet our requirements, your company will be contacted.

### WHAT ARE NAICS CODES?

North American Industry Classification System (NAICS) is an industry classification system that groups' establishments into industry sectors based on the activities in which they are primarily engaged. The NAICS is a comprehensive system covering the entire field of economic activities, producing and non-producing. This system replaces the former Standard Industrial Classification (SIC) designations. Corporate America and local, state, and federal government entities use NAICS

codes. You are required to identify your businesses' NAICS designation code. The NMSDC and corporate buying groups use NAICS codes to identify certified MBEs.

**WHERE MAY I LOCATE MY BUSINESS NAICS CODE?**
You may locate the NAICS code at your local public library or on the Internet. The Website address is www.naics.com.

**WHY DOES THE MBE CERTIFICATION PROCESS TAKE SO LONG?**
The process time depends on the firm's legal structure and the complexity of its ownership structure. However, the process has some built-in statutory activities that must take place. During any average month, the certification staff's "work-in-process" includes four groups of applicants: new MBE applicants, site visits for last month's applicants, annual Recertification of expiring Certified MBE, and out-of-state Reciprocal Certified MBEs. NOTE: annually, Certified MBEs have to be re-certified on their anniversary date (month of your original certification). The process included a submission of Recertification Application and Minority Business Information System (MBISYS) Database Profile Form. Recertifications, please start the recert process 60 to 90 days before your anniversary date.

**WHAT HAPPENS IF MY FIRM DOES NOT GET CERTIFIED IS THERE AN APPEAL PROCESS?**
An Applicant business, which believes it has been wrongly denied certification as an MBE or wrongly decertified may file an appeal, signed and dated, with the SRMBC Board of Directors within thirty (30) days of denial or termination of certification. The Board will review and make a recommendation. The applicant will be notified in writing by the President of the Board's decision. The decision of the Board is final.

**IF MY APPLICATION FOR NEW MBE CERTIFICATION IS DENIED, IS THERE A REAPPLICATION PROCESS?**
Any applicant whose application for certification or recertification is denied and such denial affirmed, may after one year, reply for certification upon the submission of information indicating a change in status or other circumstances that prevented certification or which caused a denial or termination of certification.

**WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A PARTNERSHIP?**
If a Partnership you must provide the following:
• Fill out SRMBC Application (Please fill out all applicable fields. If field is not applicable please write N/A)

- Partnership Agreement (Executed)
- Amendments to the Partnership Agreement (if applicable)
- Any additional agreements pertaining to the partnership ownership, operation and control of business
- Business cards for all partners
- Resumes of all partners
- Copy of Driver's Licenses of all partners
- Proof of Citizenships (Birth certificates or U.S. Passports only) of all partners
- Bank Resolution Agreements including Bank Signature Card
- Business Lease Agreement(s)
- Equipment Lease Agreement(s)
- Insurance Agreement(s)
- Copy of executed cancelled check on partnership's bank account.

### WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A LIMITED LIABILITY COMPANY (LLC)?

If an LLC you must provide the following:
- Fill out SRMBC Application (Please fill out all applicable fields. If field is not applicable please write N/A)
- Certificate of Organization
- Articles of Organization
- Unit Certificates for all principals and Unit Ledger
- Operating Agreement
- Amendments (if applicable)
- Any agreements pertaining to the ownership, operation and control of LLC
- Business cards on all principals
- Resumes of all principals
- Copy of Driver's Licenses on all principals
- Proof of Citizenships (Birth certificates or U.S. Passports only) on all principals
- Bank Resolution Agreements including Bank Signature Card
- Business Lease Agreement(s)
- Equipment Lease Agreement(s)
- Insurance Agreement(s)
- Copy of executed cancelled check on the LLC's bank account.

