IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05cv1207-MHT |
| PIKNIK ACQUISITION CORP., L.L.C., et al., ) ) ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that the motions for summary judgment (Doc. Nos. 65 & 66) are set for submission, without oral argument, on November 16, 2007, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 30th day of October, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE