IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JERRY A. MacCARTNEY,         )
et al.,                      )
                             )
    Plaintiffs,              )
                             )        CIVIL ACTION NO.
    v.                       )        2:05cv1207-MHT
                             )
PIKNIK ACQUISITION CORP.,    )
L.L.C., et al.,              )
                             )
    Defendants.              )

ORDER

It is ORDERED that the motion to reinstate (Doc. No.

67) is set for submission, without oral argument, on

November 16, 2007, with all briefs due by said date.

DONE, this the 30th day of October, 2007.


                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE