IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) ) )    Plaintiffs, ) )    v. ) ) PIKNIK ACQUISITION CORP., L.L.C., et al., ) ) )    Defendants. ) | CIVIL ACTION NO. 2:05cv1207-MHT |

### ORDER

It is ORDERED that the motions for summary judgment (Doc. No. 68 & 79) are set for submission, without oral argument, on November 16, 2007, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 30th day of October, 2007.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE