UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PIKNIK ACQUISITION CORP., L.L.C., et al., )<br>)<br>Defendants. ) | Civil Action No.: 2:05cv1207-MHT |

## MOTION FOR ORDER TO SHOW CAUSE

**COME NOW**, the Plaintiffs, in the above styled matter, by and through their attorney of record, and would show until this Court as follows:

1. On **October 16, 2007**, Plaintiffs filed a *Motion to Compel* (Ct. Doc. 63) a third party, Von G. Memory, to obtain certain documents requested under Plaintiff's *Subpoena Duces Tecum* served September 6, 2007.

2. Shortly thereafter, this Court ordered Von G. Memory to show cause, on or before **October 24, 2007**, why Plaintiff's *Motion to Compel* should not be granted. (Ct. Doc. 64).

3. As of the filing of this *Motion for Order to Show Cause*, Von G. Memory has neither filed with this Court nor Plaintiff's counsel a response.

4. The discovery deadline in this case is November 30, 2007, and Plaintiffs' believe the information in possession of Von G. Memory contains critical information regarding this case.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiffs prays that this Court will grant this Plaintiff's *Motion for Order to Show Cause* and issue an *Order to Show Cause* to Von G. Memory as to why he should not be held in contempt of this Court. Counsel further prays for any other relief this Court may deem appropriate and proper.

/s/ K. Anderson Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@andersonnelms.com
ASB-6972-E63K

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733
Fax: (334) 832-4390

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the foregoing via the CM/ECF system which forward a copy via email notification to the following:

Robert E. Poundstone, IV
George R. Parker
William C. McGowin
Jennifer J. McGahey
on this the 29th day of October, 2007.

/s/ K. Anderson Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@andersonnelms.com
ASB-6972-E63K