IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY A. MACCARTNEY, *et al* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:05-CV-1207-MHT |
| | ) | |
| PIKNIK ACQUISITION CORP, L.L.C., | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Upon consideration of the Plaintiffs' *Motion to Compel* (Doc. 63, filed October 16, 2007) and the lack of response by Third-Party Von G. Memory, it is

**ORDERED** that Plaintiffs' *Motion to Compel* (Doc. 63) is **GRANTED**.

The *Motion for Order to Show Cause* (Doc. 85) is **DENIED as moot**.

The Clerk is **DIRECTED** to send a copy of this order by certified mail to Von. G. Memory at the address listed on the subpoena duces tecum (Doc. 63-2).

DONE this 30th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE