**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Von Memory, Esq.
   469 S. McDonough Street
   Montgomery, AL 36103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sarah Parker*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sarah Parker
C. Date of Delivery: 10-17-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05cv1207 MHT

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 1490 0000 0024 9995

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540