IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY A. MacCARTNEY, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ONYX CAPITAL VENTURES, LLC, et al.,** )<br>)<br>**Defendants.** )<br>) )<br>) )<br>) )<br>) | **CIVIL ACTION NO.: 2:05cv1207-MHT** |

## MOTION TO WITHDRAW

COMES NOW Counsel for Onyx Capital Ventures, LLC ("Onyx") and respectfully request that the Honorable Court enter an order allowing said counsel to withdraw as counsel for Onyx. In support of this motion, counsel states:

(1) William C. McGowin, George R. Parker, Robert E. Poundstone IV, and their firm of Bradley Arant Rose & White LLP, have represented Onyx in this matter.

(2) Counsel represents to the Court that there has been a fundamental breakdown in the attorney-client relationship that necessitates their withdrawal.

(3) Counsel and their law firm of Bradley Arant Rose & White LLP, will continue to represent the individual Defendants Chris Day, Jeff Larry and Henry Hicks in this matter

WHEREFORE, William C. McGowin, George R. Parker and Robert E. Poundstone IV on behalf of themselves and their law firm Bradley Arant Rose & White LLP, respectfully request that the Court grant their motion to withdraw as counsel for Onyx Capital Ventures, LLC.

Respectfully submitted,

/s/ Robert E. Poundstone IV
William C. McGowin
George R. Parker
Robert E. Poundstone IV (POU006)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

## CERTIFICATE OF SERVICE

I hereby certify that on November 5th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

K. Anderson Nelms, Esquire
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

/s/ Robert E. Poundstone IV
OF COUNSEL