IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.
2:05cv1207-MHT

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 89) is granted.

DONE, this the 8th day of November, 2007.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE