UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 2:05cv1207-MHT ) ) |
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) ) |
| Defendants. | ) |

**MOTION TO EXTEND ALL CUT OFF DATES,
MOTION TO CONTINUE TRIAL DATE
AND
MOTION TO EXTEND TIME FOR FILING OF PLAINTIFFS' RESPONSES
TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS**

Come now the Plaintiffs by and through their undersigned Counsel and moves this Court to extend all cut off dates and trial date in this cause. Moreover Plaintiffs' Counsel also moves for a 45 day extension of the time for filing responses to the Defendants' Motions for Summary Judgment and for grounds shows the following:

1. The four Defendants in this cause each filed separate Motions for Summary Judgment with hundreds of pages of briefs and supporting materials for each motion by Defendants. Different arguments have been raised by each Defendant for each Plaintiff in this matter. Counsel is a small firm with limited resources available to assess the arguments and prepare responsive filings for each of these substantial motions. Although Counsel has been working on the same, it will be impossible to complete the responses before the November 16th deadline

stated in this Court's Order. ( See Court Doc. 82) Counsel is unable to call upon other personnel in his firm for assistance due to their obligations in representing a person charged with capital murder ( State v. Brent Springford, Montgomery County Circuit Court, Case No. CC-2006-1821 WAS). The capital case is scheduled for trial in January 2008 and requires substantial preparation and commitment of firm resources.

2. Counsel believes there are distinguishable facts for each Plaintiff which must be fully explained and represented to this Court before submission of the Motions for Summary Judgment for decision. Counsel asks for the opportunity to demonstrate the facts at issue and respond to the arguments made by Defendants in their four separate motions and briefs. The factual submissions by Defendants fail to fully include facts which Plaintiffs feel are critical to support their contentions in this litigation.. Additionally, Plaintiffs have not obtained needed discovery containing relevant materials to the issues in said Motions.

3. Counsel has been diligently seeking discovery from the person identified as having possession of the records of Plaintiffs' employer, Von Memory, Esq. Plaintiffs believe that he may be in possession of their personnel records as well as other documents unavailable to them through other sources. Plaintiffs have served upon Mr. Memory, as the Trustee of the bankruptcy estate for Piknik, a subpoena requesting information. He has refused to respond, or allow access to these materials. Plaintiffs have obtained from this Court an Order compelling Mr. Memory's compliance with the subpoena (See Court Doc. 86), but he has not responded. Plaintiffs believe he is in possession of critical information that is relevant to the issues in this case and the

pending motions before the Court. Additionally Counsel will need to time to review the materials once produced and possibly conduct further discovery based upon the contents of these files. Counsel further believes that these records will contain substantial materials needed to fully respond to the pending motions in this cause. Counsel represents that he has been diligent in attempting to obtain these materials but unsuccessful to date.

4. Counsel for Plaintiffs and Defendants have agreed upon a mediator for this case. The parties have committed to mediate the case within the next 40 days and are attempting to schedule the same for early December. Counsel believes that this matter may find resolution in the mediation process and would like to pursue this effort vigorously. An extension of time for the filing of responses as well as other deadlines and the trial date will allow counsel to prepare for such mediation and improve the prospects of finding a settlement.

5. Counsel for the Plaintiffs has been informed that Onyx Capital Ventures, LLC ( hereinafter referred to as "Onyx" ) recently filed a Chapter 7 petition for protection in bankruptcy court. Counsel needs additional time to investigate and determine the impact of said filing upon the prosecution of this case. The attorneys originally appearing for Onyx in this cause have requested to withdraw from further representation in this case. Plaintiffs' counsel submits that Onyx is a critical party to this case based upon information revealed through discovery in this cause. Plaintiffs' counsel believes the relevant bankruptcy case is filed in the United States Bankruptcy Court for the Northern District of Illinois, case number 07B 0020928.

6. Since the issuance of this Court's order calling for responses to the pending motions by November 16, 2007, Counsel for Plaintiffs, as well as his children have been ill and he has been out of the office for several days due to said illness. Although this situation has improved, it occurred during the time that Counsel was to respond to the Motions for Summary Judgment. Counsel asks for this Court's consideration in this regard.

7. The legal assistant for Plaintiffs' counsel has been hospitalized on November 12, 2007 due to an emergency condition. Said legal assistant is the only person available to Plaintiffs' counsel with the skills and knowledge to assist in the preparation of responses to the pending motions. Counsel is uncertain as to the duration of the immediate absence of his legal assistant. Counsel understands that it may be several days before his assistant is able to return to work based upon the instructions of medical providers. Counsel is unable to obtain temporary staff with immediate working knowledge of the thousands of pages of documents in this cause to meet the deadlines presently in place. Counsel could not have anticipated this emergency.

8. Counsel does not make this motion for the purposes of undue delay in this case. Counsel acknowledges the importance of the rulings of this Court on the issues raised by Summary Judgment and wishes to fully explain each position of the individual Plaintiffs. Several thousand pages of discovery must be reviewed and organized to respond to the various arguments of the Defendants. A continuance of the trial of this case from the January 2008 trial date is requested due to circumstances described herein. Although all parties have been conscientiously pursuing trial preparation, Counsel believes a continuance of the present trial is appropriate because of the issues raised in the Motions for Summary Judgment, the need for

relevant discovery not yet made available, as well as the request by Plaintiff to include Onyx Capital Ventures, LLC as a party defendant to this matter and the recent bankruptcy filing. Moreover, Counsel suggest that mediation will likely be more productive if conducted without the immediate pressures of trial preparation. Counsel have worked in good faith to prosecute and defend this matter, but additional time is needed to complete these efforts.

9. This Motion to extend all deadlines and trial is proffered by Counsel for the Plaintiffs following consultation with Counsel for the Defendants. Counsel for the Defendants has indicated no objection to the requests made within this Motion.

WHEREFORE, Plaintiffs request that this Court will grant this Motion and extend all deadlines in this cause. Moreover, Counsel requests that the trial date in January 2008 be continued and the parties contact this Court within 5 days following mediation to advise if the case is resolved or to submit a new scheduling order and trial date. Counsel also requests that this Court extend the time for the filing of all responses to Motions for Summary Judgment for a period of at least 45 days to allow Counsel adequate time to effectively participate in mediation and, if needed, submit responses to all four Motions for Summary Judgment. Counsel prays for any other relief this Court might deem appropriate.

   /s/ Andy Nelms
K. Anderson Nelms ( NEL 022)
Attorney for Plaintiffs
847 So. McDonough Street, Ste. 104
Montgomery, Alabama 36104
Phone:   334-263-7733
Fax:     334-832-4390

OF COUNSEL:
Law Offices of Jay Lewis
847 So. McDonough Street Ste. 104
Montgomery, Alabama 36104

## **CERTIFICATE OF SERVICE**

_____I hereby certify that I have served a true and accurate copy of the foregoing Motion to Continue and Extend Time for Response to Motions for Summary Judgment on all parties listed below by either sending an electronic copy using the CM/ECF system through the Clerk of the Court, or by placing a copy of the same in the United States Mail, postage prepaid, to the correct address on this the 13th day of November, 2007.

Robert E. Poundstone, IV
George R. Parker
William C. McGowin
Jennifer J. McGahey

                                              /s/ Andy Nelms
                                              Of Counsel