IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv1207-MHT |
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to extend time for filing responses (Doc. No. 92) is granted.

(2) The motions for summary judgment (Doc. Nos. 65, 66, 68, and 79) are reset for submission, without oral argument, on January 4, 2008, with any opposing briefs and evidentiary materials due by said date.

(3) The motion to reinstate (Doc. No. 67) is reset for submission, without oral argument, on

January 4, 2008, with all briefs due by said date.

DONE, this the 16th day of November, 2007.


      /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE