IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY A. MacCARTNEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1207-MHT |
| PIKNIK ACQUISITION CORP., L.L.C., et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to extend cut-off dates (Doc. No. 92) and motion to continue trial (Doc. No. 92) are granted to the extent set forth in this order.

(2) The uniform scheduling order (Doc. No. 53) is modified in the following respects:

    (A) The pretrial is reset for May 20, 2008, at 9:00 a.m., and the trial is reset for term of court beginning on June 23, 2008, with

all deadlines expressly tied to these two dates adjusted accordingly.

(B) All other deadlines are unchanged.

DONE, this the 16th day of November, 2007.


                                /s/ Myron H. Thompson  
                          UNITED STATES DISTRICT JUDGE