**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY A. MacCARTNEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:  2:05cv1207-MHT** |
| | ) | |
| **ONYX CAPITAL VENTURES, LLC, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION FOR DISMISSAL, WITH PREJUDICE**

COME NOW Plaintiffs Robert Winter, Shannon McGlon, Bert Mayer and Jerry MacCartney and Defendants Jeffery Larry and Chris Day and hereby move the Court to dismiss all claims in this matter against all Defendants, with prejudice.  As grounds for this motion, the parties state that the case has been resolved.

RESPECTFULLY SUBMITTED this the 10th day of December 2007.

/s/ Anderson Nelms
Anderson Nelms, (ASB-6972-E63K)
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
Telephone: (334) 263-7733
Facsimile: (334) 832-4390
**Attorney for Plaintiffs Robert Winter, Shannon McGlon, Bert Mayer and Jerry MacCartney**

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorney for Defendants Jeffery Larry and Chris Day**