IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05cv1207-MHT |
| | ) |
| ONYX CAPITAL VENTURES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW MOTION TO REINSTATE ONYX CAPITAL VENTURES, LLC

COME NOW Plaintiffs Bert Mayer, Jerry MacCartney, Shannon McGlon and Robert Winter and hereby withdraw their motion to reinstate Onyx Capital Ventures, LLC as a party to this proceeding.

RESPECTFULLY submitted this the 10th day of December 2007.

/s/ Anderson Nelms
Anderson Nelms, Esquire ASB-6972-E63K
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
Telephone: (334) 263-7733
Facsimile: (334) 832-4390
**Attorney for Plaintiffs**

CERTIFICATE OF SERVICE

  I hereby certify that on December __10_, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Robert E. Poundstone IV
  Bradley Arant Rose & White LLP
  401 Adams Avenue, Suite 780
  Montgomery, Alabama 36104

          /s/ Anderson Nelms
          OF COUNSEL