**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY A. MacCARTNEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:  2:05cv1207-MHT** |
| | ) | |
| **ONYX CAPITAL VENTURES, LLC, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION FOR ENTRY OF A CONSENT JUDGMENT
IN FAVOR OF DEFENDANT HENRY HICKS**

COME NOW Plaintiffs Shannon McGlon, Robert Winter, Jerry MacCartney and Bert Mayer and Defendant Henry Hicks and jointly move the Court to enter the attached Consent Judgment in Henry Hicks' favor and to dismiss all claims in this proceeding against Hicks, with prejudice.

RESPECTFULLY SUBMITTED this the 10th day of December 2007.

/s/ Anderson Nelms
Anderson Nelms, Esquire (ASB-6972-E63K)
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
Telephone: (334) 263-7733
Facsimile: (334) 832-4390
**Attorney for Plaintiffs Shannon McGlon, Robert Winter and Bert Mayer**

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorney for Defendant Henry Hicks**