IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY A. MacCARTNEY, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 2:05cv1207-MHT |
| **ONYX CAPITAL VENTURES, LLC, et al.,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

This matter comes before the Court on the Joint Motion for Consent Judgment filed by Plaintiffs Bert Mayer, Jerry MacCartney, Robert Winter and Shannon McGlon and by Defendant Henry Hicks.  In accordance with the Motion for Consent Judgment, it is hereby ORDERED, ADJUDGED and DECREED that the Motions for Summary Judgment filed by Henry Hicks are GRANTED as to all of the Plaintiffs' claims against Hicks.  In accordance therewith, all of the Plaintiffs' claims against Henry Hicks are hereby dismissed, with prejudice.

    DONE and ORDERED this _____ day of December, 2007.

                                                                      _____
                                                                      Myron H. Thompson
                                                                       District Judge

    The undersigned counsel hereby consent to the form and entry of this Consent Judgment on behalf of the parties to this action and have full authority to approve entry of this order.

2

| | |
|---|---|
| /s/ Anderson Nelms | /s/ Robert E. Poundstone IV |
| Anderson Nelms, Esquire | Robert E. Poundstone IV |
| Anderson Nelms & Assoc. LLC | Bradley Arant Rose & White LLP |
| P.O. Box 5059 | 401 Adams Avenue, Suite 780 |
| Montgomery, AL 36103 | Montgomery, Alabama 36104 |
| Telephone: (334) 263-7733 | Telephone: (334) 956-7700 |
| Facsimile: (334) 832-4390 | Facsimile: (334) 956-7701 |
| **Attorney for Plaintiffs Bert Mayer, Jerry MacCartney, Robert Winter, and Shannon McGlon** | **Attorney for Defendant Henry Hicks** |