IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) ) ) Plaintiffs, ) ) v. ) ) PIKNIK ACQUISITION CORP., ) L.L.C., et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:05cv1207-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 96) is granted.

(2) The motion to reinstate (Doc. No. 67) is withdrawn.

DONE, this the 11th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE