IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY A. MacCARTNEY, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1207-MHT |
| ) | |
| PIKNIK ACQUISITION CORP., ) L.L.C., et al., ) ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motions for summary judgment (Doc. Nos. 65, 66, 68, and 79) filed by defendants Jeffrey Larry and Christopher Day are denied as moot.

DONE, this the 11th day of December, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE