IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY A. MacCARTNEY,        )
et al.,                     )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )    2:05cv1207-MHT
                            )        (WO)
PIKNIK ACQUISITION CORP.,   )
L.L.C., et al.,             )
                            )
    Defendants.             )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for dismissal with prejudice (Doc. No. 95) is granted.

(2) The claims against defendants Jeffery Larry and Christopher Day are dismissed with prejudice.

(3) Defendants Larry and Day are dismissed with prejudice.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 11th day of December, 2007.**

   /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**