**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY A. MacCARTNEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:  2:05cv1207-MHT** |
| | ) | |
| **ONYX CAPITAL VENTURES, LLC, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONSENT JUDGMENT**

This matter comes before the Court on the Joint Motion for Consent Judgment (doc. no. 97) filed by Plaintiffs Bert Mayer, Jerry MacCartney, Robert Winter and Shannon McGlon and by Defendant Henry Hicks.  In accordance with the Motion for Consent Judgment, which is granted, it is hereby ORDERED, ADJUDGED and DECREED that the Motions for Summary Judgment (doc. nos. 65, 66, 68, & 79) filed by Defendant Henry Hicks are GRANTED as to all of the Plaintiffs' claims against Defendant Hicks.  In accordance therewith, all of the Plaintiffs' claims against Defendant Henry Hicks are hereby dismissed, with prejudice.

DONE and ORDERED this the 11th day of December, 2007.


    /s/Myron H. Thompson
United States District Judge




The undersigned counsel hereby consent to the form and entry of this Consent Judgment on behalf of the parties to this action and have full authority to approve entry of this order.

/s/ Anderson Nelms
Anderson Nelms, Esquire
Anderson Nelms & Assoc. LLC
P.O. Box 5059
Montgomery, AL 36103
Telephone: (334) 263-7733
Facsimile: (334) 832-4390
**Attorney for Plaintiffs Bert Mayer,
Jerry MacCartney, Robert Winter,
and Shannon McGlon**

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorney for Defendant
Henry Hicks**