- Minutes to Board of Manager's Meeting

### WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A LIMITED LIABILITY PARTNERSHIP (LLP)?

If a Limited Liability Partnership you must provide the following:
- Fill out SRMBC Application (Please fill out all applicable fields. If field is not applicable please write N/A)
- Certificate of Limited Liability Partnership
- Articles of Organization
- Operating Agreement(s)
- Unit Certificates
- Any Amendments
- Any agreements pertaining to the ownership, operation and control of LLP
- Business cards on all partners
- Resumes of all partners

- Copy of Driver's Licenses on all partners
- Proof of Citizenships (Birth certificates or U.S. Passports only) on all partners
- Bank Resolution Agreements including Bank Signature Card
- Business Lease Agreement(s)
- Equipment Lease Agreement(s)
- Insurance Agreement(s)
- Copy of executed cancelled check on the partnership's bank account.

### WHAT DOCUMENTS SHOULD I SUBMIT IF MY BUSINESS IS A PART OF A JOINT-VENTURE (JV) PARTNERSHIP?

None! Neither the SRMBC nor the NMSDC certifies JVs (Call SRMBC for clarification).

### FINANCIAL STATEMENTS

The National Minority Supplier Development Council (NMSDC) requires one (1) full year (e.g., twelve months - no exception) of financial statements be submitted regardless of the length of time you have been in business

### WHAT FINANCIAL STATEMENTS SHOULD I SUBMIT IF MY COMPANY IS A STARTUP BUSINESS OR OPERATING LESS THAN 12 MONTHS?

If your company has been in business for less than a year, provide a copy of the following:
- Beginning Balance Sheet & Source and Use Statement
- Actual Profit and Loss Statement for the length of time you have been in business
- Actual Cash Flow Statement for the length of time you have been in business
- Proforma (projected) Profit and loss Statement for the remaining months equaling 12 months.
- Proforma (projected) Cash Flow statement for the remaining months equaling 12 months.
- Ending Balance Sheet

* If your Business runs on a Fiscal year, submit documents for a twelve month period coinciding with the fiscal year period
* If your Business runs on a Calendar year, submit financial statements for the previous Calendar year
* If your Business has been operating for less than 12 months (e.g., two-months for example), you should submit actual financial statements for the two-month operations and pro-forma for the remaining ten-(10) month, totaling 12 months.

### TAX INFORMATION

NMSDC policy requires submission of your Business Tax Return for the preceding year. If you have been in business for more than a year and have not filed taxes, submit a copy of the previous year's tax return and a copy of your Automatic Extension Agreement.

For Start-up Businesses, please write a letter indicating you are a start-up business and have not filed taxes.

### HOW CAN I CAPITALIZE ON BEING A CERTIFIED SUPPLIER OF THE COUNCIL?

There are several ways to take full advantage of all the Council offers. However, active involvement and participation are keys to capitalizing on your certified suppliership opportunities. 1) Become an active participant in SRMBC committees. Committee structures exist to assist SRMBC in the execution of its annual operations and provide certified suppliers with a direct opportunity to network with other MBE, government and corporate affiliates. The following committees are available for certified supplier participation:
- The MBEIC (Minority Business Enterprise Input Committee)
- The Crystal Awards Dinner Committee
- The Business Opportunity Expo Committee
- The Golf Committee
- The Diversity Summit Committee
- The Education Committee 2) Target specific corporation(s) you would like to do business with. Research the company's business and develop a strategic approach for conducting business. Recertified supplier, every corporation is currently buying from someone! Who are your competitors?3) Participate in educational seminars offered by the Council, luncheons, mix and mingles, National conferences and all other SRMBC/NMSDC networking functions. 4) Provide the Council with feedback on your networking success stories. Our website and other partner publications highlight certified suppliers who have had recent success in obtaining contracts and developing successful partnerships. 5) Update our offices on any changes regarding the operation of your business. Communication to certified suppliers is driven by updated information contained in our database. Please keep us informed of any changes.6) Continue to effect the successful operations of your business by offering quality, timely, and professional services

BACK TO TOP

*Opportunities for 2007 website sponsorship are available.*
*For more information, please contact the SRMBC (205) 957-1883 or info@srmbc.org*

Website Design: Deidre Ali Creative Services, LLC